**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-01664-STV

TANNER SHOLES,

    Plaintiff,

v.

CITY COUNCIL OF THE CITY OF CRAIG COLORADO, *et. al,*

    Defendant.

---

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER CONCERNING CONFIDENTIAL INFORMATION**

---

The parties, by and through their respective counsel, undersigned, jointly move the Court for the entry of a Protective Order pursuant Fed.R.Civ.P. 26(c), concerning the treatment of Confidential Information. As grounds therefor, the parties state as follows:

1. This case stems from a police use of force incident involving Tanner Sholes. Certain documents in this matter contain sensitive, proprietary, and/or statutorily protected information which may create privacy or other concerns if widely disseminated, including but not limited to medical records and other personal identifying information.

2. Such documents are regularly produced and marked as confidential under a protective order. Accordingly, the parties wish to enter a protective order to facilitate the exchange of discovery. Because the parties may later disagree about whether a particular document is subject to confidentiality, the proposed Protective Order contains a dispute resolution process to address this possibility.

3. For the above reasons, the parties have mutually agreed that the production of certain documents in this case should be subject to the Protective Order and protected from public dissemination.

4. The parties respectfully request the accompanying Protective Order (attached as **Exhibit A**) be entered by this Court to govern the handling of all "Confidential Information" produced in this litigation. The parties have tailored the proposed Protective Order to meet what the parties believe are the needs of the case.

**WHEREFORE**, for the foregoing reasons, the parties respectfully request this Court enter the attached Protective Order as an Order of this Court.

Respectfully submitted this 14th day of August, 2024.

| | |
|---|---|
| *s/* Igor Raykin | *s/* David M. Goddard |
| Igor Raykin, Esq. | David M. Goddard |
| Michael Nolt, Esq. | Bruno Colin Goddard & Lowe, PC |
| Conor O'Donnell, Esq. | 1120 Lincoln Street |
| Kishinevsky & Raykin | Suite 1606 |
| 2851 S. Parker Rd., Suite 150 | Denver, CO 80203 |
| Aurora, CO 80014 | Phone: 303-831-1088 |
| *Attorneys for Plaintiff* | *Attorneys for Moffat County Defendants* |

*/s/* Eric M. Ziporin
Eric M. Ziporin
Jonathan N. Eddy
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Phone: (303) 320-0509
*Attorneys for City of Craig Defendants*