FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01664-STV

TANNER SHOLES,

    Plaintiff,

v.

CITY COUNCIL OF THE CITY OF CRAIG COLORADO, *et. al,*

    Defendant

## NOTICE OF AMENDED COMPLAINT

COMES NOW, Plaintiff, Tanner Sholes ("Plaintiff") by and through counsel, and, pursuant to Fed. R. Civ. P. 15(a)(1) and D.C.Colo. LCivR. 15.1(a), hereby notifies the Court and parties of the filing of Plaintiff's First Amended Complaint. Pursuant to D.C.Colo. LCivR. 15.1(a), attached to this Notice is a copy of Plaintiff's First Amended Complaint with the appropriate text struck through and underlined.

DATED: August 15, 2024

                                                                        Respectfully submitted,

                                                                        *s/Conor O'Donnell*
                                                                        Conor O'Donnell
                                                                        Igor Raykin

                                                                        Kishinevsky & Raykin, LLC
                                                                        2851 South Parker Road, Suite 150
                                                                        Aurora, CO 80014
                                                                        Tel: (720) 748-8888
                                                                        igor@coloradolawteam.com
                                                                        michael@coloradolawteam.com
                                                                        ***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.


*/s/ Krystle Jennings*
Krystle Jennings