FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01664-STV

TANNER SHOLES,

    Plaintiff,

v.

CITY COUNCIL OF THE CITY OF CRAIG COLORADO, *et. al,*

    Defendant

---

## UNOPPOSED NOTICE OF AMENDED COMPLAINT

---

COMES NOW, Plaintiff, Tanner Sholes ("Plaintiff") by and through counsel, and, pursuant to Fed. R. Civ. P. 15(a)(2) and D.C.Colo. LCivR. 15.1(a), hereby notifies the Court and parties of the filing of Plaintiff's Second Amended Complaint. Pursuant to D.C.Colo. LCivR. 15.1(a), attached to this Notice is a copy of Plaintiff's Second Amended Complaint with the appropriate text struck through and underlined.

For clarification, the parties discussed amending the Complaint previously to correct the identification of the City and County municipal Defendants. Contemporaneously, the parties agreed that Defendant Laehr should be dismissed. Counsel for Plaintiff omitted the removal of Defendant Laehr from the First Amended Complaint. Upon conferral, the parties do not object to the filing of a Second Amended Complaint to rectify this error.

DATED: August 15, 2024

                                                                               Respectfully submitted,

                                                                              *s/Conor O'Donnell*
                                                                              Conor O'Donnell
                                                                              Igor Raykin

Kishinevsky & Raykin, LLC
2851 South Parker Road, Suite 150
Aurora, CO 80014
Tel: (720) 748-8888
igor@coloradolawteam.com
michael@coloradolawteam.com
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.


*/s/ Krystle Jennings*
Krystle Jennings