FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01664-STV

TANNER SHOLES,

    Plaintiff,

v.

CITY COUNCIL OF THE CITY OF CRAIG COLORADO, *et. al,*

    Defendant

## UNOPPOSED NOTICE OF AMENDED COMPLAINT

    COMES NOW, Plaintiff, Tanner Sholes ("Plaintiff") by and through counsel, and, pursuant to Fed. R. Civ. P. 15(a)(2) and D.C.Colo. LCivR. 15.1(a), hereby notifies the Court and parties of the filing of Plaintiff's Third Amended Complaint with the consent of the parties. Pursuant to D.C.Colo. LCivR. 15.1(a), attached to this Notice is a copy of Plaintiff's Third Amended Complaint with the appropriate text struck through and underlined.

DATED: August 26, 2024

                                              Respectfully submitted,

                                              *s/Conor O'Donnell*
                                              Conor O'Donnell
                                              Igor Raykin

                                              Kishinevsky & Raykin, LLC
                                              2851 South Parker Road, Suite 150
                                              Aurora, CO 80014
                                              Tel: (720) 748-8888
                                              igor@coloradolawteam.com
                                              michael@coloradolawteam.com
                                              ***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.


*/s/ Krystle Jennings*
Krystle Jennings