**CONFIDENTIAL**



# COLORADO

## Bureau of Investigation

Department of Public Safety

Page 1 of 39

Biometric Identification and Records Unit
690 Kipling Street, Suite 4000
Lakewood, CO 80215
303-239-4208



LAKEWOOD, CO, 80214

Date: 09/05/2024 08:11:22(MT)

RE: SHOLES, TANNER    DOB: ███

**The Colorado arrest record for the person noted to follow.**

The Colorado Bureau of Investigation's database contains detailed information of arrest records based upon fingerprints provided by Colorado law enforcement agencies. Arrests, which are not supported by fingerprints, will not be included in this database. On occasion the Colorado criminal history will contain disposition information provided by the Colorado Judicial system. Additionally, warrant information, sealed records (except those allowed per state statute 24-72-703), and juvenile records are not available to the public.

***The results attached are based on a name search which may or may not be the subject of this inquiry. This search does not include a fingerprint comparison, which is the only means of positive identification.*** Since an arrest record may be established after this inquiry, an arrest record is only valid at the time of the current request. To ensure the most current available information in regards to subsequent arrest after an initial inquiry, it is recommended another query be made.

The results attached below are based on the criteria given.

Falsifying or altering this document with the intent to misrepresent the contents of the record is prohibited by law, and may be punishable as a felony when done with intent to injure or defraud any person.

Sincerely,
Chris Schaefer, Director
Colorado Bureau of Investigation



**CONFIDENTIAL**

Moffat Defendants 000076
**EXHIBIT A TO MTD**

**CONFIDENTIAL**

```
*** ATTN: KTI


        COLORADO BUREAU OF INVESTIGATION - IDENTIFICATION UNIT
  690 KIPLING STREET,SUITE #3000, DENVER, COLORADO 80215 (303)239-4208

THIS IDENTIFICATION RECORD IS FOR LAWFUL USE ONLY AND SUMMARIZES
INFORMATION SENT TO THE COLORADO BUREAU OF INVESTIGATION FROM
FINGERPRINT CONTRIBUTORS IN THE STATE OF COLORADO.

UNLESS FINGERPRINTS ACCOMPANIED YOUR INQUIRY, THE COLORADO BUREAU OF
INVESTIGATION CAN NOT GUARANTEE THIS RECORD RELATES TO THE PERSON IN
WHOM YOU HAVE AN INTEREST.

IF THE DISPOSITION IS NOT SHOWN OR FURTHER EXPLANATION OF AN ARREST
CHARGE OR DISPOSITION IS DESIRED, THAT INFORMATION MAY BE OBTAINED FROM
THE AGENCY WHO FURNISHED THE ARREST INFORMATION.

ONLY THE COURT OF JURISDICTION OR THE RESPECTIVE DISTRICT ATTORNEY'S
OFFICE WHEREIN THE FINAL DISPOSITION OCCURRED CAN PROVIDE AN OFFICIAL
COPY TO ANY SPECIFIC DISPOSITION.

STATE LAW GOVERNS ACCESS TO SEALED RECORDS.

BECAUSE ADDITIONS AND DELETIONS TO A CRIMINAL HISTORY RECORD MAY BE MADE
AT ANY GIVEN TIME, A NEW INQUIRY SHOULD BE REQUESTED WHEN NEEDED FOR
SUBSEQUENT USE.

**************************  IDENTIFICATION  **************************
NAME(S) USED:
                    SHOLES, TANNER EUGINE
                    SHOLES, TANNER EUGENE
                    SHOLES, TANNER E
                    SHOLES, TANNER
                    SHINE, SHOLES
                    SHOLES, SHINE

PHYSICAL:
                    SEX: M   RACE: W   HGT: 505   WGT: 145
                    EYE: BLU   HAIR: BRO   SKN:

DATE(S) OF BIRTH:



PLACE(S) OF BIRTH:
                    CO
SCARS/MARKS:
                    SC L ELB
                    SC R ELB
                    TAT R ARM
                    TAT L ARM
                    TAT CHEST
                    TAT ABDOM
                    TAT NECK
                    TAT BACK
                    TAT ARM
                    TAT L LEG
                    TAT R HND
                    TAT L HND
                    TAT FARM
                    SC ELBOW


************************  CRIMINAL HISTORY  ************************
============================== Cycle 1 of 61 ==============================
------ ARREST ------
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
DATE ARRESTED              11/18/2000
AGENCY                     ADAMS COUNTY SHERIFF'S OFFICE
ARREST NUMBER              200015369
NAME USED                  SHOLES, TANNER E
CHARGE                     01
   CHARGE LITERAL          ARRESTED FOR OTHER JURISDICTION  FOJ DYC ESCAPE
   TYPE/LEVEL              FELONY
============================= Cycle 2 of 61 ============================
------ ARREST ------
DATE ARRESTED              01/02/2001
AGENCY                     THORNTON POLICE DEPARTMENT
ARREST NUMBER              0100057
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          ARRESTED FOR OTHER JURISDICTION  FOJ DYC
============================= Cycle 3 of 61 ============================
------ ARREST ------
DATE ARRESTED              01/02/2001
AGENCY                     THORNTON POLICE DEPARTMENT
ARREST NUMBER              10006092
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          ARRESTED FOR OTHER JURISDICTION  FOJ DYC
   OFFENSE DATE            01/02/2001
============================= Cycle 4 of 61 ============================
------ ARREST ------
DATE ARRESTED              08/18/2001
AGENCY                     MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER              0151827
NAME USED                  SHOLES, TANNER E
CHARGE                     01
   CHARGE LITERAL          SMUGGLE CONTRABAND INTO PRISON  1ST DEG
   TYPE/LEVEL              FELONY
   OFFENSE DATE            08/18/2001
============================= Cycle 5 of 61 ============================
------ ARREST ------
DATE ARRESTED              08/18/2001
AGENCY                     CHATFIELD STATE PARK/ LITTLETON
ARREST NUMBER              YAM01012
NAME USED                  SHOLES, TANNER EUGINE
CHARGE                     01
   CHARGE LITERAL          DAMAGE PROPERTY  CRIMINAL MISCHIEF
   OFFENSE DATE            08/18/2001
   DOCKET                  C0412001M 000168
CHARGE                     02
   CHARGE LITERAL          LIQUOR  ILLEGAL POSS OF CONSUMPTION
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            08/18/2001
   DOCKET                  C0412001M 000168
------ COURT ------
CHARGE                     01
   CHARGE LITERAL          SMUGGLE CONTRABAND  CONTRABAND-INTRODUCTION 2-INTRODU
   TYPE/LEVEL              FELONY
   OFFENSE DATE            08/18/2001
   DOCKET                  D0412001CR000104
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        11/04/2002
CHARGE                     02
   CHARGE LITERAL          LIQUOR-POSSESSION  ALCOHOL-UNDERAGE POSSESSION/CONSU
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            08/18/2001
   DOCKET                  D0412001CR000104
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        11/04/2002
CHARGE                     03
   CHARGE LITERAL          SMUGGLE CONTRABAND  CONTRABAND-POSSESSION 2
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            08/18/2001
   DOCKET                  D0412001CR000104
   COURT DISPOSITION       GUILTY
   DISPOSITION DATE        11/04/2002
   SENTENCE                6.00 M JAIL
============================== Cycle 6 of 61 ==============================
------ ARREST ------
DATE ARRESTED            04/13/2002
AGENCY                   CRAIG POLICE DEPARTMENT
ARREST NUMBER            02P06311
NAME USED                SHOLES, TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL          TRAFFIC OFFENSE  SPEEDING
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            04/13/2002
CHARGE                   02
   CHARGE LITERAL          DRIVING UNDER THE INFLUENCE
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            04/13/2002
CHARGE                   03
   CHARGE LITERAL          TRAFFIC OFFENSE  NO PROOF OF INSURANCE
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            04/13/2002
CHARGE                   04
   CHARGE LITERAL          LIQUOR  POSS/CONSUMPTION UNDERAGE PERSON
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            04/13/2002
CHARGE                   05
   CHARGE LITERAL          CONTEMPT OF COURT  VIOL RESTRAIN ORDER
   OFFENSE DATE            04/13/2002
============================== Cycle 7 of 61 ==============================
------ ARREST ------
DATE ARRESTED            05/07/2002
AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER            02DA00141
NAME USED                SHOLES, TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL          BAIL-SECURE BOND
------ COURT ------
CHARGE                   01
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS
   TYPE/LEVEL              FELONY
   OFFENSE DATE            04/13/2002
   DOCKET                  D0412002CR000052
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        11/04/2002
============================== Cycle 8 of 61 ==============================
------ ARREST ------
DATE ARRESTED            06/19/2002
AGENCY                   BROOMFIELD POLICE DEPARTMENT
ARREST NUMBER            BO2-00069
NAME USED                SHOLES, TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL          THEFT  THEFT BY DECEPTION
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            06/19/2002
CHARGE                   02
   CHARGE LITERAL          TRAFFIC OFFENSE  DRIVING UNDER REVOCATION/ALCOHOL
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            06/19/2002
============================== Cycle 9 of 61 ==============================
------ ARREST ------
DATE ARRESTED            06/19/2002
AGENCY                   BROOMFIELD POLICE DEPARTMENT
ARREST NUMBER            B02000694
```

**CONFIDENTIAL**

**Moffat Defendants 000079**
**EXHIBIT A TO MTD**

**CONFIDENTIAL**

```
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          ARRESTED FOR OTHER JURISDICTION  FOJ ADAMS COUNTY
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            06/19/2002
============================ Cycle 10 of 61 =============================
------ ARREST ------
DATE ARRESTED              07/29/2002
AGENCY                     ADAMS COUNTY SHERIFF'S OFFICE
ARREST NUMBER              027611
NAME USED                  SHOLES, TANNER E
CHARGE                     01
   CHARGE LITERAL          FAIL TO APPEAR  FTA FALSE REP ADAMS
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            07/29/2002
============================ Cycle 11 of 61 =============================
------ ARREST ------
DATE ARRESTED              08/21/2002
AGENCY                     COLORADO STATE PATROL - CRAIG COMMUNICATIONS
ARREST NUMBER              4B0208781
NAME USED                  SHOLES, TANNER EUGINE
CHARGE                     01
   CHARGE LITERAL          CONTEMPT OF COURT  VIOL RESTRAIN ORDER
   FACTUAL BASIS           DOMESTIC VIOLENCE
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            08/21/2002
============================ Cycle 12 of 61 =============================
------ ARREST ------
DATE ARRESTED              08/22/2002
AGENCY                     CRAIG POLICE DEPARTMENT
ARREST NUMBER              02P15111
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          TRAFFIC OFFENSE  DUR
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            08/22/2002
CHARGE                     02
   CHARGE LITERAL          TRAFFIC OFFENSE  NPOI
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            08/22/2002
CHARGE                     03
   CHARGE LITERAL          TRAFFIC OFFENSE  NO REGISTRATION CARD IN VEH
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            08/22/2002
============================ Cycle 13 of 61 =============================
------ ARREST ------
DATE ARRESTED              11/16/2002
AGENCY                     NORTHGLENN POLICE DEPARTMENT
ARREST NUMBER              2002A1634
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          ARRESTED FOR OTHER JURISDICTION  SO MOFFAT/CRIM MISCHIEF
   OFFENSE DATE            11/16/2002
   DOCKET                  D0412002CR000005
CHARGE                     02
   CHARGE LITERAL          ARRESTED FOR OTHER JURISDICTION  SO MOFFAT/DWAI
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            11/16/2002
   DOCKET                  CO412002M 000118
CHARGE                     03
   CHARGE LITERAL          ARRESTED FOR OTHER JURISDICTION  SO MOFFAT/VIOL BAIL BONDS
   OFFENSE DATE            11/16/2002
   DOCKET                  D0412002CR000104
------ COURT ------
CHARGE                     01
   CHARGE LITERAL          DAMAGE PROPERTY  CRIMINAL MISCHIEF-$500-$15,000
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
    TYPE/LEVEL                MISDEMEANOR
    DOCKET                    D0412002CR000005
    COURT DISPOSITION         GUILTY
    DISPOSITION DATE          11/04/2002
    SENTENCE                  30.00 M DEPARTMENT OF CORRECTIONS
============================== Cycle 14 of 61 ==============================
------ ARREST ------
DATE ARRESTED                 11/22/2002
AGENCY                        MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                 02S18672
NAME USED                     SHOLES, TANNER EUGENE
CHARGE                        01
    CHARGE LITERAL            CONTEMPT OF COURT  FAIL TO COMPLY
    OFFENSE DATE              11/22/2002
    DOCKET                    D0412002CR000005
CHARGE                        02
    CHARGE LITERAL            CONTEMPT OF COURT  FAIL TO COMPLY
    OFFENSE DATE              11/22/2002
    DOCKET                    D0412002CR000104
CHARGE                        03
    CHARGE LITERAL            CONTEMPT OF COURT  FAIL TO COMPLY
    OFFENSE DATE              11/22/2002
    DOCKET                    D0412002M 000118
------ COURT ------
CHARGE                        01
    CHARGE LITERAL            BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS
    TYPE/LEVEL                FELONY
    DOCKET                    D0412002CR000104
    COURT DISPOSITION         DISMISSED BY DA
    DISPOSITION DATE          01/02/2003
CHARGE                        02
    CHARGE LITERAL            VIOLATION OF A COURT ORDER  RESTRAINING ORDER
                              VIOLATION-CRIMI
    TYPE/LEVEL                MISDEMEANOR
    DOCKET                    D0412002CR000104
    COURT DISPOSITION         DISMISSED BY DA
    DISPOSITION DATE          01/02/2003
CHARGE                        03
    CHARGE LITERAL            TRAFFIC OFFENSE  DRIVING UNDER DENIAL
    TYPE/LEVEL                MISDEMEANOR
    DOCKET                    D0412002CR000104
    COURT DISPOSITION         DISMISSED BY DA
    DISPOSITION DATE          01/02/2003
============================== Cycle 15 of 61 ==============================
------ CUSTODY ------
DATE RECEIVED                 11/27/2002
AGENCY                        DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
ARREST NUMBER                 115547
NAME USED                     SHOLES, TANNER
CHARGE                        01
    CHARGE LITERAL            DAMAGE PROPERTY  CRIMINAL MISCHIEF
    TYPE/LEVEL                FELONY
    DOCKET                    D0412002CR000005
------ CUSTODY EVENT ------
    DATE                      11/27/2002
    AGENCY                    DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
    STATUS                    RECEIVED
-----
============================== Cycle 16 of 61 ==============================
------ ARREST ------
DATE ARRESTED                 09/22/2005
AGENCY                        MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                 B0003877
NAME USED                     SHOLES, TANNER EUGENE
CHARGE                        01
    CHARGE LITERAL            RESISTING ARREST
```

**CONFIDENTIAL**

```
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          09/22/2005
CHARGE                   02
   CHARGE LITERAL        ASSAULT  2ND DEG POLICE OFFICIAL
   TYPE/LEVEL            FELONY
   OFFENSE DATE          09/22/2005
------ COURT ------
CHARGE                   01
   CHARGE LITERAL        ASSAULT  ASSAULT 3-KNOW/RECKLESS CAUSE INJ
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          09/17/2005
   DOCKET                D0412005CR000203
   COURT DISPOSITION     DISMISSED BY DA
   DISPOSITION DATE      11/10/2005
CHARGE                   02
   CHARGE LITERAL        RESISTING ARREST  RESISTING ARREST
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          09/17/2005
   DOCKET                D0412005CR000203
   COURT DISPOSITION     GUILTY
   DISPOSITION DATE      11/10/2005
   SENTENCE              30:00 D CREDIT FOR TIME SERVED
============================== Cycle 17 of 61 ==============================
------ CUSTODY ------
DATE RECEIVED            12/29/2005
AGENCY                   DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
ARREST NUMBER            115547
NAME USED                SHOLES, TANNER
CHARGE                   01
   CHARGE LITERAL        PAROLE VIOLATION
   TYPE/LEVEL            FELONY
   DOCKET                D0412002CR000005
------ CUSTODY EVENT ------
   DATE                  12/29/2005
   AGENCY                DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
   STATUS                RECEIVED
-----
============================== Cycle 18 of 61 ==============================
------ ARREST ------
DATE ARRESTED            12/22/2006
AGENCY                   CSP CRAIG ROUTT COUNTY 4B - RETIRED
ARREST NUMBER            4B061455A
NAME USED                SHOLES, TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL        DRIVING UNDER THE INFLUENCE
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          12/22/2006
CHARGE                   02
   CHARGE LITERAL        TRAFFIC OFFENSE  ELUDING
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          12/22/2006
CHARGE                   03
   CHARGE LITERAL        PAROLE VIOLATION
   OFFENSE DATE          12/22/2006
CHARGE                   04
   CHARGE LITERAL        TRAFFIC OFFENSE  SPEEDNG
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          12/22/2006
CHARGE                   05
   CHARGE LITERAL        TRAFFIC OFFENSE  NO SEAT BELT
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          12/22/2006
============================== Cycle 19 of 61 ==============================
------ ARREST ------
DATE ARRESTED            02/24/2007
AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
ARREST NUMBER              B0006403
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
  CHARGE LITERAL           PAROLE VIOLATION
  OFFENSE DATE             02/24/2007
CHARGE                     02
  CHARGE LITERAL           RESISTING ARREST
  OFFENSE DATE             02/24/2007
CHARGE                     03
  CHARGE LITERAL           OBSTRUCT POLICE
  OFFENSE DATE             02/24/2007
CHARGE                     04
  CHARGE LITERAL           ASSAULT
  OFFENSE DATE             02/24/2007
============================ Cycle 20 of 61 =============================
------ ARREST ------
DATE ARRESTED              03/09/2007
AGENCY                     ROUTT COUNTY SHERIFF'S OFFICE
ARREST NUMBER              S0700718A
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
  CHARGE LITERAL           PAROLE VIOLATION
============================ Cycle 21 of 61 =============================
------ CUSTODY ------
DATE RECEIVED              05/02/2007
AGENCY                     DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
ARREST NUMBER              I115547
NAME USED                  SHOLES, TANNER E
CHARGE                     01
  CHARGE LITERAL           PAROLE VIOLATION
  DOCKET                   D0412002CR000005
------ CUSTODY EVENT ------
  DATE                     05/02/2007
  AGENCY                   DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
  STATUS                   RECEIVED
-----
============================ Cycle 22 of 61 =============================
------ ARREST ------
DATE ARRESTED              08/05/2008
AGENCY                     MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER              B0009398
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
  CHARGE LITERAL           PUBLIC ORDER CRIMES  OBSTRUCTION OF TELEPHONE
CHARGE                     02
  CHARGE LITERAL           BURGLARY-FORCED ENTRY-RESID  2ND DEG
CHARGE                     03
  CHARGE LITERAL           ASSAULT  3RD DEG.
  FACTUAL BASIS            DOMESTIC VIOLENCE
------ COURT ------
CHARGE                     01
  CHARGE LITERAL           BURGLARY  BURGLARY 2-OF DWELLING
  TYPE/LEVEL               FELONY
  OFFENSE DATE             08/05/2008
  DOCKET                   D0412008CR000155
  COURT DISPOSITION        DISMISSED BY DA
  DISPOSITION DATE         03/03/2009
CHARGE                     02
  CHARGE LITERAL           PUBLIC ORDER CRIMES  TELEPHONE-OBSTRUCT SERVICE
  TYPE/LEVEL               MISDEMEANOR
  OFFENSE DATE             08/05/2008
  DOCKET                   D0412008CR000155
  COURT DISPOSITION        DISMISSED BY DA
  DISPOSITION DATE         03/03/2009
CHARGE                     03
  CHARGE LITERAL           ASSAULT  ASSAULT 3-KNOW/RECKLESS CAUSE INJ
```

**CONFIDENTIAL**

```
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            08/05/2008
   DOCKET                  D0412008CR000155
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        03/03/2009
CHARGE                     04
   CHARGE LITERAL          CHILD ABUSE  CHILD ABUSE-KNOWINGLY/RECKLESS-NO
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            08/05/2008
   DOCKET                  D0412008CR000155
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        03/03/2009
CHARGE                     05
   CHARGE LITERAL          CHILD ABUSE  CHILD ABUSE-KNOWINGLY/RECKLESS-NO
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            08/05/2008
   DOCKET                  D0412008CR000155
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        03/03/2009
CHARGE                     06
   CHARGE LITERAL          TRESPASSING  TRESPASS 1-DWELLING
   TYPE/LEVEL              FELONY
   OFFENSE DATE            08/05/2008
   DOCKET                  D0412008CR000155
   COURT DISPOSITION       GUILTY
   DISPOSITION DATE        03/03/2009
   SENTENCE                3:00 D CREDIT FOR TIME SERVED 2:00 Y   DEPARTMENT OF CORRECTIONS
============================== Cycle 23 of 61 ==============================

DATE COURT ORDER PRINTS 09/06/2008
AGENCY                     ADAMS COUNTY SHERIFF'S OFFICE
ARREST NUMBER              08-13463
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          POSSESSION OF WEAPON
   FACTUAL BASIS           COURT ORDERED PRINTS
   TYPE/LEVEL              MISDEMEANOR
   DOCKET                  C0012008M 004105
------ COURT ------
CHARGE                     01
   CHARGE LITERAL          POSSESSION OF WEAPON  ILLEGAL WEAPON-POSSESSION
   TYPE/LEVEL              MISDEMEANOR
   DOCKET                  C0012008M 004105
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        09/09/2009
CHARGE                     02
   CHARGE LITERAL          DISORDERLY CONDUCT  DISORDERLY CONDUCT-UNREASONABLE N
   TYPE/LEVEL              MISDEMEANOR
   DOCKET                  C0012008M 004105
   COURT DISPOSITION       GUILTY
   DISPOSITION DATE        09/09/2009
   SENTENCE                30.00 D JAIL
============================== Cycle 24 of 61 ==============================
------ ARREST ------
DATE ARRESTED              09/10/2008
AGENCY                     CRAIG POLICE DEPARTMENT
ARREST NUMBER              B0009658
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          OBSTRUCTING JUSTICE  VICTIM RETALIATION
   FACTUAL BASIS           DOMESTIC VIOLENCE
   TYPE/LEVEL              FELONY
   OFFENSE DATE            09/10/2008
   DOCKET                  D0412008CR000174
CHARGE                     02
   CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION OF PROTECTION ORDER
```

Moffat Defendants 000084
EXHIBIT A TO MTD

**CONFIDENTIAL**

```
   FACTUAL BASIS           DOMESTIC VIOLENCE
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            09/10/2008
   DOCKET                  D0412008CR000174
------ COURT ------
CHARGE                     01
   CHARGE LITERAL          OBSTRUCTING JUSTICE  WITNESS/VICTIM-INTIMIDATING
   TYPE/LEVEL              FELONY
   DOCKET                  D0412008CR000174
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        03/03/2009
CHARGE                     02
   CHARGE LITERAL          OBSTRUCTING JUSTICE  WITNESS/VICTIM-INTIMIDATING
   TYPE/LEVEL              FELONY
   DOCKET                  D0412008CR000174
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        03/03/2009
CHARGE                     03
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS
   TYPE/LEVEL              FELONY
   OFFENSE DATE            09/04/2008
   DOCKET                  D0412008CR000176
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        03/03/2009
CHARGE                     04
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS
   TYPE/LEVEL              FELONY
   OFFENSE DATE            09/04/2008
   DOCKET                  D0412008CR000176
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        03/03/2009
CHARGE                     05
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS
   TYPE/LEVEL              FELONY
   OFFENSE DATE            09/04/2008
   DOCKET                  D0412008CR000176
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        03/03/2009
CHARGE                     06
   CHARGE LITERAL          CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMIN
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            09/04/2008
   DOCKET                  D0412008CR000176
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        03/03/2009
CHARGE                     07
   CHARGE LITERAL          CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMIN
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            09/04/2008
   DOCKET                  D0412008CR000176
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        03/03/2009
CHARGE                     08
   CHARGE LITERAL          CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMIN
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            09/04/2008
   DOCKET                  D0412008CR000176
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        03/03/2009
============================== Cycle 25 of 61 ==============================
------ ARREST ------
DATE ARRESTED              02/02/2009
AGENCY                     WESTMINSTER POLICE DEPARTMENT
ARREST NUMBER              200970770
NAME USED                  SHOLES, TANNER E
CHARGE                     01
```

**CONFIDENTIAL**          **Moffat Defendants 000085**

**CONFIDENTIAL**

```
   CHARGE LITERAL          THEFT  LESS THAN $500
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            02/02/2009
CHARGE                     02
   CHARGE LITERAL          TRESPASSING
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            02/02/2009
============================= Cycle 26 of 61 =============================
------ CUSTODY ------
DATE RECEIVED              03/06/2009
AGENCY                     DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
ARREST NUMBER              I115547
NAME USED                  SHOLES, TANNER E
CHARGE                     01
   CHARGE LITERAL          TRESPASSING  1ST DEG
   TYPE/LEVEL              FELONY
   ------ CUSTODY EVENT ------
   DATE                    03/06/2009
   AGENCY                  DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
   STATUS                  RECEIVED
   -----
============================= Cycle 27 of 61 =============================
------ ARREST ------
DATE ARRESTED              03/29/2011
AGENCY                     MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER              B0015035
AGENCY CASE NUMBER         11P00421
NAME USED                  SHOLES,TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION OF PROTECTION ORDER
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            01/17/2011
   DOCKET                  C0412011M 000085
   ------ COURT ------
CHARGE                     01
   CHARGE LITERAL          CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            03/05/2011
   DOCKET                  C0412011M 000085
   COURT DISPOSITION       DISMISSED BY COURT
   DISPOSITION DATE        12/12/2011
============================= Cycle 28 of 61 =============================
------ ARREST ------
DATE ARRESTED              02/11/2012
AGENCY                     CRAIG POLICE DEPARTMENT
ARREST NUMBER              B0016425
AGENCY CASE NUMBER         12P00263
NAME USED                  SHOLES,TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          PUBLIC ORDER CRIMES  OBSTRUCT TELEPHONE OR TELEGRAPH
   FACTUAL BASIS           DOMESTIC VIOLENCE
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            02/11/2012
CHARGE                     02
   CHARGE LITERAL          KIDNAPPING  FALSE IMPRISONMENT
   FACTUAL BASIS           DOMESTIC VIOLENCE
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            02/11/2012
CHARGE                     03
   CHARGE LITERAL          HARASSING COMMUNICATION
   FACTUAL BASIS           DOMESTIC VIOLENCE
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            02/11/2012
CHARGE                     04
   CHARGE LITERAL          THEFT  $500 OR LESS
   FACTUAL BASIS           DOMESTIC VIOLENCE
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
     TYPE/LEVEL             MISDEMEANOR
     OFFENSE DATE           02/11/2012
  CHARGE                    05
     CHARGE LITERAL         CONTEMPT OF COURT  VIOL OF PROTECTION ORDER
     FACTUAL BASIS          DOMESTIC VIOLENCE
     TYPE/LEVEL             MISDEMEANOR
     OFFENSE DATE           02/11/2012
------ COURT ------
  CHARGE                    01
     CHARGE LITERAL         PUBLIC ORDER CRIMES  TELEPHONE-OBSTRUCT SERVICE
     TYPE/LEVEL             MISDEMEANOR
     OFFENSE DATE           02/11/2012
     DOCKET                 C0412012M 000050
     COURT DISPOSITION      DISMISSED BY DA
  CHARGE                    02
     CHARGE LITERAL         CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
     TYPE/LEVEL             MISDEMEANOR
     OFFENSE DATE           02/11/2012
     DOCKET                 C0412012M 000050
     COURT DISPOSITION      DISMISSED BY DA
  CHARGE                    03
     CHARGE LITERAL         CRIMES AGAINST PERSON  HARASSMENT-STRIKE/SHOVE/KICK
     TYPE/LEVEL             MISDEMEANOR
     OFFENSE DATE           02/11/2012
     DOCKET                 C0412012M 000050
     COURT DISPOSITION      GUILTY
     SENTENCE               6 00 M JAIL 3 00 D CRTS 6 00 M JAIL 3 00 D CRTS
  CHARGE                    04
     CHARGE LITERAL         KIDNAPPING  FALSE IMPRISONMENT
     TYPE/LEVEL             MISDEMEANOR
     OFFENSE DATE           02/11/2012
     DOCKET                 C0412012M 000050
     COURT DISPOSITION      DISMISSED BY DA
  CHARGE                    05
     CHARGE LITERAL         THEFT  THEFT-$50-$300
     TYPE/LEVEL             MISDEMEANOR
     OFFENSE DATE           02/11/2012
     DOCKET                 C0412012M 000050
     COURT DISPOSITION      DISMISSED BY DA
============================== Cycle 29 of 61 ==============================
------ ARREST ------
DATE ARRESTED              02/11/2012
AGENCY                     MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER              B0016429
AGENCY CASE NUMBER         12S00096
NAME USED                  SHOLES,TANNER EUGENE
  CHARGE                   01
     CHARGE LITERAL        OBSTRUCTING JUSTICE  AGG INTIMIDATION WITNESS/VICTIM
------ COURT ------
  CHARGE                   01
     CHARGE LITERAL        OBSTRUCTING JUSTICE  WITNESS/VICTIM-INTIMIDATING
     TYPE/LEVEL            FELONY
     OFFENSE DATE          02/11/2012
     DOCKET                D0412012CR000021
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                   02
     CHARGE LITERAL        OBSTRUCTING JUSTICE  WITNESS/VICTIM-INTIMIDATING
     TYPE/LEVEL            FELONY
     OFFENSE DATE          02/11/2012
     DOCKET                D0412012CR000021
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                   03
     CHARGE LITERAL        OBSTRUCTING JUSTICE  WITNESS/VICTIM-INTIMIDATING
     TYPE/LEVEL            FELONY
     OFFENSE DATE          02/11/2012
     DOCKET                D0412012CR000021
```

**CONFIDENTIAL**

```
   COURT DISPOSITION      DISMISSED BY DA
============================= Cycle 30 of 61 =============================
------ ARREST ------
DATE ARRESTED           03/05/2012
AGENCY                  CRAIG POLICE DEPARTMENT
ARREST NUMBER           B0016550
AGENCY CASE NUMBER      12P00398
NAME USED               SHOLES,TANNER EUGENE
CHARGE                  01
   CHARGE LITERAL       CONTEMPT OF COURT  VIOLATION OF PROTECTION ORDER
   TYPE/LEVEL           MISDEMEANOR
   OFFENSE DATE         03/05/2012
CHARGE                  02
   CHARGE LITERAL       BAIL-SECURE BOND
   TYPE/LEVEL           FELONY
   OFFENSE DATE         03/05/2012
------ COURT ------
CHARGE                  01
   CHARGE LITERAL       BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL           FELONY
   OFFENSE DATE         03/03/2012
   DOCKET               D0412012CR000037
   COURT DISPOSITION    GUILTY
   SENTENCE             25 00 D CRTS 2 00 Y DOC 25 00 D CRTS
CHARGE                  02
   CHARGE LITERAL       CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
   TYPE/LEVEL           MISDEMEANOR
   OFFENSE DATE         03/03/2012
   DOCKET               D0412012CR000037
   COURT DISPOSITION    DISMISSED BY DA
============================= Cycle 31 of 61 =============================
------ ARREST ------
DATE ARRESTED           03/06/2012
AGENCY                  CRAIG POLICE DEPARTMENT
ARREST NUMBER           B0016560
AGENCY CASE NUMBER      12P00403
NAME USED               SHOLES,TANNER EUGENE
CHARGE                  01
   CHARGE LITERAL       BAIL-SECURE BOND  VIOL CONDITIONS
   TYPE/LEVEL           FELONY
   OFFENSE DATE         03/06/2012
CHARGE                  02
   CHARGE LITERAL       CONTEMPT OF COURT  VIOL PROTECTION ORDER
   TYPE/LEVEL           FELONY
   OFFENSE DATE         03/06/2012
------ COURT ------
CHARGE                  01
   CHARGE LITERAL       BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL           FELONY
   OFFENSE DATE         03/06/2012
   DOCKET               D0412012CR000039
   COURT DISPOSITION    GUILTY
   SENTENCE             2 00 Y DOC 24 00 D CRTS 2 00 Y DOC
CHARGE                  02
   CHARGE LITERAL       CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
   TYPE/LEVEL           MISDEMEANOR
   OFFENSE DATE         03/05/2012
   DOCKET               D0412012CR000039
   COURT DISPOSITION    DISMISSED BY DA
============================= Cycle 32 of 61 =============================
------ CUSTODY ------
DATE RECEIVED           10/05/2012
AGENCY                  DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
ARREST NUMBER           I115547
NAME USED               SHOLES,TANNER E
CHARGE                  01
```

**CONFIDENTIAL**

```
    CHARGE LITERAL          BAIL-SECURE BOND
    TYPE/LEVEL              FELONY
    DOCKET                  D0412012CR000037
  ------ CUSTODY EVENT ------
    DATE                    10/05/2012
    AGENCY                  DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
    STATUS                  RECEIVED
  -----
  ============================= Cycle 33 of 61 =============================
  ------ ARREST ------
  DATE ARRESTED            02/02/2016
  AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
  ARREST NUMBER            B0021226
  AGENCY CASE NUMBER       15P00757
  NAME USED                SHOLES,TANNER EUGENE
  CHARGE                   01
    CHARGE LITERAL         CRIMES AGAINST PERSON  HARASSMENT
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           05/27/2015
    DOCKET                 C0412015M 000104
  ------ COURT ------
  CHARGE                   01
    CHARGE LITERAL         HARASSING COMMUNICATION  HARASSMENT-TELEPHONE-THREATOBSCENE
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           05/23/2015
    DOCKET                 C0412015M 000104
    COURT DISPOSITION      DISMISSED BY COURT
  ============================= Cycle 34 of 61 =============================
  ------ ARREST ------
  DATE ARRESTED            02/23/2016
  AGENCY                   CRAIG POLICE DEPARTMENT
  ARREST NUMBER            B0021293
  AGENCY CASE NUMBER       16P00316
  NAME USED                SHOLES,TANNER EUGENE
  CHARGE                   01
    CHARGE LITERAL         OBSTRUCT  OBSTRUCTING PUBLIC OFFICIAL
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           02/23/2016
  CHARGE                   02
    CHARGE LITERAL         RESISTING ARREST  ARREST
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           02/23/2016
  CHARGE                   03
    CHARGE LITERAL         DRIVING UNDER THE INFLUENCE
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           02/23/2016
  CHARGE                   04
    CHARGE LITERAL         TRAFFIC OFFENSE  DRIVING UNDER RESTRAINT
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           02/23/2016
  ------ COURT ------
  CHARGE                   01
    CHARGE LITERAL         DRIVING UNDER THE INFLUENCE  DRIVING UNDER THE INFLUENCE
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           02/23/2016
    DOCKET                 C0412016M 000054
    COURT DISPOSITION      DISMISSED BY DA
  CHARGE                   02
    CHARGE LITERAL         TRAFFIC OFFENSE  DRIVING AFTER REVOCATION PROHIBITED (HTO
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           02/23/2016
    DOCKET                 C0412016M 000054
    COURT DISPOSITION      DISMISSED BY DA
  CHARGE                   03
    CHARGE LITERAL         DISORDERLY CONDUCT  DISORDERLY CONDUCT-FIGHTING IN PUBLIC
    TYPE/LEVEL             MISDEMEANOR
```

**CONFIDENTIAL**

```
      OFFENSE DATE             02/23/2016
      DOCKET                   C0412016M 000054
      COURT DISPOSITION        GUILTY
   CHARGE                      04
      CHARGE LITERAL           OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
      TYPE/LEVEL               MISDEMEANOR
      OFFENSE DATE             02/23/2016
      DOCKET                   C0412016M 000054
      COURT DISPOSITION        DISMISSED BY DA
============================= Cycle 35 of 61 =============================
------ ARREST ------
   DATE ARRESTED               06/26/2016
   AGENCY                      MOFFAT COUNTY SHERIFF'S OFFICE
   ARREST NUMBER              B0021766
   AGENCY CASE NUMBER          16S00474
   NAME USED                   SHOLES,TANNER EUGENE
   CHARGE                      01
      CHARGE LITERAL           RESISTING ARREST  RESISTING ARREST
      TYPE/LEVEL               MISDEMEANOR
      OFFENSE DATE             06/26/2016
   CHARGE                      02
      CHARGE LITERAL           OBSTRUCT POLICE  OBSTRUCTING-POLICE/FIREMAN
      TYPE/LEVEL               MISDEMEANOR
      OFFENSE DATE             06/26/2016
------ COURT ------
   CHARGE                      01
      CHARGE LITERAL           CRIMES AGAINST PERSON  HARASSMENT-
                               INSULTSTAUNTSCHALLENGES DOMESTIC VIOLENCE
      TYPE/LEVEL               MISDEMEANOR
      OFFENSE DATE             06/25/2016
      DOCKET                   C0412016M 000195
      COURT DISPOSITION        GUILTY
      SENTENCE                 48 00 H CMSV 12 00 M PRBU RK
   CHARGE                      02
      CHARGE LITERAL           CRIMES AGAINST PERSON  HARASSMENT-INSULTSTAUNTSCHALLENGES
      TYPE/LEVEL               MISDEMEANOR
      OFFENSE DATE             06/25/2016
      DOCKET                   C0412016M 000195
      COURT DISPOSITION        DISMISSED BY DA
   CHARGE                      03
      CHARGE LITERAL           CRIMES AGAINST PERSON  HARASSMENT-INSULTSTAUNTSCHALLENGES
      TYPE/LEVEL               MISDEMEANOR
      OFFENSE DATE             06/25/2016
      DOCKET                   C0412016M 000195
      COURT DISPOSITION        DISMISSED BY DA
============================= Cycle 36 of 61 =============================
------ ARREST ------
   DATE ARRESTED               06/26/2016
   AGENCY                      MOFFAT COUNTY SHERIFF'S OFFICE
   ARREST NUMBER              B0021765
   AGENCY CASE NUMBER          16S00475
   NAME USED                   SHOLES,TANNER EUGENE
   CHARGE                      01
      CHARGE LITERAL           CRIMES AGAINST PERSON  HARASSMENT
      FACTUAL BASIS            DOMESTIC VIOLENCE
      TYPE/LEVEL               MISDEMEANOR
      OFFENSE DATE             06/26/2016
      DOCKET                   16S00474
   CHARGE                      02
      CHARGE LITERAL           OBSTRUCT POLICE  OBSTRUCTING-POLICE/FIREMAN
      TYPE/LEVEL               MISDEMEANOR
      OFFENSE DATE             06/26/2016
------ COURT ------
   CHARGE                      01
      CHARGE LITERAL           RESISTING ARREST  RESISTING ARREST
      TYPE/LEVEL               MISDEMEANOR
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
       OFFENSE DATE             06/26/2016
       DOCKET                   C0412016M 000196
       COURT DISPOSITION        DISMISSED BY DA
    CHARGE                      02
       CHARGE LITERAL           OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
       TYPE/LEVEL               MISDEMEANOR
       OFFENSE DATE             06/26/2016
       DOCKET                   C0412016M 000196
       COURT DISPOSITION        DISMISSED BY DA
    =============================== Cycle 37 of 61 ==============================
    ------ ARREST ------
    DATE ARRESTED               11/30/2016
    AGENCY                      MOFFAT COUNTY SHERIFF'S OFFICE
    ARREST NUMBER               B0022309
    AGENCY CASE NUMBER          16S00857
    NAME USED                   SHOLES,TANNER EUGENE
    CHARGE                      01
       CHARGE LITERAL           HARASSING COMMUNICATION  HARASSMENT
       FACTUAL BASIS            DOMESTIC VIOLENCE
       TYPE/LEVEL               MISDEMEANOR
       OFFENSE DATE             11/30/2016
    CHARGE                      02
       CHARGE LITERAL           TRESPASSING  3RD DEG TRESPASS
       TYPE/LEVEL               FELONY
       OFFENSE DATE             11/30/2016
    CHARGE                      03
       CHARGE LITERAL           WEAPON OFFENSE  POSS WEAPON BY PREVIOUS OFFENDER
       TYPE/LEVEL               FELONY
       OFFENSE DATE             11/30/2016
    CHARGE                      04
       CHARGE LITERAL           TRAFFIC OFFENSE  VEHICULAR ELUDING
       TYPE/LEVEL               FELONY
       OFFENSE DATE             11/30/2016
    CHARGE                      05
       CHARGE LITERAL           POSSESSION OF WEAPON  POSS A DANGEROUS ILLEGAL WEAPON
       TYPE/LEVEL               MISDEMEANOR
       OFFENSE DATE             11/30/2016
    CHARGE                      06
       CHARGE LITERAL           CONTEMPT OF COURT  VIOL PROTECTION ORDER
       TYPE/LEVEL               MISDEMEANOR
       OFFENSE DATE             11/30/2016
    CHARGE                      07
       CHARGE LITERAL           TRAFFIC OFFENSE  RECKLESS DRIVING
       OFFENSE DATE             11/30/2016
    CHARGE                      08
       CHARGE LITERAL           TRAFFIC OFFENSE  SPEED LIMITS
       OFFENSE DATE             11/30/2016
    CHARGE                      09
       CHARGE LITERAL           TRAFFIC OFFENSE  NO VEHICLE OPERATORS LICENSE
       OFFENSE DATE             11/30/2016
    ------ COURT ------
    CHARGE                      01
       CHARGE LITERAL           TRESPASSING  TRESPASS 1-DWELLING
       TYPE/LEVEL               FELONY
       DOCKET                   D0412017CR000122
       COURT DISPOSITION        DISMISSED BY DA
    CHARGE                      02
       CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
       TYPE/LEVEL               FELONY
       DOCKET                   D0412017CR000122
       COURT DISPOSITION        DISMISSED BY DA
    CHARGE                      03
       CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
       TYPE/LEVEL               FELONY
       DOCKET                   D0412017CR000122
       COURT DISPOSITION        DISMISSED BY DA
```

**CONFIDENTIAL**

```
CHARGE                    04
   CHARGE LITERAL         BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL             FELONY
   DOCKET                 D0412017CR000122
   COURT DISPOSITION      DISMISSED BY DA
CHARGE                    05
   CHARGE LITERAL         BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL             FELONY
   DOCKET                 D0412017CR000122
   COURT DISPOSITION      DISMISSED BY DA
CHARGE                    06
   CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
   TYPE/LEVEL             MISDEMEANOR
   DOCKET                 D0412017CR000122
   COURT DISPOSITION      DISMISSED BY DA
CHARGE                    07
   CHARGE LITERAL         PUBLIC ORDER CRIMES  HABITUAL CRIMINAL
   TYPE/LEVEL             SENTENCE ENHANCER
   OFFENSE DATE           11/30/2016
   DOCKET                 D0412016CR000270
   COURT DISPOSITION      DISMISSED BY DA
CHARGE                    08
   CHARGE LITERAL         PUBLIC ORDER CRIMES  HABITUAL CRIMINAL
   TYPE/LEVEL             SENTENCE ENHANCER
   OFFENSE DATE           11/30/2016
   DOCKET                 D0412016CR000270
   COURT DISPOSITION      DISMISSED BY DA
CHARGE                    09
   CHARGE LITERAL         TRAFFIC OFFENSE  VEHICULAR ELUDING
   TYPE/LEVEL             FELONY
   OFFENSE DATE           11/30/2016
   DOCKET                 D0412016CR000270
   COURT DISPOSITION      GUILTY
   SENTENCE               3 00 Y DOC 15 00 D CRTS 3 00 Y DOC 15 00 D CRTS
CHARGE                    10
   CHARGE LITERAL         WEAPON OFFENSE  WEAPON-POSSESSPREVIOUS OFFEND-DANGEROUS
   TYPE/LEVEL             FELONY
   OFFENSE DATE           11/30/2016
   DOCKET                 D0412016CR000270
   COURT DISPOSITION      GUILTY
   SENTENCE               2 00 D CRTS 2 00 Y DOC 2 00 D CRTS
CHARGE                    11
   CHARGE LITERAL         CRIMES AGAINST PERSON  HARASSMENT-STRIKESHOVEKICK
   TYPE/LEVEL             MISDEMEANOR
   OFFENSE DATE           11/30/2016
   DOCKET                 D0412016CR000270
   COURT DISPOSITION      DISMISSED BY DA
=============================Cycle 38 of 61 =============================
------ ARREST ------
DATE ARRESTED             11/30/2016
AGENCY                    MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER             B0022312
AGENCY CASE NUMBER        16S00857
NAME USED                 SHOLES,TANNER EUGENE
CHARGE                    01
   CHARGE LITERAL         BURGLARY  1ST DEG BURGLARY
   TYPE/LEVEL             FELONY
   OFFENSE DATE           11/29/2016
   DOCKET                 16CR269
------ COURT ------
CHARGE                    01
   CHARGE LITERAL         WEAPON OFFENSE  WEAPON-POSSESSPREVIOUS OFFEND-DANGEROUS
   TYPE/LEVEL             FELONY
   DOCKET                 D0412017CR000123
   COURT DISPOSITION      DISMISSED BY DA
CHARGE                    02
```

**CONFIDENTIAL**

```
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL              FELONY
   DOCKET                  D0412017CR000123
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     03
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL              FELONY
   DOCKET                  D0412017CR000123
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     04
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL              FELONY
   DOCKET                  D0412017CR000123
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     05
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL              FELONY
   DOCKET                  D0412017CR000123
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     06
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL              FELONY
   DOCKET                  D0412017CR000123
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     07
   CHARGE LITERAL          PUBLIC ORDER CRIMES  TELEPHONE-OBSTRUCT SERVICE
   TYPE/LEVEL              MISDEMEANOR
   DOCKET                  D0412017CR000123
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     08
   CHARGE LITERAL          BURGLARY  BURGLARY 2-OF DWELLING
   TYPE/LEVEL              FELONY
   OFFENSE DATE            11/01/2016
   DOCKET                  D0412016CR000269
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     09
   CHARGE LITERAL          INTIMIDATION  STALKING-EMOTIONAL DISTRESS-PROT ORDER
   TYPE/LEVEL              FELONY
   OFFENSE DATE            11/01/2016
   DOCKET                  D0412016CR000269
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     10
   CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            11/01/2016
   DOCKET                  D0412016CR000269
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     11
   CHARGE LITERAL          PUBLIC ORDER CRIMES  TELEPHONE-OBSTRUCT SERVICE
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            11/01/2016
   DOCKET                  D0412016CR000269
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     12
   CHARGE LITERAL          PUBLIC ORDER CRIMES  HABITUAL CRIMINAL
   TYPE/LEVEL              SENTENCE ENHANCER
   OFFENSE DATE            11/01/2016
   DOCKET                  D0412016CR000269
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     13
   CHARGE LITERAL          PUBLIC ORDER CRIMES  HABITUAL CRIMINAL
   TYPE/LEVEL              SENTENCE ENHANCER
   OFFENSE DATE            11/01/2016
   DOCKET                  D0412016CR000269
   COURT DISPOSITION       DISMISSED BY DA
=============================== Cycle 39 of 61 ===============================
```

**CONFIDENTIAL**

```
------ ARREST ------
DATE ARRESTED             01/17/2017
AGENCY                    CRAIG POLICE DEPARTMENT
ARREST NUMBER             B0022452
AGENCY CASE NUMBER        16S00889
NAME USED                 SHOLES,TANNER EUGENE
CHARGE                    01
   CHARGE LITERAL         TRESPASSING  1ST DEG TRESPASS
   TYPE/LEVEL             FELONY
   OFFENSE DATE           12/29/2016
   DOCKET                 D0412016CR000286
CHARGE                    02
   CHARGE LITERAL         BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS
   TYPE/LEVEL             FELONY
   OFFENSE DATE           12/29/2016
   DOCKET                 D0412016CR000286
CHARGE                    03
   CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION OF PROTECTION ORDER
   TYPE/LEVEL             MISDEMEANOR
   OFFENSE DATE           12/29/2016
   DOCKET                 D0412016CR000286
------ COURT ------
CHARGE                    01
   CHARGE LITERAL         BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL             FELONY
   OFFENSE DATE           12/16/2016
   DOCKET                 D0412016CR000286
   COURT DISPOSITION      DISMISSED BY DA
CHARGE                    02
   CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION PO-CIVIL
   TYPE/LEVEL             MISDEMEANOR
   OFFENSE DATE           12/16/2016
   DOCKET                 D0412016CR000286
   COURT DISPOSITION      DISMISSED BY DA
CHARGE                    03
   CHARGE LITERAL         TRESPASSING  TRESPASS 1-DWELLING
   TYPE/LEVEL             FELONY
   OFFENSE DATE           12/16/2016
   DOCKET                 D0412016CR000286
   COURT DISPOSITION      DISMISSED BY DA
============================= Cycle 40 of 61 =============================
------ ARREST ------
DATE ARRESTED             02/08/2017
AGENCY                    MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER             B0022452
AGENCY CASE NUMBER        4B170149
NAME USED                 SHOLES,TANNER EUGENE
CHARGE                    01
   CHARGE LITERAL         PROPERTY CRIMES  PROPERTY CRIMES (CARELESSDRIVING,NO
                          DL,)
   OFFENSE DATE           02/02/2017
   DOCKET                 C0412017T000027
============================= Cycle 41 of 61 =============================
------ ARREST ------
DATE ARRESTED             03/03/2017
AGENCY                    MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER             B0022601
AGENCY CASE NUMBER        17S00103
NAME USED                 SHOLES,TANNER EUGENE
CHARGE                    01
   CHARGE LITERAL         ARSON-RESIDENCE  ARSON-RESIDENCE -- 2 COUNTS
   TYPE/LEVEL             FELONY
   OFFENSE DATE           03/03/2017
CHARGE                    02
   CHARGE LITERAL         BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL             FELONY
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
      OFFENSE DATE            03/03/2017
   CHARGE                     03
      CHARGE LITERAL          POSSESSION OF WEAPON  DANGEROUS WEAPON-POSSESSION
      TYPE/LEVEL              MISDEMEANOR
      OFFENSE DATE            03/03/2017
   CHARGE                     04
      CHARGE LITERAL          OBSTRUCT POLICE  OBSTRUCTING (TELEPHONE OR TELEGRAPH)
      TYPE/LEVEL              MISDEMEANOR
      OFFENSE DATE            03/03/2017
   ------ COURT ------
   CHARGE                     01
      CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
      TYPE/LEVEL              FELONY
      OFFENSE DATE            03/03/2017
      DOCKET                  D0412017CR000043
      COURT DISPOSITION       DISMISSED BY DA
   CHARGE                     02
      CHARGE LITERAL          WEAPON OFFENSE  WEAPON-POSSESSPREVIOUS OFFEND-DANGEROUS
      TYPE/LEVEL              FELONY
      OFFENSE DATE            03/03/2017
      DOCKET                  D0412017CR000043
      COURT DISPOSITION       DISMISSED BY DA
   CHARGE                     03
      CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
      TYPE/LEVEL              FELONY
      OFFENSE DATE            03/03/2017
      DOCKET                  D0412017CR000043
      COURT DISPOSITION       DISMISSED BY DA
   CHARGE                     04
      CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
      TYPE/LEVEL              FELONY
      OFFENSE DATE            03/03/2017
      DOCKET                  D0412017CR000043
      COURT DISPOSITION       DISMISSED BY DA
   CHARGE                     05
      CHARGE LITERAL          PUBLIC ORDER CRIMES  TELEPHONE-OBSTRUCT SERVICE
      TYPE/LEVEL              MISDEMEANOR
      OFFENSE DATE            03/03/2017
      DOCKET                  D0412017CR000043
      COURT DISPOSITION       DISMISSED BY DA
   CHARGE                     06
      CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
      TYPE/LEVEL              FELONY
      OFFENSE DATE            03/03/2017
      DOCKET                  D0412017CR000043
      COURT DISPOSITION       DISMISSED BY DA
   CHARGE                     07
      CHARGE LITERAL          ARSON  ARSON 1
      TYPE/LEVEL              FELONY
      OFFENSE DATE            03/03/2017
      DOCKET                  D0412017CR000043
      COURT DISPOSITION       DISMISSED BY DA
   CHARGE                     08
      CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
      TYPE/LEVEL              FELONY
      OFFENSE DATE            03/03/2017
      DOCKET                  D0412017CR000043
      COURT DISPOSITION       DISMISSED BY DA
   ============================= Cycle 42 of 61 =============================
   ------ ARREST ------
   DATE ARRESTED              03/12/2017
   AGENCY                     MOFFAT COUNTY SHERIFF'S OFFICE
   ARREST NUMBER              B0022641
   AGENCY CASE NUMBER         17S00129
   NAME USED                  SHOLES,TANNER EUGENE
   CHARGE                     01
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
   CHARGE LITERAL            CONTEMPT OF COURT  CRIME OF VIOLATION OF A RESTRAININ
   TYPE/LEVEL                MISDEMEANOR
   OFFENSE DATE              03/12/2017
CHARGE                       02
   CHARGE LITERAL            BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                FELONY
   OFFENSE DATE              03/12/2017
------ COURT ------
CHARGE                       01
   CHARGE LITERAL            TRESPASSING  TRESPASS 1-DWELLING
   TYPE/LEVEL                FELONY
   OFFENSE DATE              03/12/2017
   DOCKET                    D0412017CR000058
   COURT DISPOSITION         DISMISSED BY DA
CHARGE                       02
   CHARGE LITERAL            CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
   TYPE/LEVEL                MISDEMEANOR
   OFFENSE DATE              03/12/2017
   DOCKET                    D0412017CR000058
   COURT DISPOSITION         DISMISSED BY DA
CHARGE                       03
   CHARGE LITERAL            BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                FELONY
   OFFENSE DATE              03/12/2017
   DOCKET                    D0412017CR000058
   COURT DISPOSITION         DISMISSED BY DA
CHARGE                       04
   CHARGE LITERAL            BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                FELONY
   OFFENSE DATE              03/12/2017
   DOCKET                    D0412017CR000058
   COURT DISPOSITION         DISMISSED BY DA
CHARGE                       05
   CHARGE LITERAL            BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                FELONY
   OFFENSE DATE              03/12/2017
   DOCKET                    D0412017CR000058
   COURT DISPOSITION         DISMISSED BY DA
CHARGE                       06
   CHARGE LITERAL            BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                FELONY
   OFFENSE DATE              03/12/2017
   DOCKET                    D0412017CR000058
   COURT DISPOSITION         DISMISSED BY DA
============================== Cycle 43 of 61 ==============================
------ ARREST ------
DATE ARRESTED                04/26/2017
AGENCY                       HAYDEN POLICE DEPARTMENT
ARREST NUMBER                17-0741
AGENCY CASE NUMBER           17012508
NAME USED                    SHOLES,TANNER EUGENE
CHARGE                       01
   CHARGE LITERAL            ASSAULT  VEHICULAR ASSAULT-RECKLESS
   TYPE/LEVEL                FELONY
   DOCKET                    D0542017CR000050
CHARGE                       02
   CHARGE LITERAL            ASSAULT  MENACING X2
   TYPE/LEVEL                FELONY
   DOCKET                    D0542017CR000050
CHARGE                       03
   CHARGE LITERAL            WEAPON OFFENSE  WEAPON-POSS/PREVIOUS OFFEND-ANY PRIOR FEL
   TYPE/LEVEL                FELONY
   DOCKET                    D0542017CR000050
CHARGE                       04
   CHARGE LITERAL            ASSAULT  3RD DEG ASSAULT
   TYPE/LEVEL                MISDEMEANOR
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
   DOCKET                  D0542017CR000050
CHARGE                     05
   CHARGE LITERAL          CHILD ABUSE  CHILD ABUSE (CRUELTY TOWARD CHILD)X2
   DOCKET                  D0542017CR000050
CHARGE                     06
   CHARGE LITERAL          CRIMES AGAINST PERSON  RECKLESS ENDANGERMENT
   TYPE/LEVEL              MISDEMEANOR
   DOCKET                  D0542017CR000050
CHARGE                     07
   CHARGE LITERAL          DAMAGE PROPERTY  CRIMINAL MISCHIEF-$300-$750
   TYPE/LEVEL              MISDEMEANOR
   DOCKET                  D0542017CR000050
CHARGE                     08
   CHARGE LITERAL          TRAFFIC OFFENSE  DRIVING UNDER RESTRAINT
   TYPE/LEVEL              MISDEMEANOR
   DOCKET                  D0542017CR000050
CHARGE                     09
   CHARGE LITERAL          TRAFFIC OFFENSE  RECKLESS DRIVING
   TYPE/LEVEL              TRAFFIC
   DOCKET                  D0542017CR000050
------ COURT ------
CHARGE                     01
   CHARGE LITERAL          TRAFFIC OFFENSE  DRIVING UNDER RESTRAINT
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            04/11/2017
   DOCKET                  D0542017CR000050
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     02
   CHARGE LITERAL          ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
   TYPE/LEVEL              FELONY
   OFFENSE DATE            04/11/2017
   DOCKET                  D0542017CR000050
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     03
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL              FELONY
   OFFENSE DATE            04/11/2017
   DOCKET                  D0542017CR000050
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     04
   CHARGE LITERAL          POSSESSION OF WEAPON  ILLEGAL WEAPON-POSSESSION
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            04/11/2017
   DOCKET                  D0542017CR000050
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     05
   CHARGE LITERAL          CRIMES AGAINST PERSON  RECKLESS ENDANGERMENT
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            04/11/2017
   DOCKET                  D0542017CR000050
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     06
   CHARGE LITERAL          ASSAULT  ASSAULT 2-CAUSE INJ W DEADLY WEAP-ATT
   TYPE/LEVEL              FELONY
   OFFENSE DATE            04/11/2017
   DOCKET                  D0542017CR000050
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     07
   CHARGE LITERAL          ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
   TYPE/LEVEL              FELONY
   OFFENSE DATE            04/11/2017
   DOCKET                  D0542017CR000050
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     08
   CHARGE LITERAL          ASSAULT  ASSAULT 2-CAUSE INJURY W DEADLY WEAPON
   TYPE/LEVEL              FELONY
```

**CONFIDENTIAL**

```
    OFFENSE DATE         04/11/2017
    DOCKET               D0542017CR000050
    COURT DISPOSITION    DISMISSED BY DA
CHARGE                   09
    CHARGE LITERAL       CHILD ABUSE  CHILD ABUSE-KNOWINGLYRECKLESS-NO INJURY
    TYPE/LEVEL           MISDEMEANOR
    OFFENSE DATE         04/11/2017
    DOCKET               D0542017CR000050
    COURT DISPOSITION    DISMISSED BY DA
CHARGE                   10
    CHARGE LITERAL       WEAPON OFFENSE  WEAPON-POSSPREVIOUS OFFEND-ANY PRIOR FE
    TYPE/LEVEL           FELONY
    OFFENSE DATE         04/11/2017
    DOCKET               D0542017CR000050
    COURT DISPOSITION    DISMISSED BY DA
CHARGE                   11
    CHARGE LITERAL       DAMAGE PROPERTY  CRIMINAL MISCHIEF-UNDER $300
    TYPE/LEVEL           MISDEMEANOR
    OFFENSE DATE         04/11/2017
    DOCKET               D0542017CR000050
    COURT DISPOSITION    DISMISSED BY DA
CHARGE                   12
    CHARGE LITERAL       PUBLIC ORDER CRIMES  RECKLESS DRIVING
    TYPE/LEVEL           TRAFFIC
    OFFENSE DATE         04/11/2017
    DOCKET               D0542017CR000050
    COURT DISPOSITION    DISMISSED BY DA
CHARGE                   13
    CHARGE LITERAL       BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
    TYPE/LEVEL           FELONY
    OFFENSE DATE         04/11/2017
    DOCKET               D0542017CR000050
    COURT DISPOSITION    DISMISSED BY DA
CHARGE                   14
    CHARGE LITERAL       BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
    TYPE/LEVEL           FELONY
    OFFENSE DATE         04/11/2017
    DOCKET               D0542017CR000050
    COURT DISPOSITION    DISMISSED BY DA
CHARGE                   15
    CHARGE LITERAL       BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
    TYPE/LEVEL           FELONY
    OFFENSE DATE         04/11/2017
    DOCKET               D0542017CR000050
    COURT DISPOSITION    DISMISSED BY DA
CHARGE                   16
    CHARGE LITERAL       BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
    TYPE/LEVEL           FELONY
    OFFENSE DATE         04/11/2017
    DOCKET               D0542017CR000050
    COURT DISPOSITION    DISMISSED BY DA
CHARGE                   17
    CHARGE LITERAL       BAIL-SECURE BOND  VIOLATIONBAIL BOND CONDITIONS-MISDEMEAN
    TYPE/LEVEL           MISDEMEANOR
    OFFENSE DATE         04/11/2017
    DOCKET               D0542017CR000050
    COURT DISPOSITION    DISMISSED BY DA
CHARGE                   18
    CHARGE LITERAL       CHILD ABUSE  CHILD ABUSE-KNOWINGLYRECKLESS-NO INJURY
    TYPE/LEVEL           MISDEMEANOR
    OFFENSE DATE         04/11/2017
    DOCKET               D0542017CR000050
    COURT DISPOSITION    DISMISSED BY DA
CHARGE                   19
    CHARGE LITERAL       CRIMES AGAINST PERSON  RECKLESS ENDANGERMENT
    TYPE/LEVEL           MISDEMEANOR
```

```
   OFFENSE DATE            04/11/2017
   DOCKET                  D0542017CR000050
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     20
   CHARGE LITERAL          TRESPASSING  TRESPASS 3-ON AGRICULTURAL LAND
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            04/11/2017
   DOCKET                  D0542017CR000050
   COURT DISPOSITION       GUILTY
   SENTENCE                2 00 Y PRBU 2 00 Y PRBU
=============================== Cycle 44 of 61 ===============================
------ ARREST ------
DATE ARRESTED              04/28/2017
AGENCY                     ROUTT COUNTY SHERIFF'S OFFICE
ARREST NUMBER              17-0746
AGENCY CASE NUMBER         S1702377
NAME USED                  SHOLES,TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          CONTEMPT OF COURT  PROTECTION ORDER VIOLATION
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            04/27/2017
------ COURT ------
CHARGE                     01
   CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            04/28/2017
   DOCKET                  C0542017M 000159
   COURT DISPOSITION       DISMISSED BY DA
=============================== Cycle 45 of 61 ===============================
------ ARREST ------
DATE ARRESTED              06/24/2017
AGENCY                     CRAIG POLICE DEPARTMENT
ARREST NUMBER              B0023049
NAME USED                  SHOLES,TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          RESISTING ARREST  RESISTING ARREST
   TYPE/LEVEL              MISDEMEANOR
CHARGE                     02
   CHARGE LITERAL          OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
   TYPE/LEVEL              MISDEMEANOR
CHARGE                     03
   CHARGE LITERAL          CONTEMPT OF COURT  RESTRAINING ORDER VIOLATION
   TYPE/LEVEL              MISDEMEANOR
CHARGE                     04
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL              FELONY
CHARGE                     05
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-MISD
   TYPE/LEVEL              MISDEMEANOR
------ PROSECUTION ------
CHARGE                     01
   CHARGE LITERAL          OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
   TYPE/LEVEL              MISDEMEANOR
   PROSECUTION DISPO DATE 12/07/2017
   PROSECUTION DISPO       NO FILING BY PROSECUTION
   DOCKET                  C0412017NF120701
=============================== Cycle 46 of 61 ===============================
------ ARREST ------
DATE ARRESTED              06/24/2017
AGENCY                     CRAIG POLICE DEPARTMENT
ARREST NUMBER              B0023051
AGENCY CASE NUMBER         17P00964
NAME USED                  SHOLES,TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          CONTEMPT OF COURT  RESTRAINING ORDER VIOLATION
   TYPE/LEVEL              MISDEMEANOR
```

Moffat Defendants 000099
EXHIBIT A TO MTD

**CONFIDENTIAL**

```
       OFFENSE DATE          06/24/2017
CHARGE                       02
    CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
    TYPE/LEVEL               FELONY
    OFFENSE DATE             06/24/2017
CHARGE                       03
    CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-MISD
    TYPE/LEVEL               MISDEMEANOR
    OFFENSE DATE             06/24/2017
------ PROSECUTION ------
CHARGE                       01
    CHARGE LITERAL           CONTEMPT OF COURT  RESTRAINING ORDER VIOLATION
    TYPE/LEVEL               MISDEMEANOR
    OFFENSE DATE             06/24/2017
    PROSECUTION DISPO DATE   12/07/2017
    PROSECUTION DISPO        NO FILING BY PROSECUTION
    DOCKET                   C0412017NF120702
------ COURT ------
CHARGE                       01
    CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
    TYPE/LEVEL               FELONY
    OFFENSE DATE             06/22/2017
    DOCKET                   D0412017CR000165
    COURT DISPOSITION        DISMISSED BY DA
CHARGE                       02
    CHARGE LITERAL           CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
    TYPE/LEVEL               MISDEMEANOR
    OFFENSE DATE             06/22/2017
    DOCKET                   D0412017CR000165
    COURT DISPOSITION        DISMISSED BY DA
CHARGE                       03
    CHARGE LITERAL           RESISTING ARREST  RESISTING ARREST
    TYPE/LEVEL               MISDEMEANOR
    OFFENSE DATE             06/22/2017
    DOCKET                   D0412017CR000165
    COURT DISPOSITION        DISMISSED BY DA
CHARGE                       04
    CHARGE LITERAL           OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
    TYPE/LEVEL               MISDEMEANOR
    OFFENSE DATE             06/22/2017
    DOCKET                   D0412017CR000165
    COURT DISPOSITION        DISMISSED BY DA
CHARGE                       05
    CHARGE LITERAL           BAIL-SECURE BOND  VIOLATIONBAIL BOND CONDITIONS-MISDEMEAN
    TYPE/LEVEL               MISDEMEANOR
    OFFENSE DATE             06/22/2017
    DOCKET                   D0412017CR000165
    COURT DISPOSITION        DISMISSED BY DA
CHARGE                       06
    CHARGE LITERAL           PUBLIC ORDER CRIMES  HABITUAL CRIMINAL
    TYPE/LEVEL               SENTENCE ENHANCER
    OFFENSE DATE             06/22/2017
    DOCKET                   D0412017CR000165
    COURT DISPOSITION        DISMISSED BY DA
CHARGE                       07
    CHARGE LITERAL           PUBLIC ORDER CRIMES  HABITUAL CRIMINAL
    TYPE/LEVEL               SENTENCE ENHANCER
    OFFENSE DATE             06/22/2017
    DOCKET                   D0412017CR000165
    COURT DISPOSITION        DISMISSED BY DA
============================= Cycle 47 of 61 =============================
------ ARREST ------
DATE ARRESTED                02/15/2018
AGENCY                       CRAIG POLICE DEPARTMENT
ARREST NUMBER                B0023894
AGENCY CASE NUMBER           18P000244
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
NAME USED                    SHOLES,TANNER EUGENE
CHARGE                       01
  CHARGE LITERAL             BURGLARY  1ST DEG BURGLARY
  TYPE/LEVEL                 FELONY
  OFFENSE DATE               02/15/2018
CHARGE                       02
  CHARGE LITERAL             THEFT  THEFT-$50-$300
  TYPE/LEVEL                 MISDEMEANOR
  OFFENSE DATE               02/15/2018
CHARGE                       03
  CHARGE LITERAL             TRESPASSING  TRESPASS 1ST DEG
  TYPE/LEVEL                 FELONY
  OFFENSE DATE               02/15/2018
CHARGE                       04
  CHARGE LITERAL             DAMAGE PROPERTY  CRIMINAL MISCHIEF-UNDER $300
  TYPE/LEVEL                 MISDEMEANOR
  OFFENSE DATE               02/15/2018
CHARGE                       05
  CHARGE LITERAL             FAILING TO MOVE ON  FAILURE TO LEAVE PREMISES
  TYPE/LEVEL                 MISDEMEANOR
  OFFENSE DATE               02/15/2018
CHARGE                       06
  CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-
                             FELONY (17CR165)
  TYPE/LEVEL                 FELONY
  OFFENSE DATE               02/15/2018
CHARGE                       07
  CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-
                             FELONY (16CR270)
  TYPE/LEVEL                 FELONY
  OFFENSE DATE               02/15/2018
CHARGE                       08
  CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-
                             FELONY (17CR43)
  TYPE/LEVEL                 FELONY
  OFFENSE DATE               02/15/2018
CHARGE                       09
  CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-
                             FELONY (17CR58)
  TYPE/LEVEL                 FELONY
  OFFENSE DATE               02/15/2018
------ PROSECUTION ------
CHARGE                       01
  CHARGE LITERAL             FAILING TO MOVE ON  FAILURE TO LEAVE PREMISES
  TYPE/LEVEL                 MISDEMEANOR
  OFFENSE DATE               02/15/2018
  PROSECUTION DISPO DATE 06/05/2018
  PROSECUTION DISPO          NO FILING BY PROSECUTION
  DOCKET                     D0412018NF053001
------ COURT ------
CHARGE                       01
  CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
  TYPE/LEVEL                 FELONY
  OFFENSE DATE               02/15/2018
  DOCKET                     D0412018CR000048
  COURT DISPOSITION          DISMISSED BY DA
CHARGE                       02
  CHARGE LITERAL             DAMAGE PROPERTY  CRIMINAL MISCHIEF-UNDER $300
  TYPE/LEVEL                 MISDEMEANOR
  OFFENSE DATE               02/15/2018
  DOCKET                     D0412018CR000048
  COURT DISPOSITION          DISMISSED BY DA
CHARGE                       03
  CHARGE LITERAL             BURGLARY  BURGLARY 2-OF DWELLING
  TYPE/LEVEL                 FELONY
  OFFENSE DATE               02/15/2018
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
    DOCKET                      D0412018CR000048
    COURT DISPOSITION           DISMISSED BY DA
  CHARGE                      04
    CHARGE LITERAL              BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
    TYPE/LEVEL                  FELONY
    OFFENSE DATE                02/15/2018
    DOCKET                      D0412018CR000048
    COURT DISPOSITION           DISMISSED BY DA
  CHARGE                      05
    CHARGE LITERAL              BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
    TYPE/LEVEL                  FELONY
    OFFENSE DATE                02/15/2018
    DOCKET                      D0412018CR000048
    COURT DISPOSITION           DISMISSED BY DA
  CHARGE                      06
    CHARGE LITERAL              TRESPASSING  TRESPASS 1-DWELLING
    TYPE/LEVEL                  FELONY
    OFFENSE DATE                02/15/2018
    DOCKET                      D0412018CR000048
    COURT DISPOSITION           DISMISSED BY DA
  CHARGE                      07
    CHARGE LITERAL              BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
    TYPE/LEVEL                  FELONY
    OFFENSE DATE                02/15/2018
    DOCKET                      D0412018CR000048
    COURT DISPOSITION           DISMISSED BY DA
=============================== Cycle 48 of 61 ==============================
------ ARREST ------
DATE ARRESTED                 04/29/2018
AGENCY                        CRAIG POLICE DEPARTMENT
ARREST NUMBER                 B0024137
AGENCY CASE NUMBER            18P00668
NAME USED                     SHOLES,TANNER EUGENE
  CHARGE                      01
    CHARGE LITERAL              POSSESSION OF WEAPON  POSSESSION OF WEAPONS BY PREVIOUS
    TYPE/LEVEL                  FELONY
    OFFENSE DATE                04/29/2018
    DOCKET                      D0412018CR000100
  CHARGE                      02
    CHARGE LITERAL              CONTEMPT OF COURT  CRIME OF VIOLATION OF A RESTRAININ -
                               - 6 COUNTS
    TYPE/LEVEL                  MISDEMEANOR
    DOCKET                      D0412018CR000100
=============================== Cycle 49 of 61 ==============================
------ ARREST ------
DATE ARRESTED                 04/30/2018
AGENCY                        MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                 B0024149
AGENCY CASE NUMBER            18S00217
NAME USED                     SHOLES,TANNER EUGENE
  CHARGE                      01
    CHARGE LITERAL              HARASSING COMMUNICATION  HARASSING
    TYPE/LEVEL                  MISDEMEANOR
    OFFENSE DATE                04/30/2018
  CHARGE                      02
    CHARGE LITERAL              POSSESSION OF WEAPON  DANGEROUS WEAPON-POSSESSION
    TYPE/LEVEL                  FELONY
    OFFENSE DATE                04/30/2018
  CHARGE                      03
    CHARGE LITERAL              CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
                               9 COUNTS
    TYPE/LEVEL                  MISDEMEANOR
    OFFENSE DATE                04/30/2018
  CHARGE                      04
    CHARGE LITERAL              PROPERTY CRIMES  TAMPERING 2ND DEG-INTENT INJURY/
                               INCONVEN/ANNOY
```

**Moffat Defendants 000102**
**EXHIBIT A TO MTD**

CONFIDENTIAL

```
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            04/30/2018
  CHARGE                     05
     CHARGE LITERAL          FAMILY OFFENSE  DOMESTIC VIOLENCE
     TYPE/LEVEL              FELONY
     OFFENSE DATE            04/30/2018
  ------ COURT ------
  CHARGE                     01
     CHARGE LITERAL          WEAPON OFFENSE  WEAPON-POSSESSPREVIOUS OFFEND-DANGEROUS
     TYPE/LEVEL              FELONY
     OFFENSE DATE            04/30/2018
     DOCKET                  D0412018CR000101
     COURT DISPOSITION       DISMISSED BY DA
  CHARGE                     02
     CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            04/30/2018
     DOCKET                  D0412018CR000101
     COURT DISPOSITION       DISMISSED BY DA
  CHARGE                     03
     CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            04/30/2018
     DOCKET                  D0412018CR000101
     COURT DISPOSITION       DISMISSED BY DA
  CHARGE                     04
     CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            04/30/2018
     DOCKET                  D0412018CR000101
     COURT DISPOSITION       DISMISSED BY DA
  CHARGE                     05
     CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            04/30/2018
     DOCKET                  D0412018CR000101
     COURT DISPOSITION       DISMISSED BY DA
  CHARGE                     06
     CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            04/30/2018
     DOCKET                  D0412018CR000101
     COURT DISPOSITION       DISMISSED BY DA
  CHARGE                     07
     CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            04/30/2018
     DOCKET                  D0412018CR000101
     COURT DISPOSITION       DISMISSED BY DA
  CHARGE                     08
     CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            04/30/2018
     DOCKET                  D0412018CR000101
     COURT DISPOSITION       DISMISSED BY DA
  CHARGE                     09
     CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            04/30/2018
     DOCKET                  D0412018CR000101
     COURT DISPOSITION       DISMISSED BY DA
  CHARGE                     10
     CHARGE LITERAL          PROPERTY CRIMES  TAMPERING 2-INTENT INJURYINCONVENANNOY
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            04/30/2018
     DOCKET                  D0412018CR000101
```

**CONFIDENTIAL**

```
   COURT DISPOSITION       DISMISSED BY DA
============================= Cycle 50 of 61 =============================
------ CUSTODY ------
DATE RECEIVED             05/30/2018
AGENCY                    DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
ARREST NUMBER             I115547
NAME USED                 SHOLES,TANNER E
CHARGE                    01
  CHARGE LITERAL          TRAFFIC OFFENSE  VEHICULAR ELUDING
  TYPE/LEVEL              FELONY
  DOCKET                  D0412016CR000270
   ------ CUSTODY EVENT ------
   DATE                   05/30/2018
   AGENCY                  DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
   STATUS                 RECEIVED
-----
============================= Cycle 51 of 61 =============================
------ ARREST ------
DATE ARRESTED            04/15/2022
AGENCY                   CRAIG POLICE DEPARTMENT
ARREST NUMBER            B220294
AGENCY CASE NUMBER       P2200532
NAME USED                SHOLES,TANNER EUGENE
CHARGE                   01
  CHARGE LITERAL         ASSAULT  3RD DEG ASSAULT
  FACTUAL BASIS          DOMESTIC VIOLENCE
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           04/15/2022
CHARGE                   02
  CHARGE LITERAL         CHILD ABUSE  CHILD ABUSE
  FACTUAL BASIS          DOMESTIC VIOLENCE
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           04/15/2022
CHARGE                   03
  CHARGE LITERAL         FAMILY OFFENSE  DOMESTIC VIOL-HABITUAL OFFENDER
  TYPE/LEVEL             FELONY
  OFFENSE DATE           04/15/2022
------ COURT ------
CHARGE                   01
  CHARGE LITERAL         CHILD ABUSE  CHILD ABUSE-KNOWINGLYRECKLESS-NO INJURY
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           04/15/2022
  DOCKET                 D0412022CR005002
  COURT DISPOSITION      DISMISSED BY DA
CHARGE                   02
  CHARGE LITERAL         PUBLIC ORDER CRIMES  DOMESTIC VIOLENCE-HABITUAL OFFENDER
  TYPE/LEVEL             FELONY
  OFFENSE DATE           04/15/2022
  DOCKET                 D0412022CR005002
  COURT DISPOSITION      GUILTY
  SENTENCE               48 00 H COMMUNITY SERVICE 2 00 Y PROBATION REVOKED 1
                         00 D CREDIT FOR TIME SERVED 2 00 Y PROB RVK'D/
                         REINST'D - NEW TERM
CHARGE                   03
  CHARGE LITERAL         ASSAULT  ASSAULT 3-KNOWRECKLESS CAUSE INJURY
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           04/15/2022
  DOCKET                 D0412022CR005002
  COURT DISPOSITION      GUILTY
============================= Cycle 52 of 61 =============================
------ ARREST ------
DATE ARRESTED            07/03/2022
AGENCY                   CRAIG POLICE DEPARTMENT
ARREST NUMBER            B220508
AGENCY CASE NUMBER       P2200951
NAME USED                SHOLES,TANNER EUGENE
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
CHARGE                      01
   CHARGE LITERAL           CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
                            -- 3 COUNTS
   TYPE/LEVEL               MISDEMEANOR
   OFFENSE DATE             07/03/2022
CHARGE                      02
   CHARGE LITERAL           TRAFFIC OFFENSE  NO PROOF OF INSURANCE-FAILURE TO DISPLAY
   TYPE/LEVEL               TRAFFIC
   OFFENSE DATE             07/03/2022
CHARGE                      03
   CHARGE LITERAL           TRAFFIC OFFENSE  LICENSE PLATES-NOT CLEARLY VISIBLE
   TYPE/LEVEL               TRAFFIC
   OFFENSE DATE             07/03/2022
------ COURT ------
CHARGE                      01
   CHARGE LITERAL           CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
   TYPE/LEVEL               MISDEMEANOR
   OFFENSE DATE             07/03/2022
   DOCKET                   C0412022M 000173
   COURT DISPOSITION        DISMISSED BY DA
CHARGE                      02
   CHARGE LITERAL           TRAFFIC OFFENSE  FAILURE TO DISPLAY PROOF OF INSURANCE
   TYPE/LEVEL               TRAFFIC
   OFFENSE DATE             07/03/2022
   DOCKET                   C0412022M 000173
   COURT DISPOSITION        DISMISSED BY DA
CHARGE                      03
   CHARGE LITERAL           CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
   TYPE/LEVEL               MISDEMEANOR
   OFFENSE DATE             07/03/2022
   DOCKET                   C0412022M 000173
   COURT DISPOSITION        DISMISSED BY DA
CHARGE                      04
   CHARGE LITERAL           CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
   TYPE/LEVEL               MISDEMEANOR
   OFFENSE DATE             07/03/2022
   DOCKET                   C0412022M 000173
   COURT DISPOSITION        DISMISSED BY DA
CHARGE                      05
   CHARGE LITERAL           -
   OFFENSE DATE             07/03/2022
   DOCKET                   C0412022M 000173
   COURT DISPOSITION        DISMISSED BY DA
============================= Cycle 53 of 61 =============================
------ ARREST ------
DATE ARRESTED               07/27/2022
AGENCY                      CRAIG POLICE DEPARTMENT
ARREST NUMBER               B220599
AGENCY CASE NUMBER          P2201132
NAME USED                   SHOLES,TANNER EUGENE
CHARGE                      01
   CHARGE LITERAL           CRIMES AGAINST PERSON  HARASSMENT-STRIKE/SHOVE/KICK
   TYPE/LEVEL               MISDEMEANOR
   OFFENSE DATE             07/27/2022
CHARGE                      02
   CHARGE LITERAL           CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
   TYPE/LEVEL               MISDEMEANOR
   OFFENSE DATE             07/27/2022
CHARGE                      03
   CHARGE LITERAL           FAMILY OFFENSE  DOMESTIC VIOL-HABITUAL OFFENDER
   FACTUAL BASIS            DOMESTIC VIOLENCE
   TYPE/LEVEL               FELONY
   OFFENSE DATE             07/27/2022
------ COURT ------
CHARGE                      01
   CHARGE LITERAL           CRIMES AGAINST PERSON  HARASSMENT-STRIKESHOVEKICK
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
     TYPE/LEVEL             MISDEMEANOR
     OFFENSE DATE           07/27/2022
     DOCKET                 D0412022CR000091
     COURT DISPOSITION      DISMISSED BY DA
   CHARGE                   02
     CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
     TYPE/LEVEL             MISDEMEANOR
     OFFENSE DATE           07/27/2022
     DOCKET                 D0412022CR000091
     COURT DISPOSITION      DISMISSED BY DA
   CHARGE                   03
     CHARGE LITERAL         PUBLIC ORDER CRIMES  DOMESTIC VIOLENCE-HABITUAL OFFENDER
     TYPE/LEVEL             FELONY
     OFFENSE DATE           07/27/2022
     DOCKET                 D0412022CR000091
     COURT DISPOSITION      DISMISSED BY DA
============================ Cycle 54 of 61 =============================
------ ARREST ------
DATE ARRESTED              05/05/2023
AGENCY                     MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER              B230317
AGENCY CASE NUMBER         P2300665
NAME USED                  SHOLES,TANNER EUGENE
   CHARGE                  01
     CHARGE LITERAL        WEAPON OFFENSE  WEAPON-POSS/PREVIOUS OFFEND-ANY PRIOR FEL
     TYPE/LEVEL            FELONY
     OFFENSE DATE          05/01/2023
     DOCKET                D0412023CR000035
   CHARGE                  02
     CHARGE LITERAL        ASSAULT  MENACING-REAL/SIMULATED WEAPON
     TYPE/LEVEL            FELONY
     OFFENSE DATE          05/01/2023
     DOCKET                D0412023CR000035
   CHARGE                  03
     CHARGE LITERAL        CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CIVIL
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          05/01/2023
     DOCKET                D0412023CR000035
   CHARGE                  04
     CHARGE LITERAL        OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          05/01/2023
     DOCKET                D0412023CR000035
   CHARGE                  05
     CHARGE LITERAL        RESISTING ARREST  RESISTING ARREST
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          05/01/2023
     DOCKET                D0412023CR000035
   CHARGE                  06
     CHARGE LITERAL        TRAFFIC OFFENSE  FAILING TO REPORT ACCIDENT-CALL POLICE
     TYPE/LEVEL            TRAFFIC
     OFFENSE DATE          04/02/2023
     DOCKET                C0412023T000081
   CHARGE                  07
     CHARGE LITERAL        TRAFFIC OFFENSE  CARELESS DRIVING
     TYPE/LEVEL            TRAFFIC
     OFFENSE DATE          04/02/2023
     DOCKET                C0412023T000081
   CHARGE                  08
     CHARGE LITERAL        HIT AND RUN  LEAVING SCENE/ACCIDENT-DAMAGE ONLY
     TYPE/LEVEL            TRAFFIC
     OFFENSE DATE          04/02/2023
     DOCKET                C0412023T000081
------ COURT ------
   CHARGE                  01
     CHARGE LITERAL        ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
```

**CONFIDENTIAL**

```
    TYPE/LEVEL            FELONY
    OFFENSE DATE         05/01/2023
    DOCKET               D0412023CR000035
    COURT DISPOSITION    DISMISSED BY PLEA
CHARGE                   02
    CHARGE LITERAL       ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
    TYPE/LEVEL           FELONY
    OFFENSE DATE         05/01/2023
    DOCKET               D0412023CR000035
    COURT DISPOSITION    DISMISSED BY PLEA
CHARGE                   03
    CHARGE LITERAL       ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
    TYPE/LEVEL           FELONY
    OFFENSE DATE         05/01/2023
    DOCKET               D0412023CR000035
    COURT DISPOSITION    DISMISSED BY PLEA
CHARGE                   04
    CHARGE LITERAL       WEAPON OFFENSE  WEAPON-POSSPREVIOUS OFFENDER
    TYPE/LEVEL           FELONY
    OFFENSE DATE         05/01/2023
    DOCKET               D0412023CR000035
    COURT DISPOSITION    GUILTY
CHARGE                   05
    CHARGE LITERAL       RESISTING ARREST  RESISTING ARREST
    TYPE/LEVEL           MISDEMEANOR
    OFFENSE DATE         05/01/2023
    DOCKET               D0412023CR000035
    COURT DISPOSITION    DISMISSED BY PLEA
CHARGE                   06
    CHARGE LITERAL       RESISTING ARREST  RESISTING ARREST
    TYPE/LEVEL           MISDEMEANOR
    OFFENSE DATE         05/01/2023
    DOCKET               D0412023CR000035
    COURT DISPOSITION    DISMISSED BY PLEA
CHARGE                   07
    CHARGE LITERAL       RESISTING ARREST  RESISTING ARREST
    TYPE/LEVEL           MISDEMEANOR
    OFFENSE DATE         05/01/2023
    DOCKET               D0412023CR000035
    COURT DISPOSITION    DISMISSED BY PLEA
CHARGE                   08
    CHARGE LITERAL       RESISTING ARREST  RESISTING ARREST
    TYPE/LEVEL           MISDEMEANOR
    OFFENSE DATE         05/01/2023
    DOCKET               D0412023CR000035
    COURT DISPOSITION    DISMISSED BY PLEA
CHARGE                   09
    CHARGE LITERAL       OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
    TYPE/LEVEL           MISDEMEANOR
    OFFENSE DATE         05/01/2023
    DOCKET               D0412023CR000035
    COURT DISPOSITION    DISMISSED BY PLEA
CHARGE                   10
    CHARGE LITERAL       OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
    TYPE/LEVEL           MISDEMEANOR
    OFFENSE DATE         05/01/2023
    DOCKET               D0412023CR000035
    COURT DISPOSITION    DISMISSED BY PLEA
CHARGE                   11
    CHARGE LITERAL       OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
    TYPE/LEVEL           MISDEMEANOR
    OFFENSE DATE         05/01/2023
    DOCKET               D0412023CR000035
    COURT DISPOSITION    DISMISSED BY PLEA
CHARGE                   12
    CHARGE LITERAL       CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE           05/01/2023
    DOCKET                 D0412023CR000035
    COURT DISPOSITION      DISMISSED BY PLEA
 CHARGE                    13
    CHARGE LITERAL         OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           05/01/2023
    DOCKET                 D0412023CR000035
    COURT DISPOSITION      DISMISSED BY PLEA
 CHARGE                    14
    CHARGE LITERAL         ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
    TYPE/LEVEL             FELONY
    OFFENSE DATE           05/01/2023
    DOCKET                 D0412023CR000035
    COURT DISPOSITION      DISMISSED BY PLEA
 CHARGE                    15
    CHARGE LITERAL         ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
    TYPE/LEVEL             FELONY
    OFFENSE DATE           05/01/2023
    DOCKET                 D0412023CR000035
    COURT DISPOSITION      DISMISSED BY PLEA
 CHARGE                    16
    CHARGE LITERAL         ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
    TYPE/LEVEL             FELONY
    OFFENSE DATE           05/01/2023
    DOCKET                 D0412023CR000035
    COURT DISPOSITION      DISMISSED BY PLEA
 CHARGE                    17
    CHARGE LITERAL         ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
    TYPE/LEVEL             FELONY
    OFFENSE DATE           05/01/2023
    DOCKET                 D0412023CR000035
    COURT DISPOSITION      GUILTY
    SENTENCE               2 00 Y PROBATION 2 00 Y PROBATION
 CHARGE                    18
    CHARGE LITERAL         ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
    TYPE/LEVEL             FELONY
    OFFENSE DATE           05/01/2023
    DOCKET                 D0412023CR000035
    COURT DISPOSITION      DISMISSED BY PLEA
 CHARGE                    19
    CHARGE LITERAL         TRAFFIC OFFENSE  CARELESS DRIVING
    TYPE/LEVEL             TRAFFIC
    OFFENSE DATE           04/02/2023
    DOCKET                 C0412023T 000081
    COURT DISPOSITION      DISMISSED BY PLEA
 CHARGE                    20
    CHARGE LITERAL         TRAFFIC OFFENSE  FAILING TO REPORT ACCIDENT-CALL POLICE
    TYPE/LEVEL             TRAFFIC
    OFFENSE DATE           04/02/2023
    DOCKET                 C0412023T 000081
    COURT DISPOSITION      DISMISSED BY PLEA
 CHARGE                    21
    CHARGE LITERAL         HIT AND RUN  LEAVING SCENEACCIDENT-DAMAGE ONLY
    TYPE/LEVEL             TRAFFIC
    OFFENSE DATE           04/02/2023
    DOCKET                 C0412023T 000081
    COURT DISPOSITION      GUILTY
    SENTENCE               2 00 Y PROBATION UPDATED SENTENCE
=============================== Cycle 55 of 61 ===============================
------ ARREST ------
DATE ARRESTED             05/22/2023
AGENCY                    CRAIG POLICE DEPARTMENT
ARREST NUMBER            B230365
NAME USED                 SHOLES,TANNER EUGENE
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
CHARGE                        01
  CHARGE LITERAL              FAMILY OFFENSE  DOMESTIC VIOL-HABITUAL OFFENDER
  TYPE/LEVEL                  FELONY
  OFFENSE DATE                05/15/2023
  DOCKET                      D0412023CR000042
CHARGE                        02
  CHARGE LITERAL              CONSERVATION ANIMALS  CRUELTY TO ANIMALS-NON-AGG TORT/
                              MUTIL/KILL
  TYPE/LEVEL                  MISDEMEANOR
  OFFENSE DATE                05/15/2023
  DOCKET                      D0412023CR000042
CHARGE                        03
  CHARGE LITERAL              CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CIVIL
  TYPE/LEVEL                  MISDEMEANOR
  OFFENSE DATE                05/15/2023
  DOCKET                      D0412023CR000042
------ COURT ------
CHARGE                        01
  CHARGE LITERAL              CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL                  MISDEMEANOR
  OFFENSE DATE                04/28/2023
  DOCKET                      D0412023CR000042
  COURT DISPOSITION           DISMISSED BY PLEA
CHARGE                        02
  CHARGE LITERAL              PUBLIC ORDER CRIMES  DOMESTIC VIOLENCE-HABITUAL OFFENDER
  TYPE/LEVEL                  FELONY
  OFFENSE DATE                04/28/2023
  DOCKET                      D0412023CR000042
  COURT DISPOSITION           DISMISSED BY PLEA
CHARGE                        03
  CHARGE LITERAL              CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL                  MISDEMEANOR
  OFFENSE DATE                04/28/2023
  DOCKET                      D0412023CR000042
  COURT DISPOSITION           DISMISSED BY PLEA
CHARGE                        04
  CHARGE LITERAL              PUBLIC ORDER CRIMES  DOMESTIC VIOLENCE-HABITUAL OFFENDER
  TYPE/LEVEL                  FELONY
  OFFENSE DATE                04/28/2023
  DOCKET                      D0412023CR000042
  COURT DISPOSITION           DISMISSED BY PLEA
CHARGE                        05
  CHARGE LITERAL              PUBLIC ORDER CRIMES  DOMESTIC VIOLENCE-HABITUAL OFFENDER
  TYPE/LEVEL                  FELONY
  OFFENSE DATE                04/28/2023
  DOCKET                      D0412023CR000042
  COURT DISPOSITION           DISMISSED BY PLEA
CHARGE                        06
  CHARGE LITERAL              CONSERVATION ANIMALS  CRUELTYANIMALS-NEGLECTMISTREAT-ATT
  TYPE/LEVEL                  MISDEMEANOR
  OFFENSE DATE                04/28/2023
  DOCKET                      D0412023CR000042
  COURT DISPOSITION           DISMISSED BY PLEA
============================= Cycle 56 of 61 =============================
------ ARREST ------
DATE ARRESTED                 06/05/2023
AGENCY                        MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                 B230401
NAME USED                     SHOLES,TANNER EUGENE
CHARGE                        01
  CHARGE LITERAL              DAMAGE PROPERTY  CRIMINAL MISCHIEF-$300-$750
  TYPE/LEVEL                  MISDEMEANOR
  OFFENSE DATE                06/05/2023
------ COURT ------
CHARGE                        01
  CHARGE LITERAL              DAMAGE PROPERTY  CRIMINAL MISCHIEF-$300-$1000
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE           06/05/2023
   DOCKET                 C0412023M 000128
   SENTENCE               2 00 Y PROBATION 2 00 Y PROBATION
   COURT DISPOSITION      GUILTY
   SENTENCE               2 00 Y PROBATION UPDATED SENTENCE
============================== Cycle 57 of 61 ==============================
------ ARREST ------
DATE ARRESTED            07/05/2023
AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER            B230491A
AGENCY CASE NUMBER       S2300402
NAME USED                SHOLES,TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL         CONTEMPT OF COURT  CONTEMPT OF COURT VIOLATION TRO
   TYPE/LEVEL             MISDEMEANOR
   OFFENSE DATE           06/30/2023
   DOCKET                 CO412023M000162
------ COURT ------
CHARGE                   01
   CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
   TYPE/LEVEL             MISDEMEANOR
   OFFENSE DATE           06/30/2023
   DOCKET                 C0412023M 000162
   COURT DISPOSITION      DISMISSED BY PLEA
============================== Cycle 58 of 61 ==============================
------ ARREST ------
DATE ARRESTED            07/05/2023
AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER            B230491
NAME USED                SHOLES,TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL         TRAFFIC OFFENSE  FAILING TO REPORT ACCIDENT-CALL POLICE
   TYPE/LEVEL             TRAFFIC
   OFFENSE DATE           06/30/2023
   DOCKET                 CO412023T000133
CHARGE                   02
   CHARGE LITERAL         TRAFFIC OFFENSE  CARELESS DRIVING
   TYPE/LEVEL             TRAFFIC
   OFFENSE DATE           06/30/2023
   DOCKET                 CO412023T000133
CHARGE                   03
   CHARGE LITERAL         HIT AND RUN  LEAVING SCENE/ACCIDENT-DAMAGE ONLY
   TYPE/LEVEL             TRAFFIC
   OFFENSE DATE           06/30/2023
   DOCKET                 CO412023T000133
------ COURT ------
CHARGE                   01
   CHARGE LITERAL         TRAFFIC OFFENSE  CARELESS DRIVING
   TYPE/LEVEL             TRAFFIC
   OFFENSE DATE           06/30/2023
   DOCKET                 C0412023T 000133
   COURT DISPOSITION      DISMISSED BY PLEA
CHARGE                   02
   CHARGE LITERAL         TRAFFIC OFFENSE  FAILING TO REPORT ACCIDENT-CALL POLICE
   TYPE/LEVEL             TRAFFIC
   OFFENSE DATE           06/30/2023
   DOCKET                 C0412023T 000133
   COURT DISPOSITION      DISMISSED BY PLEA
CHARGE                   03
   CHARGE LITERAL         HIT AND RUN  LEAVING SCENEACCIDENT-DAMAGE ONLY
   TYPE/LEVEL             TRAFFIC
   OFFENSE DATE           06/30/2023
   DOCKET                 C0412023T 000133
   COURT DISPOSITION      GUILTY
   SENTENCE               2 00 Y PROBATION UPDATED SENTENCE
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
============================== Cycle 59 of 61 ==============================
------ ARREST ------
DATE ARRESTED            09/13/2023
AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER           B230690
AGENCY CASE NUMBER      S2300631
NAME USED               SHOLES,TANNER
CHARGE                   01
  CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION  P/O-CRIMINAL -- 2 COUNTS
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           09/13/2023
------ COURT ------
CHARGE                   01
  CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           09/13/2023
  DOCKET                 C0412023M 000247
  COURT DISPOSITION      DISMISSED BY PLEA
CHARGE                   02
  CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           09/13/2023
  DOCKET                 C0412023M 000247
  COURT DISPOSITION      DISMISSED BY PLEA
============================== Cycle 60 of 61 ==============================
------ ARREST ------
DATE ARRESTED            09/22/2023
AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER           B230722
AGENCY CASE NUMBER      2300676
NAME USED               SHOLES,TANNER EUGENE
CHARGE                   01
  CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION  P/O-CRIMINAL
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           09/22/2023
CHARGE                   02
  CHARGE LITERAL         PUBLIC PEACE  OBSTRUCTING HIGHWAY/PASSAGEWAY
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           09/22/2023
CHARGE                   03
  CHARGE LITERAL         OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           09/22/2023
------ COURT ------
CHARGE                   01
  CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL             MISDEMEANOR
  CHARGE CLASS           CLASS 1 MISDEMEANOR
  OFFENSE DATE           09/22/2023
  DOCKET                 C0412023M 005026
  COURT DISPOSITION      DISMISSED BY PLEA
CHARGE                   02
  CHARGE LITERAL         PUBLIC PEACE  OBSTRUCTING HIGHWAYPASSAGEWAY
  TYPE/LEVEL             PETTY
  CHARGE CLASS           PETTY OFFENSE
  OFFENSE DATE           09/22/2023
  DOCKET                 C0412023M 005026
  COURT DISPOSITION      DISMISSED BY PLEA
CHARGE                   03
  CHARGE LITERAL         OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
  TYPE/LEVEL             MISDEMEANOR
  CHARGE CLASS           CLASS 2 MISDEMEANOR
  OFFENSE DATE           09/22/2023
  DOCKET                 C0412023M 005026
  COURT DISPOSITION      DISMISSED BY PLEA
============================== Cycle 61 of 61 ==============================
```

**CONFIDENTIAL**

**CONFIDENTIAL**

```
------ ARREST ------
DATE ARRESTED            09/25/2023
AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER            B230722A
NAME USED                SHOLES,TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   TYPE/LEVEL            FELONY
   OFFENSE DATE          05/01/2023
   DOCKET                DO412023CR000035
CHARGE                   02
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   FACTUAL BASIS         DOMESTIC VIOLENCE
   TYPE/LEVEL            FELONY
   OFFENSE DATE          04/28/2023
   DOCKET                DO412023CR000042
CHARGE                   03
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          09/13/2023
   DOCKET                CO412023T000247
CHARGE                   04
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          06/30/2023
   DOCKET                CO412023T000133
CHARGE                   05
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          04/02/2023
   DOCKET                CO412023T000081
CHARGE                   06
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          06/05/2023
   DOCKET                CO412023M000128
CHARGE                   07
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          06/30/2023
   DOCKET                CO412023M000162

    ** CRIMINAL JUSTICE AGENCIES MAY NOT HAVE PROVIDED ALL ARRESTS, **
    ** CHARGES OR DISPOSITIONS TO THE CBI.  THIS RECORD SHOWS ALL   **
    ** ARRESTS, CHARGES & DISPOSITIONS THAT WERE PROVIDED, UNLESS   **
    ** ACCESS TO THEM HAS BEEN LIMITED BY COURT ORDER.              **
   *FALSIFYING OR ALTERING THIS RECORD WITH THE INTENT TO MISREPRESENT*
   *THE CONTENTS OF THE RECORD IS PROHIBITED BY LAW, AND MAY BE       *
   *PUNISHABLE AS A FELONY WHEN DONE WITH THE INTENT TO INJURE OR     *
   *DEFRAUD ANY PERSON.                                               *
       ---- END OF RECORD MEETING DISSEMINATION CRITERIA ----
          ------- 09/05/2024 20:10MT -------
```

**CONFIDENTIAL**          **Moffat Defendants 000112**

**EXHIBIT A TO MTD**

**CONFIDENTIAL**

# COLORADO CRIMINAL HISTORY INFORMATION SHEET

**1. WHO IS CRIMINAL JUSTICE/LAW ENFORCEMENT?**

"Criminal justice agency" means any court with criminal jurisdiction and any agency of the state or of any county, city and county, town, boards of institutions of higher education, school district, special district, judicial district, or law enforcement authority which performs any activity directly relating to the detection or investigation of crime; the apprehension, pretrial release, posttrial release, prosecution, correctional supervision, rehabilitation, evaluation, or treatment of accused persons or criminal offenders; or criminal identification activities or the collection, storage, or dissemination of arrest and criminal records information.

**2. DEFINE LAWFUL USE OF THE RECORDS.**

Records shall not be used by any person for the purpose of soliciting business for pecuniary gain. The official custodian shall deny any person access to records of official actions and criminal justice records unless such person signs a statement which affirms that such records shall not be used for the direct solicitation of business for pecuniary gain.

**3. WHO ARE FINGERPRINT CARD CONTRIBUTORS?**

Fingerprint card contributors are "Criminal Justice Agencies," as defined above (#1).

**4. WHAT IS A DISPOSITION?**

"Disposition" means a decision not to file criminal charges after arrest; the conclusion of criminal proceedings, including conviction, acquittal, or acquittal by reason of insanity; the dismissal, abandonment, or indefinite postponement of criminal proceedings; formal diversion from prosecution; sentencing, correctional supervision, and release from correctional supervision, including terms and conditions thereof; outcome of appellate review of criminal proceedings; or executive clemency.

**5. WHERE CAN I GET A DISPOSITION IF IT IS NOT POSTED TO MY CBI RECORD?**

You can get copies of your dispositions from www.cocourts.com for a nominal fee. These records are also available from the courts in which you appeared. If your case never went to court, you may be able to get the records from the arresting agency itself (the police department or sheriff's office) or the district attorney's office in the jurisdiction where you were arrested.

**6. WHAT JUVENILE RECORDS ARE RELEASED TO THE PUBLIC?**

The records of law enforcement officers concerning juveniles, including identifying information, shall be identified as juvenile records and shall not be inspected by or disclosed to the public. The only Juvenile records released to the public are those juveniles that have been charged as adults. DUI and minor traffic violations are also releasable if the juvenile is over 16 years old when the offenses occur. Juvenile registered sex offender records will also be released.

**7. WHAT IS A SEALED RECORD AND HOW CAN I GET MY RECORD SEALED?**

A sealed record is available only to law enforcement, not to the general public. Any person in interest (party to the case) may petition the District Court to seal records by filing a civil action in the county in which any arrest and/or criminal records are filed. A separate civil case must be filed for each court case record you want sealed, unless both a county court case (F Case) and a district court case (CR case) were established as a result of the same offense. You can obtain information on sealing your record from the State Judicial website, www.courts.state.co.us, or from the courts in which you appeared.

**CONFIDENTIAL**

**CONFIDENTIAL**

**8. WHO DO I CONTACT IF I HAVE A DISPUTE WITH MY RECORD?**

Any person in interest who is provided access to any criminal justice records shall have the right to challenge the accuracy and completeness of records to which he has been given access, insofar as they pertain to him, and to request that said records be corrected. You can do a record challenge at CBI (for information on this procedure go to the website, www.cbi.state.co.us/id or call (303) 239-4208.  You can also take your dispute directly to the arresting agency.

**9. WHAT ARE COURT FILING ON DOCKET ENTRIES?**

These entries on the CBI record are displayed electronically on the Colorado criminal history by the State Judicial Department.  They are currently posted from district court cases and they are based on the court case number, the arrest number, the last name of the individual, and the arresting agency.

**10. WHAT IS DOC INCARCERATION SENTENCE?**

DOC Incarceration Sentence is not a new arrest entry on the criminal history. When a person is convicted of a crime and they are sentenced to the Department of Corrections, an entry is made into the criminal history showing the charge the person was convicted of and how long the jail sentence was.

**11. WHAT SEX OFFENDER INFORMATION WILL BE RELEASED WITH THE RECORD?**

For additional sex offender information please access the Colorado Sex Offender website, www.sor.state.co.us.  The results of the CBI record check will show if the person being checked on is currently a registered sex offender.  Sex offender charges do not necessarily require a person to register as a sex offender.

**12. DOES CBI RELEASE WARRANT INFORMATION?  WHAT IS A FUGITIVE OF OTHER JURISDICTION ENTRY?**

CBI does not release warrant information to the public.  If you know what agency the warrant is out of, you will need to contact that agency for the information.  That agency may or may not be able to release the warrant information; depending on their policy regarding the release of such information.  The website, www.cocourts.com, may also provide some warrant information. A Fugitive of Other Jurisdiction charge means that the person in question had a warrant out of one law enforcement agency and was arrested by another agency for that warrant.  The person does not necessarily have an active warrant out for their arrest.