**CONFIDENTIAL**



# COLORADO
## Bureau of Investigation
Department of Public Safety

Page 1 of 39

Biometric Identification and Records Unit
690 Kipling Street, Suite 4000
Lakewood, CO 80215
303-239-4208



LAKEWOOD, CO, 80214


Date: 09/05/2024 08:11:22(MT)

RE: SHOLES, TANNER    DOB: ███████

**The Colorado arrest record for the person noted to follow.**

The Colorado Bureau of Investigation's database contains detailed information of arrest records based upon fingerprints provided by Colorado law enforcement agencies. Arrests, which are not supported by fingerprints, will not be included in this database. On occasion the Colorado criminal history will contain disposition information provided by the Colorado Judicial system. Additionally, warrant information, sealed records (except those allowed per state statute 24-72-703), and juvenile records are not available to the public.

***The results attached are based on a name search which may or may not be the subject of this inquiry. This search does not include a fingerprint comparison, which is the only means of positive identification.*** Since an arrest record may be established after this inquiry, an arrest record is only valid at the time of the current request. To ensure the most current available information in regards to subsequent arrest after an initial inquiry, it is recommended another query be made.

The results attached below are based on the criteria given.

Falsifying or altering this document with the intent to misrepresent the contents of the record is prohibited by law, and may be punishable as a felony when done with intent to injure or defraud any person.

Sincerely,
Chris Schaefer, Director
Colorado Bureau of Investigation


**CONFIDENTIAL**          **Moffat Defendants 000076**

**EXHIBIT A**

**CONFIDENTIAL**

```
*** ATTN: KTI


        COLORADO BUREAU OF INVESTIGATION - IDENTIFICATION UNIT
  690 KIPLING STREET,SUITE #3000, DENVER, COLORADO 80215 (303)239-4208

THIS IDENTIFICATION RECORD IS FOR LAWFUL USE ONLY AND SUMMARIZES
INFORMATION SENT TO THE COLORADO BUREAU OF INVESTIGATION FROM
FINGERPRINT CONTRIBUTORS IN THE STATE OF COLORADO.

UNLESS FINGERPRINTS ACCOMPANIED YOUR INQUIRY, THE COLORADO BUREAU OF
INVESTIGATION CAN NOT GUARANTEE THIS RECORD RELATES TO THE PERSON IN
WHOM YOU HAVE AN INTEREST.

IF THE DISPOSITION IS NOT SHOWN OR FURTHER EXPLANATION OF AN ARREST
CHARGE OR DISPOSITION IS DESIRED, THAT INFORMATION MAY BE OBTAINED FROM
THE AGENCY WHO FURNISHED THE ARREST INFORMATION.

ONLY THE COURT OF JURISDICTION OR THE RESPECTIVE DISTRICT ATTORNEY'S
OFFICE WHEREIN THE FINAL DISPOSITION OCCURRED CAN PROVIDE AN OFFICIAL
COPY TO ANY SPECIFIC DISPOSITION.

STATE LAW GOVERNS ACCESS TO SEALED RECORDS.

BECAUSE ADDITIONS AND DELETIONS TO A CRIMINAL HISTORY RECORD MAY BE MADE
AT ANY GIVEN TIME, A NEW INQUIRY SHOULD BE REQUESTED WHEN NEEDED FOR
SUBSEQUENT USE.

*************************** IDENTIFICATION ***************************
NAME(S) USED:
                SHOLES, TANNER EUGINE
                SHOLES, TANNER EUGENE
                SHOLES, TANNER E
                SHOLES, TANNER
                SHINE, SHOLES
                SHOLES, SHINE

PHYSICAL:
                SEX: M   RACE: W   HGT: 505   WGT: 145
                EYE: BLU   HAIR: BRO   SKN:

DATE(S) OF BIRTH:
                ████████████

PLACE(S) OF BIRTH:
                CO
SCARS/MARKS:
                SC L ELB
                SC R ELB
                TAT R ARM
                TAT L ARM
                TAT CHEST
                TAT ABDOM
                TAT NECK
                TAT BACK
                TAT ARM
                TAT L LEG
                TAT R HND
                TAT L HND
                TAT FARM
                SC ELBOW

*************************** CRIMINAL HISTORY ***************************
============================= Cycle 1 of 61 =============================
------ ARREST ------
```

**CONFIDENTIAL**          **Moffat Defendants 000077**

**CONFIDENTIAL**

```
DATE ARRESTED              11/18/2000
AGENCY                     ADAMS COUNTY SHERIFF'S OFFICE
ARREST NUMBER              200015369
NAME USED                  SHOLES, TANNER E
CHARGE                     01
   CHARGE LITERAL          ARRESTED FOR OTHER JURISDICTION  FOJ DYC ESCAPE
   TYPE/LEVEL              FELONY
=========================== Cycle 2 of 61 ===========================
------ ARREST ------
DATE ARRESTED              01/02/2001
AGENCY                     THORNTON POLICE DEPARTMENT
ARREST NUMBER              0100057
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          ARRESTED FOR OTHER JURISDICTION  FOJ DYC
=========================== Cycle 3 of 61 ===========================
------ ARREST ------
DATE ARRESTED              01/02/2001
AGENCY                     THORNTON POLICE DEPARTMENT
ARREST NUMBER              10006092
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          ARRESTED FOR OTHER JURISDICTION  FOJ DYC
   OFFENSE DATE            01/02/2001
=========================== Cycle 4 of 61 ===========================
------ ARREST ------
DATE ARRESTED              08/18/2001
AGENCY                     MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER              0151827
NAME USED                  SHOLES, TANNER E
CHARGE                     01
   CHARGE LITERAL          SMUGGLE CONTRABAND INTO PRISON  1ST DEG
   TYPE/LEVEL              FELONY
   OFFENSE DATE            08/18/2001
=========================== Cycle 5 of 61 ===========================
------ ARREST ------
DATE ARRESTED              08/18/2001
AGENCY                     CHATFIELD STATE PARK/ LITTLETON
ARREST NUMBER              YAM01012
NAME USED                  SHOLES, TANNER EUGINE
CHARGE                     01
   CHARGE LITERAL          DAMAGE PROPERTY  CRIMINAL MISCHIEF
   OFFENSE DATE            08/18/2001
   DOCKET                  C0412001M 000168
CHARGE                     02
   CHARGE LITERAL          LIQUOR  ILLEGAL POSS OF CONSUMPTION
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            08/18/2001
   DOCKET                  C0412001M 000168
------ COURT ------
CHARGE                     01
   CHARGE LITERAL          SMUGGLE CONTRABAND  CONTRABAND-INTRODUCTION 2-INTRODU
   TYPE/LEVEL              FELONY
   OFFENSE DATE            08/18/2001
   DOCKET                  D0412001CR000104
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        11/04/2002
CHARGE                     02
   CHARGE LITERAL          LIQUOR-POSSESSION  ALCOHOL-UNDERAGE POSSESSION/CONSU
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            08/18/2001
   DOCKET                  D0412001CR000104
   COURT DISPOSITION       DISMISSED BY DA
   DISPOSITION DATE        11/04/2002
CHARGE                     03
   CHARGE LITERAL          SMUGGLE CONTRABAND  CONTRABAND-POSSESSION 2
```

**CONFIDENTIAL**

```
   TYPE/LEVEL             MISDEMEANOR
   OFFENSE DATE           08/18/2001
   DOCKET                 D0412001CR000104
   COURT DISPOSITION      GUILTY
   DISPOSITION DATE       11/04/2002
   SENTENCE               6.00 M JAIL
============================= Cycle 6 of 61 =============================
------ ARREST ------
DATE ARRESTED            04/13/2002
AGENCY                   CRAIG POLICE DEPARTMENT
ARREST NUMBER            02P06311
NAME USED                SHOLES, TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL        TRAFFIC OFFENSE  SPEEDING
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          04/13/2002
CHARGE                   02
   CHARGE LITERAL        DRIVING UNDER THE INFLUENCE
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          04/13/2002
CHARGE                   03
   CHARGE LITERAL        TRAFFIC OFFENSE  NO PROOF OF INSURANCE
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          04/13/2002
CHARGE                   04
   CHARGE LITERAL        LIQUOR  POSS/CONSUMPTION UNDERAGE PERSON
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          04/13/2002
CHARGE                   05
   CHARGE LITERAL        CONTEMPT OF COURT  VIOL RESTRAIN ORDER
   OFFENSE DATE          04/13/2002
============================= Cycle 7 of 61 =============================
------ ARREST ------
DATE ARRESTED            05/07/2002
AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER            02DA00141
NAME USED                SHOLES, TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL        BAIL-SECURE BOND
------ COURT ------
CHARGE                   01
   CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS
   TYPE/LEVEL            FELONY
   OFFENSE DATE          04/13/2002
   DOCKET                D0412002CR000052
   COURT DISPOSITION     DISMISSED BY DA
   DISPOSITION DATE      11/04/2002
============================= Cycle 8 of 61 =============================
------ ARREST ------
DATE ARRESTED            06/19/2002
AGENCY                   BROOMFIELD POLICE DEPARTMENT
ARREST NUMBER            BO2-00069
NAME USED                SHOLES, TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL        THEFT  THEFT BY DECEPTION
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          06/19/2002
CHARGE                   02
   CHARGE LITERAL        TRAFFIC OFFENSE  DRIVING UNDER REVOCATION/ALCOHOL
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          06/19/2002
============================= Cycle 9 of 61 =============================
------ ARREST ------
DATE ARRESTED            06/19/2002
AGENCY                   BROOMFIELD POLICE DEPARTMENT
ARREST NUMBER            B02000694
```

**CONFIDENTIAL**          **Moffat Defendants 000079**

**CONFIDENTIAL**

```
NAME USED                    SHOLES, TANNER EUGENE
CHARGE                       01
  CHARGE LITERAL             ARRESTED FOR OTHER JURISDICTION  FOJ ADAMS COUNTY
  TYPE/LEVEL                 MISDEMEANOR
  OFFENSE DATE               06/19/2002
============================= Cycle 10 of 61 =============================
------ ARREST ------
DATE ARRESTED                07/29/2002
AGENCY                       ADAMS COUNTY SHERIFF'S OFFICE
ARREST NUMBER                027611
NAME USED                    SHOLES, TANNER E
CHARGE                       01
  CHARGE LITERAL             FAIL TO APPEAR  FTA FALSE REP ADAMS
  TYPE/LEVEL                 MISDEMEANOR
  OFFENSE DATE               07/29/2002
============================= Cycle 11 of 61 =============================
------ ARREST ------
DATE ARRESTED                08/21/2002
AGENCY                       COLORADO STATE PATROL - CRAIG COMMUNICATIONS
ARREST NUMBER                4B0208781
NAME USED                    SHOLES, TANNER EUGINE
CHARGE                       01
  CHARGE LITERAL             CONTEMPT OF COURT  VIOL RESTRAIN ORDER
  FACTUAL BASIS              DOMESTIC VIOLENCE
  TYPE/LEVEL                 MISDEMEANOR
  OFFENSE DATE               08/21/2002
============================= Cycle 12 of 61 =============================
------ ARREST ------
DATE ARRESTED                08/22/2002
AGENCY                       CRAIG POLICE DEPARTMENT
ARREST NUMBER                02P15111
NAME USED                    SHOLES, TANNER EUGENE
CHARGE                       01
  CHARGE LITERAL             TRAFFIC OFFENSE  DUR
  TYPE/LEVEL                 MISDEMEANOR
  OFFENSE DATE               08/22/2002
CHARGE                       02
  CHARGE LITERAL             TRAFFIC OFFENSE  NPOI
  TYPE/LEVEL                 MISDEMEANOR
  OFFENSE DATE               08/22/2002
CHARGE                       03
  CHARGE LITERAL             TRAFFIC OFFENSE  NO REGISTRATION CARD IN VEH
  TYPE/LEVEL                 MISDEMEANOR
  OFFENSE DATE               08/22/2002
============================= Cycle 13 of 61 =============================
------ ARREST ------
DATE ARRESTED                11/16/2002
AGENCY                       NORTHGLENN POLICE DEPARTMENT
ARREST NUMBER                2002A1634
NAME USED                    SHOLES, TANNER EUGENE
CHARGE                       01
  CHARGE LITERAL             ARRESTED FOR OTHER JURISDICTION  SO MOFFAT/CRIM MISCHIEF
  OFFENSE DATE               11/16/2002
  DOCKET                     D0412002CR000005
CHARGE                       02
  CHARGE LITERAL             ARRESTED FOR OTHER JURISDICTION  SO MOFFAT/DWAI
  TYPE/LEVEL                 MISDEMEANOR
  OFFENSE DATE               11/16/2002
  DOCKET                     CO412002M 000118
CHARGE                       03
  CHARGE LITERAL             ARRESTED FOR OTHER JURISDICTION  SO MOFFAT/VIOL BAIL BONDS
  OFFENSE DATE               11/16/2002
  DOCKET                     D0412002CR000104
------ COURT ------
CHARGE                       01
  CHARGE LITERAL             DAMAGE PROPERTY  CRIMINAL MISCHIEF-$500-$15,000
```

**CONFIDENTIAL**              **Moffat Defendants 000080**

**CONFIDENTIAL**

```
    TYPE/LEVEL               MISDEMEANOR
    DOCKET                   D0412002CR000005
    COURT DISPOSITION        GUILTY
    DISPOSITION DATE         11/04/2002
    SENTENCE                 30.00 M DEPARTMENT OF CORRECTIONS
============================= Cycle 14 of 61 =============================
------ ARREST ------
DATE ARRESTED                11/22/2002
AGENCY                       MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                02S18672
NAME USED                    SHOLES, TANNER EUGENE
CHARGE                       01
    CHARGE LITERAL           CONTEMPT OF COURT  FAIL TO COMPLY
    OFFENSE DATE             11/22/2002
    DOCKET                   D0412002CR000005
CHARGE                       02
    CHARGE LITERAL           CONTEMPT OF COURT  FAIL TO COMPLY
    OFFENSE DATE             11/22/2002
    DOCKET                   D0412002CR000104
CHARGE                       03
    CHARGE LITERAL           CONTEMPT OF COURT  FAIL TO COMPLY
    OFFENSE DATE             11/22/2002
    DOCKET                   D0412002M 000118
------ COURT ------
CHARGE                       01
    CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS
    TYPE/LEVEL               FELONY
    DOCKET                   D0412002CR000104
    COURT DISPOSITION        DISMISSED BY DA
    DISPOSITION DATE         01/02/2003
CHARGE                       02
    CHARGE LITERAL           VIOLATION OF A COURT ORDER  RESTRAINING ORDER
                             VIOLATION-CRIMI
    TYPE/LEVEL               MISDEMEANOR
    DOCKET                   D0412002CR000104
    COURT DISPOSITION        DISMISSED BY DA
    DISPOSITION DATE         01/02/2003
CHARGE                       03
    CHARGE LITERAL           TRAFFIC OFFENSE  DRIVING UNDER DENIAL
    TYPE/LEVEL               MISDEMEANOR
    DOCKET                   D0412002CR000104
    COURT DISPOSITION        DISMISSED BY DA
    DISPOSITION DATE         01/02/2003
============================= Cycle 15 of 61 =============================
------ CUSTODY ------
DATE RECEIVED                11/27/2002
AGENCY                       DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
ARREST NUMBER                115547
NAME USED                    SHOLES, TANNER
CHARGE                       01
    CHARGE LITERAL           DAMAGE PROPERTY  CRIMINAL MISCHIEF
    TYPE/LEVEL               FELONY
    DOCKET                   D0412002CR000005
------ CUSTODY EVENT ------
    DATE                     11/27/2002
    AGENCY                    DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
    STATUS                   RECEIVED
-----
============================= Cycle 16 of 61 =============================
------ ARREST ------
DATE ARRESTED                09/22/2005
AGENCY                       MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                B0003877
NAME USED                    SHOLES, TANNER EUGENE
CHARGE                       01
    CHARGE LITERAL           RESISTING ARREST
```

**CONFIDENTIAL**          **Moffat Defendants 000081**

**CONFIDENTIAL**

```
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE           09/22/2005
  CHARGE                   02
    CHARGE LITERAL         ASSAULT  2ND DEG POLICE OFFICIAL
    TYPE/LEVEL             FELONY
    OFFENSE DATE           09/22/2005
  ------ COURT ------
  CHARGE                   01
    CHARGE LITERAL         ASSAULT  ASSAULT 3-KNOW/RECKLESS CAUSE INJ
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           09/17/2005
    DOCKET                 D0412005CR000203
    COURT DISPOSITION      DISMISSED BY DA
    DISPOSITION DATE       11/10/2005
  CHARGE                   02
    CHARGE LITERAL         RESISTING ARREST  RESISTING ARREST
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           09/17/2005
    DOCKET                 D0412005CR000203
    COURT DISPOSITION      GUILTY
    DISPOSITION DATE       11/10/2005
    SENTENCE               30:00 D CREDIT FOR TIME SERVED
============================== Cycle 17 of 61 ==============================
  ------ CUSTODY ------
  DATE RECEIVED            12/29/2005
  AGENCY                   DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
  ARREST NUMBER            115547
  NAME USED                SHOLES, TANNER
  CHARGE                   01
    CHARGE LITERAL         PAROLE VIOLATION
    TYPE/LEVEL             FELONY
    DOCKET                 D0412002CR000005
  ------ CUSTODY EVENT ------
    DATE                   12/29/2005
    AGENCY                 DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
    STATUS                 RECEIVED
  -----
============================== Cycle 18 of 61 ==============================
  ------ ARREST ------
  DATE ARRESTED            12/22/2006
  AGENCY                   CSP CRAIG ROUTT COUNTY 4B - RETIRED
  ARREST NUMBER            4B061455A
  NAME USED                SHOLES, TANNER EUGENE
  CHARGE                   01
    CHARGE LITERAL         DRIVING UNDER THE INFLUENCE
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           12/22/2006
  CHARGE                   02
    CHARGE LITERAL         TRAFFIC OFFENSE  ELUDING
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           12/22/2006
  CHARGE                   03
    CHARGE LITERAL         PAROLE VIOLATION
    OFFENSE DATE           12/22/2006
  CHARGE                   04
    CHARGE LITERAL         TRAFFIC OFFENSE  SPEEDNG
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           12/22/2006
  CHARGE                   05
    CHARGE LITERAL         TRAFFIC OFFENSE  NO SEAT BELT
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           12/22/2006
============================== Cycle 19 of 61 ==============================
  ------ ARREST ------
  DATE ARRESTED            02/24/2007
  AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
```

**CONFIDENTIAL**          **Moffat Defendants 000082**

**CONFIDENTIAL**

```
ARREST NUMBER              B0006403
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
  CHARGE LITERAL           PAROLE VIOLATION
  OFFENSE DATE             02/24/2007
CHARGE                     02
  CHARGE LITERAL           RESISTING ARREST
  OFFENSE DATE             02/24/2007
CHARGE                     03
  CHARGE LITERAL           OBSTRUCT POLICE
  OFFENSE DATE             02/24/2007
CHARGE                     04
  CHARGE LITERAL           ASSAULT
  OFFENSE DATE             02/24/2007
============================= Cycle 20 of 61 =============================
------ ARREST ------
DATE ARRESTED              03/09/2007
AGENCY                     ROUTT COUNTY SHERIFF'S OFFICE
ARREST NUMBER              S0700718A
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
  CHARGE LITERAL           PAROLE VIOLATION
============================= Cycle 21 of 61 =============================
------ CUSTODY ------
DATE RECEIVED              05/02/2007
AGENCY                     DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
ARREST NUMBER              I115547
NAME USED                  SHOLES, TANNER E
CHARGE                     01
  CHARGE LITERAL           PAROLE VIOLATION
  DOCKET                   D0412002CR000005
------ CUSTODY EVENT ------
  DATE                     05/02/2007
  AGENCY                   DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
  STATUS                   RECEIVED
-----
============================= Cycle 22 of 61 =============================
------ ARREST ------
DATE ARRESTED              08/05/2008
AGENCY                     MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER              B0009398
NAME USED                  SHOLES, TANNER EUGENE
CHARGE                     01
  CHARGE LITERAL           PUBLIC ORDER CRIMES  OBSTRUCTION OF TELEPHONE
CHARGE                     02
  CHARGE LITERAL           BURGLARY-FORCED ENTRY-RESID  2ND DEG
CHARGE                     03
  CHARGE LITERAL           ASSAULT  3RD DEG.
  FACTUAL BASIS            DOMESTIC VIOLENCE
------ COURT ------
CHARGE                     01
  CHARGE LITERAL           BURGLARY  BURGLARY 2-OF DWELLING
  TYPE/LEVEL               FELONY
  OFFENSE DATE             08/05/2008
  DOCKET                   D0412008CR000155
  COURT DISPOSITION        DISMISSED BY DA
  DISPOSITION DATE         03/03/2009
CHARGE                     02
  CHARGE LITERAL           PUBLIC ORDER CRIMES  TELEPHONE-OBSTRUCT SERVICE
  TYPE/LEVEL               MISDEMEANOR
  OFFENSE DATE             08/05/2008
  DOCKET                   D0412008CR000155
  COURT DISPOSITION        DISMISSED BY DA
  DISPOSITION DATE         03/03/2009
CHARGE                     03
  CHARGE LITERAL           ASSAULT  ASSAULT 3-KNOW/RECKLESS CAUSE INJ
```

**CONFIDENTIAL**         **Moffat Defendants 000083**

**CONFIDENTIAL**

```
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE           08/05/2008
    DOCKET                 D0412008CR000155
    COURT DISPOSITION      DISMISSED BY DA
    DISPOSITION DATE       03/03/2009
  CHARGE                   04
    CHARGE LITERAL         CHILD ABUSE  CHILD ABUSE-KNOWINGLY/RECKLESS-NO
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           08/05/2008
    DOCKET                 D0412008CR000155
    COURT DISPOSITION      DISMISSED BY DA
    DISPOSITION DATE       03/03/2009
  CHARGE                   05
    CHARGE LITERAL         CHILD ABUSE  CHILD ABUSE-KNOWINGLY/RECKLESS-NO
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           08/05/2008
    DOCKET                 D0412008CR000155
    COURT DISPOSITION      DISMISSED BY DA
    DISPOSITION DATE       03/03/2009
  CHARGE                   06
    CHARGE LITERAL         TRESPASSING  TRESPASS 1-DWELLING
    TYPE/LEVEL             FELONY
    OFFENSE DATE           08/05/2008
    DOCKET                 D0412008CR000155
    COURT DISPOSITION      GUILTY
    DISPOSITION DATE       03/03/2009
    SENTENCE               3:00 D CREDIT FOR TIME SERVED 2:00 Y    DEPARTMENT OF CORRECTIONS
============================== Cycle 23 of 61 ==============================

DATE COURT ORDER PRINTS 09/06/2008
AGENCY                   ADAMS COUNTY SHERIFF'S OFFICE
ARREST NUMBER            08-13463
NAME USED                SHOLES, TANNER EUGENE
  CHARGE                 01
    CHARGE LITERAL       POSSESSION OF WEAPON
    FACTUAL BASIS        COURT ORDERED PRINTS
    TYPE/LEVEL           MISDEMEANOR
    DOCKET               C0012008M 004105
------ COURT ------
  CHARGE                 01
    CHARGE LITERAL       POSSESSION OF WEAPON  ILLEGAL WEAPON-POSSESSION
    TYPE/LEVEL           MISDEMEANOR
    DOCKET               C0012008M 004105
    COURT DISPOSITION    DISMISSED BY DA
    DISPOSITION DATE     09/09/2009
  CHARGE                 02
    CHARGE LITERAL       DISORDERLY CONDUCT  DISORDERLY CONDUCT-UNREASONABLE N
    TYPE/LEVEL           MISDEMEANOR
    DOCKET               C0012008M 004105
    COURT DISPOSITION    GUILTY
    DISPOSITION DATE     09/09/2009
    SENTENCE             30.00 D JAIL
============================== Cycle 24 of 61 ==============================
------ ARREST ------
DATE ARRESTED            09/10/2008
AGENCY                   CRAIG POLICE DEPARTMENT
ARREST NUMBER            B0009658
NAME USED                SHOLES, TANNER EUGENE
  CHARGE                 01
    CHARGE LITERAL       OBSTRUCTING JUSTICE  VICTIM RETALIATION
    FACTUAL BASIS        DOMESTIC VIOLENCE
    TYPE/LEVEL           FELONY
    OFFENSE DATE         09/10/2008
    DOCKET               D0412008CR000174
  CHARGE                 02
    CHARGE LITERAL       CONTEMPT OF COURT  VIOLATION OF PROTECTION ORDER
```

**CONFIDENTIAL**          **Moffat Defendants 000084**

**CONFIDENTIAL**

```
   FACTUAL BASIS          DOMESTIC VIOLENCE
   TYPE/LEVEL             MISDEMEANOR
   OFFENSE DATE           09/10/2008
   DOCKET                 D0412008CR000174
------ COURT ------
CHARGE                    01
   CHARGE LITERAL         OBSTRUCTING JUSTICE  WITNESS/VICTIM-INTIMIDATING
   TYPE/LEVEL             FELONY
   DOCKET                 D0412008CR000174
   COURT DISPOSITION      DISMISSED BY DA
   DISPOSITION DATE       03/03/2009
CHARGE                    02
   CHARGE LITERAL         OBSTRUCTING JUSTICE  WITNESS/VICTIM-INTIMIDATING
   TYPE/LEVEL             FELONY
   DOCKET                 D0412008CR000174
   COURT DISPOSITION      DISMISSED BY DA
   DISPOSITION DATE       03/03/2009
CHARGE                    03
   CHARGE LITERAL         BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS
   TYPE/LEVEL             FELONY
   OFFENSE DATE           09/04/2008
   DOCKET                 D0412008CR000176
   COURT DISPOSITION      DISMISSED BY DA
   DISPOSITION DATE       03/03/2009
CHARGE                    04
   CHARGE LITERAL         BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS
   TYPE/LEVEL             FELONY
   OFFENSE DATE           09/04/2008
   DOCKET                 D0412008CR000176
   COURT DISPOSITION      DISMISSED BY DA
   DISPOSITION DATE       03/03/2009
CHARGE                    05
   CHARGE LITERAL         BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS
   TYPE/LEVEL             FELONY
   OFFENSE DATE           09/04/2008
   DOCKET                 D0412008CR000176
   COURT DISPOSITION      DISMISSED BY DA
   DISPOSITION DATE       03/03/2009
CHARGE                    06
   CHARGE LITERAL         CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMIN
   TYPE/LEVEL             MISDEMEANOR
   OFFENSE DATE           09/04/2008
   DOCKET                 D0412008CR000176
   COURT DISPOSITION      DISMISSED BY DA
   DISPOSITION DATE       03/03/2009
CHARGE                    07
   CHARGE LITERAL         CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMIN
   TYPE/LEVEL             MISDEMEANOR
   OFFENSE DATE           09/04/2008
   DOCKET                 D0412008CR000176
   COURT DISPOSITION      DISMISSED BY DA
   DISPOSITION DATE       03/03/2009
CHARGE                    08
   CHARGE LITERAL         CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMIN
   TYPE/LEVEL             MISDEMEANOR
   OFFENSE DATE           09/04/2008
   DOCKET                 D0412008CR000176
   COURT DISPOSITION      DISMISSED BY DA
   DISPOSITION DATE       03/03/2009
============================= Cycle 25 of 61 =============================
------ ARREST ------
DATE ARRESTED             02/02/2009
AGENCY                    WESTMINSTER POLICE DEPARTMENT
ARREST NUMBER             200970770
NAME USED                 SHOLES, TANNER E
CHARGE                    01
```

**CONFIDENTIAL**          **Moffat Defendants 000085**

**CONFIDENTIAL**

```
        CHARGE LITERAL          THEFT  LESS THAN $500
        TYPE/LEVEL              MISDEMEANOR
        OFFENSE DATE            02/02/2009
    CHARGE                      02
        CHARGE LITERAL          TRESPASSING
        TYPE/LEVEL              MISDEMEANOR
        OFFENSE DATE            02/02/2009
============================= Cycle 26 of 61 =============================
------ CUSTODY ------
DATE RECEIVED                   03/06/2009
AGENCY                          DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
ARREST NUMBER                   I115547
NAME USED                       SHOLES, TANNER E
CHARGE                          01
        CHARGE LITERAL          TRESPASSING  1ST DEG
        TYPE/LEVEL              FELONY
    ------ CUSTODY EVENT ------
        DATE                    03/06/2009
        AGENCY                  DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
        STATUS                  RECEIVED
    -----
============================= Cycle 27 of 61 =============================
------ ARREST ------
DATE ARRESTED                   03/29/2011
AGENCY                          MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                   B0015035
AGENCY CASE NUMBER              11P00421
NAME USED                       SHOLES,TANNER EUGENE
CHARGE                          01
        CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION OF PROTECTION ORDER
        TYPE/LEVEL              MISDEMEANOR
        OFFENSE DATE            01/17/2011
        DOCKET                  C0412011M 000085
    ------ COURT ------
    CHARGE                      01
        CHARGE LITERAL          CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
        TYPE/LEVEL              MISDEMEANOR
        OFFENSE DATE            03/05/2011
        DOCKET                  C0412011M 000085
        COURT DISPOSITION       DISMISSED BY COURT
        DISPOSITION DATE        12/12/2011
============================= Cycle 28 of 61 =============================
------ ARREST ------
DATE ARRESTED                   02/11/2012
AGENCY                          CRAIG POLICE DEPARTMENT
ARREST NUMBER                   B0016425
AGENCY CASE NUMBER              12P00263
NAME USED                       SHOLES,TANNER EUGENE
CHARGE                          01
        CHARGE LITERAL          PUBLIC ORDER CRIMES  OBSTRUCT TELEPHONE OR TELEGRAPH
        FACTUAL BASIS           DOMESTIC VIOLENCE
        TYPE/LEVEL              MISDEMEANOR
        OFFENSE DATE            02/11/2012
    CHARGE                      02
        CHARGE LITERAL          KIDNAPPING  FALSE IMPRISONMENT
        FACTUAL BASIS           DOMESTIC VIOLENCE
        TYPE/LEVEL              MISDEMEANOR
        OFFENSE DATE            02/11/2012
    CHARGE                      03
        CHARGE LITERAL          HARASSING COMMUNICATION
        FACTUAL BASIS           DOMESTIC VIOLENCE
        TYPE/LEVEL              MISDEMEANOR
        OFFENSE DATE            02/11/2012
    CHARGE                      04
        CHARGE LITERAL          THEFT  $500 OR LESS
        FACTUAL BASIS           DOMESTIC VIOLENCE
```

```
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            02/11/2012
  CHARGE                     05
     CHARGE LITERAL          CONTEMPT OF COURT  VIOL OF PROTECTION ORDER
     FACTUAL BASIS           DOMESTIC VIOLENCE
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            02/11/2012
  ------ COURT ------
  CHARGE                     01
     CHARGE LITERAL          PUBLIC ORDER CRIMES  TELEPHONE-OBSTRUCT SERVICE
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            02/11/2012
     DOCKET                  C0412012M 000050
     COURT DISPOSITION       DISMISSED BY DA
  CHARGE                     02
     CHARGE LITERAL          CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            02/11/2012
     DOCKET                  C0412012M 000050
     COURT DISPOSITION       DISMISSED BY DA
  CHARGE                     03
     CHARGE LITERAL          CRIMES AGAINST PERSON  HARASSMENT-STRIKE/SHOVE/KICK
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            02/11/2012
     DOCKET                  C0412012M 000050
     COURT DISPOSITION       GUILTY
     SENTENCE                6 00 M JAIL 3 00 D CRTS 6 00 M JAIL 3 00 D CRTS
  CHARGE                     04
     CHARGE LITERAL          KIDNAPPING  FALSE IMPRISONMENT
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            02/11/2012
     DOCKET                  C0412012M 000050
     COURT DISPOSITION       DISMISSED BY DA
  CHARGE                     05
     CHARGE LITERAL          THEFT  THEFT-$50-$300
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            02/11/2012
     DOCKET                  C0412012M 000050
     COURT DISPOSITION       DISMISSED BY DA
=============================== Cycle 29 of 61 ===============================
  ------ ARREST ------
  DATE ARRESTED             02/11/2012
  AGENCY                    MOFFAT COUNTY SHERIFF'S OFFICE
  ARREST NUMBER             B0016429
  AGENCY CASE NUMBER        12S00096
  NAME USED                 SHOLES,TANNER EUGENE
  CHARGE                    01
     CHARGE LITERAL         OBSTRUCTING JUSTICE  AGG INTIMIDATION WITNESS/VICTIM
  ------ COURT ------
  CHARGE                    01
     CHARGE LITERAL         OBSTRUCTING JUSTICE  WITNESS/VICTIM-INTIMIDATING
     TYPE/LEVEL             FELONY
     OFFENSE DATE           02/11/2012
     DOCKET                 D0412012CR000021
     COURT DISPOSITION      DISMISSED BY DA
  CHARGE                    02
     CHARGE LITERAL         OBSTRUCTING JUSTICE  WITNESS/VICTIM-INTIMIDATING
     TYPE/LEVEL             FELONY
     OFFENSE DATE           02/11/2012
     DOCKET                 D0412012CR000021
     COURT DISPOSITION      DISMISSED BY DA
  CHARGE                    03
     CHARGE LITERAL         OBSTRUCTING JUSTICE  WITNESS/VICTIM-INTIMIDATING
     TYPE/LEVEL             FELONY
     OFFENSE DATE           02/11/2012
     DOCKET                 D0412012CR000021
```

**CONFIDENTIAL**

```
   COURT DISPOSITION      DISMISSED BY DA
============================= Cycle 30 of 61 =============================
------ ARREST ------
DATE ARRESTED            03/05/2012
AGENCY                   CRAIG POLICE DEPARTMENT
ARREST NUMBER            B0016550
AGENCY CASE NUMBER       12P00398
NAME USED                SHOLES,TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL        CONTEMPT OF COURT  VIOLATION OF PROTECTION ORDER
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          03/05/2012
CHARGE                   02
   CHARGE LITERAL        BAIL-SECURE BOND
   TYPE/LEVEL            FELONY
   OFFENSE DATE          03/05/2012
------ COURT ------
CHARGE                   01
   CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL            FELONY
   OFFENSE DATE          03/03/2012
   DOCKET                D0412012CR000037
   COURT DISPOSITION     GUILTY
   SENTENCE              25 00 D CRTS 2 00 Y DOC 25 00 D CRTS
CHARGE                   02
   CHARGE LITERAL        CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          03/03/2012
   DOCKET                D0412012CR000037
   COURT DISPOSITION     DISMISSED BY DA
============================= Cycle 31 of 61 =============================
------ ARREST ------
DATE ARRESTED            03/06/2012
AGENCY                   CRAIG POLICE DEPARTMENT
ARREST NUMBER            B0016560
AGENCY CASE NUMBER       12P00403
NAME USED                SHOLES,TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL        BAIL-SECURE BOND  VIOL CONDITIONS
   TYPE/LEVEL            FELONY
   OFFENSE DATE          03/06/2012
CHARGE                   02
   CHARGE LITERAL        CONTEMPT OF COURT  VIOL PROTECTION ORDER
   TYPE/LEVEL            FELONY
   OFFENSE DATE          03/06/2012
------ COURT ------
CHARGE                   01
   CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL            FELONY
   OFFENSE DATE          03/05/2012
   DOCKET                D0412012CR000039
   COURT DISPOSITION     GUILTY
   SENTENCE              2 00 Y DOC 24 00 D CRTS 2 00 Y DOC
CHARGE                   02
   CHARGE LITERAL        CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          03/05/2012
   DOCKET                D0412012CR000039
   COURT DISPOSITION     DISMISSED BY DA
============================= Cycle 32 of 61 =============================
------ CUSTODY ------
DATE RECEIVED            10/05/2012
AGENCY                   DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
ARREST NUMBER            I115547
NAME USED                SHOLES,TANNER E
CHARGE                   01
```

**CONFIDENTIAL**

```
   CHARGE LITERAL          BAIL-SECURE BOND
   TYPE/LEVEL              FELONY
   DOCKET                  D0412012CR000037
------ CUSTODY EVENT ------
   DATE                    10/05/2012
   AGENCY                  DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
   STATUS                  RECEIVED
-----
============================== Cycle 33 of 61 ==============================
------ ARREST ------
DATE ARRESTED             02/02/2016
AGENCY                    MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER             B0021226
AGENCY CASE NUMBER        15P00757
NAME USED                 SHOLES,TANNER EUGENE
CHARGE                    01
   CHARGE LITERAL          CRIMES AGAINST PERSON  HARASSMENT
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            05/27/2015
   DOCKET                  C0412015M 000104
------ COURT ------
CHARGE                    01
   CHARGE LITERAL          HARASSING COMMUNICATION  HARASSMENT-TELEPHONE-THREATOBSCENE
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            05/23/2015
   DOCKET                  C0412015M 000104
   COURT DISPOSITION       DISMISSED BY COURT
============================== Cycle 34 of 61 ==============================
------ ARREST ------
DATE ARRESTED             02/23/2016
AGENCY                    CRAIG POLICE DEPARTMENT
ARREST NUMBER             B0021293
AGENCY CASE NUMBER        16P00316
NAME USED                 SHOLES,TANNER EUGENE
CHARGE                    01
   CHARGE LITERAL          OBSTRUCT  OBSTRUCTING PUBLIC OFFICIAL
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            02/23/2016
CHARGE                    02
   CHARGE LITERAL          RESISTING ARREST  ARREST
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            02/23/2016
CHARGE                    03
   CHARGE LITERAL          DRIVING UNDER THE INFLUENCE
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            02/23/2016
CHARGE                    04
   CHARGE LITERAL          TRAFFIC OFFENSE  DRIVING UNDER RESTRAINT
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            02/23/2016
------ COURT ------
CHARGE                    01
   CHARGE LITERAL          DRIVING UNDER THE INFLUENCE  DRIVING UNDER THE INFLUENCE
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            02/23/2016
   DOCKET                  C0412016M 000054
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                    02
   CHARGE LITERAL          TRAFFIC OFFENSE  DRIVING AFTER REVOCATION PROHIBITED (HTO
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            02/23/2016
   DOCKET                  C0412016M 000054
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                    03
   CHARGE LITERAL          DISORDERLY CONDUCT  DISORDERLY CONDUCT-FIGHTING IN PUBLIC
   TYPE/LEVEL              MISDEMEANOR
```

**CONFIDENTIAL**

```
     OFFENSE DATE               02/23/2016
     DOCKET                     C0412016M 000054
     COURT DISPOSITION          GUILTY
   CHARGE                       04
     CHARGE LITERAL             OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
     TYPE/LEVEL                 MISDEMEANOR
     OFFENSE DATE               02/23/2016
     DOCKET                     C0412016M 000054
     COURT DISPOSITION          DISMISSED BY DA
============================= Cycle 35 of 61 =============================
------ ARREST ------
DATE ARRESTED                   06/26/2016
AGENCY                          MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                   B0021766
AGENCY CASE NUMBER              16S00474
NAME USED                       SHOLES,TANNER EUGENE
CHARGE                          01
   CHARGE LITERAL               RESISTING ARREST  RESISTING ARREST
   TYPE/LEVEL                   MISDEMEANOR
   OFFENSE DATE                 06/26/2016
CHARGE                          02
   CHARGE LITERAL               OBSTRUCT POLICE  OBSTRUCTING-POLICE/FIREMAN
   TYPE/LEVEL                   MISDEMEANOR
   OFFENSE DATE                 06/26/2016
------ COURT ------
   CHARGE                       01
     CHARGE LITERAL             CRIMES AGAINST PERSON  HARASSMENT-
                                INSULTSTAUNTSCHALLENGES DOMESTIC VIOLENCE
     TYPE/LEVEL                 MISDEMEANOR
     OFFENSE DATE               06/25/2016
     DOCKET                     C0412016M 000195
     COURT DISPOSITION          GUILTY
     SENTENCE                   48 00 H CMSV 12 00 M PRBU RK
   CHARGE                       02
     CHARGE LITERAL             CRIMES AGAINST PERSON  HARASSMENT-INSULTSTAUNTSCHALLENGES
     TYPE/LEVEL                 MISDEMEANOR
     OFFENSE DATE               06/25/2016
     DOCKET                     C0412016M 000195
     COURT DISPOSITION          DISMISSED BY DA
   CHARGE                       03
     CHARGE LITERAL             CRIMES AGAINST PERSON  HARASSMENT-INSULTSTAUNTSCHALLENGES
     TYPE/LEVEL                 MISDEMEANOR
     OFFENSE DATE               06/25/2016
     DOCKET                     C0412016M 000195
     COURT DISPOSITION          DISMISSED BY DA
============================= Cycle 36 of 61 =============================
------ ARREST ------
DATE ARRESTED                   06/26/2016
AGENCY                          MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                   B0021765
AGENCY CASE NUMBER              16S00475
NAME USED                       SHOLES,TANNER EUGENE
CHARGE                          01
   CHARGE LITERAL               CRIMES AGAINST PERSON  HARASSMENT
   FACTUAL BASIS                DOMESTIC VIOLENCE
   TYPE/LEVEL                   MISDEMEANOR
   OFFENSE DATE                 06/26/2016
   DOCKET                       16S00474
CHARGE                          02
   CHARGE LITERAL               OBSTRUCT POLICE  OBSTRUCTING-POLICE/FIREMAN
   TYPE/LEVEL                   MISDEMEANOR
   OFFENSE DATE                 06/26/2016
------ COURT ------
   CHARGE                       01
     CHARGE LITERAL             RESISTING ARREST  RESISTING ARREST
     TYPE/LEVEL                 MISDEMEANOR
```

**CONFIDENTIAL**          **Moffat Defendants 000090**

```
     OFFENSE DATE           06/26/2016
     DOCKET                 C0412016M 000196
     COURT DISPOSITION      DISMISSED BY DA
   CHARGE                   02
     CHARGE LITERAL         OBSTRUCT POLICE   OBSTRUCTING A PEACE OFFICER
     TYPE/LEVEL             MISDEMEANOR
     OFFENSE DATE           06/26/2016
     DOCKET                 C0412016M 000196
     COURT DISPOSITION      DISMISSED BY DA
============================ Cycle 37 of 61 =============================
------ ARREST ------
DATE ARRESTED              11/30/2016
AGENCY                     MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER              B0022309
AGENCY CASE NUMBER         16S00857
NAME USED                  SHOLES,TANNER EUGENE
CHARGE                     01
   CHARGE LITERAL          HARASSING COMMUNICATION   HARASSMENT
   FACTUAL BASIS           DOMESTIC VIOLENCE
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            11/30/2016
CHARGE                     02
   CHARGE LITERAL          TRESPASSING  3RD DEG TRESPASS
   TYPE/LEVEL              FELONY
   OFFENSE DATE            11/30/2016
CHARGE                     03
   CHARGE LITERAL          WEAPON OFFENSE  POSS WEAPON BY PREVIOUS OFFENDER
   TYPE/LEVEL              FELONY
   OFFENSE DATE            11/30/2016
CHARGE                     04
   CHARGE LITERAL          TRAFFIC OFFENSE  VEHICULAR ELUDING
   TYPE/LEVEL              FELONY
   OFFENSE DATE            11/30/2016
CHARGE                     05
   CHARGE LITERAL          POSSESSION OF WEAPON  POSS A DANGEROUS ILLEGAL WEAPON
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            11/30/2016
CHARGE                     06
   CHARGE LITERAL          CONTEMPT OF COURT  VIOL PROTECTION ORDER
   TYPE/LEVEL              MISDEMEANOR
   OFFENSE DATE            11/30/2016
CHARGE                     07
   CHARGE LITERAL          TRAFFIC OFFENSE  RECKLESS DRIVING
   OFFENSE DATE            11/30/2016
CHARGE                     08
   CHARGE LITERAL          TRAFFIC OFFENSE  SPEED LIMITS
   OFFENSE DATE            11/30/2016
CHARGE                     09
   CHARGE LITERAL          TRAFFIC OFFENSE  NO VEHICLE OPERATORS LICENSE
   OFFENSE DATE            11/30/2016
------ COURT ------
CHARGE                     01
   CHARGE LITERAL          TRESPASSING  TRESPASS 1-DWELLING
   TYPE/LEVEL              FELONY
   DOCKET                  D0412017CR000122
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     02
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL              FELONY
   DOCKET                  D0412017CR000122
   COURT DISPOSITION       DISMISSED BY DA
CHARGE                     03
   CHARGE LITERAL          BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL              FELONY
   DOCKET                  D0412017CR000122
   COURT DISPOSITION       DISMISSED BY DA
```

**CONFIDENTIAL**

Page 17 of 39

```
CHARGE                        04
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                 FELONY
   DOCKET                     D0412017CR000122
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        05
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                 FELONY
   DOCKET                     D0412017CR000122
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        06
   CHARGE LITERAL             CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
   TYPE/LEVEL                 MISDEMEANOR
   DOCKET                     D0412017CR000122
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        07
   CHARGE LITERAL             PUBLIC ORDER CRIMES  HABITUAL CRIMINAL
   TYPE/LEVEL                 SENTENCE ENHANCER
   OFFENSE DATE               11/30/2016
   DOCKET                     D0412016CR000270
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        08
   CHARGE LITERAL             PUBLIC ORDER CRIMES  HABITUAL CRIMINAL
   TYPE/LEVEL                 SENTENCE ENHANCER
   OFFENSE DATE               11/30/2016
   DOCKET                     D0412016CR000270
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        09
   CHARGE LITERAL             TRAFFIC OFFENSE  VEHICULAR ELUDING
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               11/30/2016
   DOCKET                     D0412016CR000270
   COURT DISPOSITION          GUILTY
   SENTENCE                   3 00 Y DOC 15 00 D CRTS 3 00 Y DOC 15 00 D CRTS
CHARGE                        10
   CHARGE LITERAL             WEAPON OFFENSE  WEAPON-POSSESSPREVIOUS OFFEND-DANGEROUS
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               11/30/2016
   DOCKET                     D0412016CR000270
   COURT DISPOSITION          GUILTY
   SENTENCE                   2 00 D CRTS 2 00 Y DOC 2 00 D CRTS
CHARGE                        11
   CHARGE LITERAL             CRIMES AGAINST PERSON  HARASSMENT-STRIKESHOVEKICK
   TYPE/LEVEL                 MISDEMEANOR
   OFFENSE DATE               11/30/2016
   DOCKET                     D0412016CR000270
   COURT DISPOSITION          DISMISSED BY DA
============================= Cycle 38 of 61 =============================
------ ARREST ------
DATE ARRESTED                 11/30/2016
AGENCY                        MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                 B0022312
AGENCY CASE NUMBER            16S00857
NAME USED                     SHOLES,TANNER EUGENE
CHARGE                        01
   CHARGE LITERAL             BURGLARY  1ST DEG BURGLARY
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               11/29/2016
   DOCKET                     16CR269
------ COURT ------
CHARGE                        01
   CHARGE LITERAL             WEAPON OFFENSE  WEAPON-POSSESSPREVIOUS OFFEND-DANGEROUS
   TYPE/LEVEL                 FELONY
   DOCKET                     D0412017CR000123
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        02
```

**CONFIDENTIAL**

```
        CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
        TYPE/LEVEL               FELONY
        DOCKET                   D0412017CR000123
        COURT DISPOSITION        DISMISSED BY DA
     CHARGE                      03
        CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
        TYPE/LEVEL               FELONY
        DOCKET                   D0412017CR000123
        COURT DISPOSITION        DISMISSED BY DA
     CHARGE                      04
        CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
        TYPE/LEVEL               FELONY
        DOCKET                   D0412017CR000123
        COURT DISPOSITION        DISMISSED BY DA
     CHARGE                      05
        CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
        TYPE/LEVEL               FELONY
        DOCKET                   D0412017CR000123
        COURT DISPOSITION        DISMISSED BY DA
     CHARGE                      06
        CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
        TYPE/LEVEL               FELONY
        DOCKET                   D0412017CR000123
        COURT DISPOSITION        DISMISSED BY DA
     CHARGE                      07
        CHARGE LITERAL           PUBLIC ORDER CRIMES  TELEPHONE-OBSTRUCT SERVICE
        TYPE/LEVEL               MISDEMEANOR
        DOCKET                   D0412017CR000123
        COURT DISPOSITION        DISMISSED BY DA
     CHARGE                      08
        CHARGE LITERAL           BURGLARY  BURGLARY 2-OF DWELLING
        TYPE/LEVEL               FELONY
        OFFENSE DATE             11/01/2016
        DOCKET                   D0412016CR000269
        COURT DISPOSITION        DISMISSED BY DA
     CHARGE                      09
        CHARGE LITERAL           INTIMIDATION  STALKING-EMOTIONAL DISTRESS-PROT ORDER
        TYPE/LEVEL               FELONY
        OFFENSE DATE             11/01/2016
        DOCKET                   D0412016CR000269
        COURT DISPOSITION        DISMISSED BY DA
     CHARGE                      10
        CHARGE LITERAL           CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
        TYPE/LEVEL               MISDEMEANOR
        OFFENSE DATE             11/01/2016
        DOCKET                   D0412016CR000269
        COURT DISPOSITION        DISMISSED BY DA
     CHARGE                      11
        CHARGE LITERAL           PUBLIC ORDER CRIMES  TELEPHONE-OBSTRUCT SERVICE
        TYPE/LEVEL               MISDEMEANOR
        OFFENSE DATE             11/01/2016
        DOCKET                   D0412016CR000269
        COURT DISPOSITION        DISMISSED BY DA
     CHARGE                      12
        CHARGE LITERAL           PUBLIC ORDER CRIMES  HABITUAL CRIMINAL
        TYPE/LEVEL               SENTENCE ENHANCER
        OFFENSE DATE             11/01/2016
        DOCKET                   D0412016CR000269
        COURT DISPOSITION        DISMISSED BY DA
     CHARGE                      13
        CHARGE LITERAL           PUBLIC ORDER CRIMES  HABITUAL CRIMINAL
        TYPE/LEVEL               SENTENCE ENHANCER
        OFFENSE DATE             11/01/2016
        DOCKET                   D0412016CR000269
        COURT DISPOSITION        DISMISSED BY DA
============================= Cycle 39 of 61 ==============================
```

**CONFIDENTIAL**          **Moffat Defendants 000093**

**CONFIDENTIAL**

```
------ ARREST ------
DATE ARRESTED           01/17/2017
AGENCY                  CRAIG POLICE DEPARTMENT
ARREST NUMBER           B0022452
AGENCY CASE NUMBER      16S00889
NAME USED               SHOLES,TANNER EUGENE
CHARGE                  01
  CHARGE LITERAL        TRESPASSING  1ST DEG TRESPASS
  TYPE/LEVEL            FELONY
  OFFENSE DATE          12/29/2016
  DOCKET                D0412016CR000286
CHARGE                  02
  CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS
  TYPE/LEVEL            FELONY
  OFFENSE DATE          12/29/2016
  DOCKET                D0412016CR000286
CHARGE                  03
  CHARGE LITERAL        CONTEMPT OF COURT  VIOLATION OF PROTECTION ORDER
  TYPE/LEVEL            MISDEMEANOR
  OFFENSE DATE          12/29/2016
  DOCKET                D0412016CR000286
------ COURT ------
CHARGE                  01
  CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
  TYPE/LEVEL            FELONY
  OFFENSE DATE          12/16/2016
  DOCKET                D0412016CR000286
  COURT DISPOSITION     DISMISSED BY DA
CHARGE                  02
  CHARGE LITERAL        CONTEMPT OF COURT  VIOLATION PO-CIVIL
  TYPE/LEVEL            MISDEMEANOR
  OFFENSE DATE          12/16/2016
  DOCKET                D0412016CR000286
  COURT DISPOSITION     DISMISSED BY DA
CHARGE                  03
  CHARGE LITERAL        TRESPASSING  TRESPASS 1-DWELLING
  TYPE/LEVEL            FELONY
  OFFENSE DATE          12/16/2016
  DOCKET                D0412016CR000286
  COURT DISPOSITION     DISMISSED BY DA
============================== Cycle 40 of 61 ==============================
------ ARREST ------
DATE ARRESTED           02/08/2017
AGENCY                  MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER           B0022452
AGENCY CASE NUMBER      4B170149
NAME USED               SHOLES,TANNER EUGENE
CHARGE                  01
  CHARGE LITERAL        PROPERTY CRIMES  PROPERTY CRIMES (CARELESSDRIVING,NO
                        DL,)
  OFFENSE DATE          02/02/2017
  DOCKET                C0412017T000027
============================== Cycle 41 of 61 ==============================
------ ARREST ------
DATE ARRESTED           03/03/2017
AGENCY                  MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER           B0022601
AGENCY CASE NUMBER      17S00103
NAME USED               SHOLES,TANNER EUGENE
CHARGE                  01
  CHARGE LITERAL        ARSON-RESIDENCE  ARSON-RESIDENCE -- 2 COUNTS
  TYPE/LEVEL            FELONY
  OFFENSE DATE          03/03/2017
CHARGE                  02
  CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
  TYPE/LEVEL            FELONY
```

**CONFIDENTIAL**

```
      OFFENSE DATE            03/03/2017
CHARGE                        03
   CHARGE LITERAL             POSSESSION OF WEAPON  DANGEROUS WEAPON-POSSESSION
   TYPE/LEVEL                 MISDEMEANOR
   OFFENSE DATE               03/03/2017
CHARGE                        04
   CHARGE LITERAL             OBSTRUCT POLICE  OBSTRUCTING (TELEPHONE OR TELEGRAPH)
   TYPE/LEVEL                 MISDEMEANOR
   OFFENSE DATE               03/03/2017
------ COURT ------
CHARGE                        01
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               03/03/2017
   DOCKET                     D0412017CR000043
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        02
   CHARGE LITERAL             WEAPON OFFENSE  WEAPON-POSSESSPREVIOUS OFFEND-DANGEROUS
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               03/03/2017
   DOCKET                     D0412017CR000043
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        03
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               03/03/2017
   DOCKET                     D0412017CR000043
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        04
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               03/03/2017
   DOCKET                     D0412017CR000043
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        05
   CHARGE LITERAL             PUBLIC ORDER CRIMES  TELEPHONE-OBSTRUCT SERVICE
   TYPE/LEVEL                 MISDEMEANOR
   OFFENSE DATE               03/03/2017
   DOCKET                     D0412017CR000043
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        06
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               03/03/2017
   DOCKET                     D0412017CR000043
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        07
   CHARGE LITERAL             ARSON  ARSON 1
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               03/03/2017
   DOCKET                     D0412017CR000043
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        08
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               03/03/2017
   DOCKET                     D0412017CR000043
   COURT DISPOSITION          DISMISSED BY DA
============================= Cycle 42 of 61 =============================
------ ARREST ------
DATE ARRESTED                 03/12/2017
AGENCY                        MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                 B0022641
AGENCY CASE NUMBER            17S00129
NAME USED                     SHOLES,TANNER EUGENE
CHARGE                        01
```

**CONFIDENTIAL**

```
      CHARGE LITERAL            CONTEMPT OF COURT  CRIME OF VIOLATION OF A RESTRAININ
      TYPE/LEVEL                MISDEMEANOR
      OFFENSE DATE              03/12/2017
   CHARGE                       02
      CHARGE LITERAL            BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
      TYPE/LEVEL                FELONY
      OFFENSE DATE              03/12/2017
   ------ COURT ------
   CHARGE                       01
      CHARGE LITERAL            TRESPASSING  TRESPASS 1-DWELLING
      TYPE/LEVEL                FELONY
      OFFENSE DATE              03/12/2017
      DOCKET                    D0412017CR000058
      COURT DISPOSITION         DISMISSED BY DA
   CHARGE                       02
      CHARGE LITERAL            CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
      TYPE/LEVEL                MISDEMEANOR
      OFFENSE DATE              03/12/2017
      DOCKET                    D0412017CR000058
      COURT DISPOSITION         DISMISSED BY DA
   CHARGE                       03
      CHARGE LITERAL            BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
      TYPE/LEVEL                FELONY
      OFFENSE DATE              03/12/2017
      DOCKET                    D0412017CR000058
      COURT DISPOSITION         DISMISSED BY DA
   CHARGE                       04
      CHARGE LITERAL            BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
      TYPE/LEVEL                FELONY
      OFFENSE DATE              03/12/2017
      DOCKET                    D0412017CR000058
      COURT DISPOSITION         DISMISSED BY DA
   CHARGE                       05
      CHARGE LITERAL            BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
      TYPE/LEVEL                FELONY
      OFFENSE DATE              03/12/2017
      DOCKET                    D0412017CR000058
      COURT DISPOSITION         DISMISSED BY DA
   CHARGE                       06
      CHARGE LITERAL            BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
      TYPE/LEVEL                FELONY
      OFFENSE DATE              03/12/2017
      DOCKET                    D0412017CR000058
      COURT DISPOSITION         DISMISSED BY DA
============================= Cycle 43 of 61 =============================
   ------ ARREST ------
DATE ARRESTED                   04/26/2017
AGENCY                          HAYDEN POLICE DEPARTMENT
ARREST NUMBER                   17-0741
AGENCY CASE NUMBER              17012508
NAME USED                       SHOLES,TANNER EUGENE
CHARGE                          01
   CHARGE LITERAL               ASSAULT  VEHICULAR ASSAULT-RECKLESS
   TYPE/LEVEL                   FELONY
   DOCKET                       D0542017CR000050
CHARGE                          02
   CHARGE LITERAL               ASSAULT  MENACING X2
   TYPE/LEVEL                   FELONY
   DOCKET                       D0542017CR000050
CHARGE                          03
   CHARGE LITERAL               WEAPON OFFENSE  WEAPON-POSS/PREVIOUS OFFEND-ANY PRIOR FEL
   TYPE/LEVEL                   FELONY
   DOCKET                       D0542017CR000050
CHARGE                          04
   CHARGE LITERAL               ASSAULT  3RD DEG ASSAULT
   TYPE/LEVEL                   MISDEMEANOR
```

**CONFIDENTIAL**

```
      DOCKET                     D0542017CR000050
   CHARGE                        05
      CHARGE LITERAL             CHILD ABUSE  CHILD ABUSE (CRUELTY TOWARD CHILD)X2
      DOCKET                     D0542017CR000050
   CHARGE                        06
      CHARGE LITERAL             CRIMES AGAINST PERSON  RECKLESS ENDANGERMENT
      TYPE/LEVEL                 MISDEMEANOR
      DOCKET                     D0542017CR000050
   CHARGE                        07
      CHARGE LITERAL             DAMAGE PROPERTY  CRIMINAL MISCHIEF-$300-$750
      TYPE/LEVEL                 MISDEMEANOR
      DOCKET                     D0542017CR000050
   CHARGE                        08
      CHARGE LITERAL             TRAFFIC OFFENSE  DRIVING UNDER RESTRAINT
      TYPE/LEVEL                 MISDEMEANOR
      DOCKET                     D0542017CR000050
   CHARGE                        09
      CHARGE LITERAL             TRAFFIC OFFENSE  RECKLESS DRIVING
      TYPE/LEVEL                 TRAFFIC
      DOCKET                     D0542017CR000050
   ------ COURT ------
   CHARGE                        01
      CHARGE LITERAL             TRAFFIC OFFENSE  DRIVING UNDER RESTRAINT
      TYPE/LEVEL                 MISDEMEANOR
      OFFENSE DATE               04/11/2017
      DOCKET                     D0542017CR000050
      COURT DISPOSITION          DISMISSED BY DA
   CHARGE                        02
      CHARGE LITERAL             ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
      TYPE/LEVEL                 FELONY
      OFFENSE DATE               04/11/2017
      DOCKET                     D0542017CR000050
      COURT DISPOSITION          DISMISSED BY DA
   CHARGE                        03
      CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
      TYPE/LEVEL                 FELONY
      OFFENSE DATE               04/11/2017
      DOCKET                     D0542017CR000050
      COURT DISPOSITION          DISMISSED BY DA
   CHARGE                        04
      CHARGE LITERAL             POSSESSION OF WEAPON  ILLEGAL WEAPON-POSSESSION
      TYPE/LEVEL                 MISDEMEANOR
      OFFENSE DATE               04/11/2017
      DOCKET                     D0542017CR000050
      COURT DISPOSITION          DISMISSED BY DA
   CHARGE                        05
      CHARGE LITERAL             CRIMES AGAINST PERSON  RECKLESS ENDANGERMENT
      TYPE/LEVEL                 MISDEMEANOR
      OFFENSE DATE               04/11/2017
      DOCKET                     D0542017CR000050
      COURT DISPOSITION          DISMISSED BY DA
   CHARGE                        06
      CHARGE LITERAL             ASSAULT  ASSAULT 2-CAUSE INJ W DEADLY WEAP-ATT
      TYPE/LEVEL                 FELONY
      OFFENSE DATE               04/11/2017
      DOCKET                     D0542017CR000050
      COURT DISPOSITION          DISMISSED BY DA
   CHARGE                        07
      CHARGE LITERAL             ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
      TYPE/LEVEL                 FELONY
      OFFENSE DATE               04/11/2017
      DOCKET                     D0542017CR000050
      COURT DISPOSITION          DISMISSED BY DA
   CHARGE                        08
      CHARGE LITERAL             ASSAULT  ASSAULT 2-CAUSE INJURY W DEADLY WEAPON
      TYPE/LEVEL                 FELONY
```

**CONFIDENTIAL**

```
     OFFENSE DATE          04/11/2017
     DOCKET                D0542017CR000050
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                    09
     CHARGE LITERAL        CHILD ABUSE  CHILD ABUSE-KNOWINGLYRECKLESS-NO INJURY
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          04/11/2017
     DOCKET                D0542017CR000050
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                    10
     CHARGE LITERAL        WEAPON OFFENSE  WEAPON-POSSPREVIOUS OFFEND-ANY PRIOR FE
     TYPE/LEVEL            FELONY
     OFFENSE DATE          04/11/2017
     DOCKET                D0542017CR000050
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                    11
     CHARGE LITERAL        DAMAGE PROPERTY  CRIMINAL MISCHIEF-UNDER $300
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          04/11/2017
     DOCKET                D0542017CR000050
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                    12
     CHARGE LITERAL        PUBLIC ORDER CRIMES  RECKLESS DRIVING
     TYPE/LEVEL            TRAFFIC
     OFFENSE DATE          04/11/2017
     DOCKET                D0542017CR000050
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                    13
     CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
     TYPE/LEVEL            FELONY
     OFFENSE DATE          04/11/2017
     DOCKET                D0542017CR000050
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                    14
     CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
     TYPE/LEVEL            FELONY
     OFFENSE DATE          04/11/2017
     DOCKET                D0542017CR000050
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                    15
     CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
     TYPE/LEVEL            FELONY
     OFFENSE DATE          04/11/2017
     DOCKET                D0542017CR000050
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                    16
     CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
     TYPE/LEVEL            FELONY
     OFFENSE DATE          04/11/2017
     DOCKET                D0542017CR000050
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                    17
     CHARGE LITERAL        BAIL-SECURE BOND  VIOLATIONBAIL BOND CONDITIONS-MISDEMEAN
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          04/11/2017
     DOCKET                D0542017CR000050
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                    18
     CHARGE LITERAL        CHILD ABUSE  CHILD ABUSE-KNOWINGLYRECKLESS-NO INJURY
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          04/11/2017
     DOCKET                D0542017CR000050
     COURT DISPOSITION     DISMISSED BY DA
  CHARGE                    19
     CHARGE LITERAL        CRIMES AGAINST PERSON  RECKLESS ENDANGERMENT
     TYPE/LEVEL            MISDEMEANOR
```

**CONFIDENTIAL**

```
      OFFENSE DATE            04/11/2017
      DOCKET                  D0542017CR000050
      COURT DISPOSITION       DISMISSED BY DA
   CHARGE                     20
      CHARGE LITERAL          TRESPASSING  TRESPASS 3-ON AGRICULTURAL LAND
      TYPE/LEVEL              MISDEMEANOR
      OFFENSE DATE            04/11/2017
      DOCKET                  D0542017CR000050
      COURT DISPOSITION       GUILTY
      SENTENCE                2 00 Y PRBU 2 00 Y PRBU
=============================== Cycle 44 of 61 ===============================
------ ARREST ------
DATE ARRESTED               04/28/2017
AGENCY                      ROUTT COUNTY SHERIFF'S OFFICE
ARREST NUMBER               17-0746
AGENCY CASE NUMBER          S1702377
NAME USED                   SHOLES,TANNER EUGENE
CHARGE                      01
   CHARGE LITERAL           CONTEMPT OF COURT  PROTECTION ORDER VIOLATION
   TYPE/LEVEL               MISDEMEANOR
   OFFENSE DATE             04/27/2017
------ COURT ------
CHARGE                      01
   CHARGE LITERAL           CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
   TYPE/LEVEL               MISDEMEANOR
   OFFENSE DATE             04/28/2017
   DOCKET                   C0542017M 000159
   COURT DISPOSITION        DISMISSED BY DA
=============================== Cycle 45 of 61 ===============================
------ ARREST ------
DATE ARRESTED               06/24/2017
AGENCY                      CRAIG POLICE DEPARTMENT
ARREST NUMBER               B0023049
NAME USED                   SHOLES,TANNER EUGENE
CHARGE                      01
   CHARGE LITERAL           RESISTING ARREST  RESISTING ARREST
   TYPE/LEVEL               MISDEMEANOR
CHARGE                      02
   CHARGE LITERAL           OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
   TYPE/LEVEL               MISDEMEANOR
CHARGE                      03
   CHARGE LITERAL           CONTEMPT OF COURT  RESTRAINING ORDER VIOLATION
   TYPE/LEVEL               MISDEMEANOR
CHARGE                      04
   CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL               FELONY
CHARGE                      05
   CHARGE LITERAL           BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-MISD
   TYPE/LEVEL               MISDEMEANOR
------ PROSECUTION ------
CHARGE                      01
   CHARGE LITERAL           OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
   TYPE/LEVEL               MISDEMEANOR
   PROSECUTION DISPO DATE   12/07/2017
   PROSECUTION DISPO        NO FILING BY PROSECUTION
   DOCKET                   C0412017NF120701
=============================== Cycle 46 of 61 ===============================
------ ARREST ------
DATE ARRESTED               06/24/2017
AGENCY                      CRAIG POLICE DEPARTMENT
ARREST NUMBER               B0023051
AGENCY CASE NUMBER          17P00964
NAME USED                   SHOLES,TANNER EUGENE
CHARGE                      01
   CHARGE LITERAL           CONTEMPT OF COURT  RESTRAINING ORDER VIOLATION
   TYPE/LEVEL               MISDEMEANOR
```

**CONFIDENTIAL**

```
     OFFENSE DATE          06/24/2017
CHARGE                     02
     CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
     TYPE/LEVEL            FELONY
     OFFENSE DATE          06/24/2017
CHARGE                     03
     CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-MISD
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          06/24/2017
------ PROSECUTION ------
CHARGE                     01
     CHARGE LITERAL        CONTEMPT OF COURT  RESTRAINING ORDER VIOLATION
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          06/24/2017
     PROSECUTION DISPO DATE 12/07/2017
     PROSECUTION DISPO     NO FILING BY PROSECUTION
     DOCKET                C0412017NF120702
------ COURT ------
CHARGE                     01
     CHARGE LITERAL        BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
     TYPE/LEVEL            FELONY
     OFFENSE DATE          06/22/2017
     DOCKET                D0412017CR000165
     COURT DISPOSITION     DISMISSED BY DA
CHARGE                     02
     CHARGE LITERAL        CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          06/22/2017
     DOCKET                D0412017CR000165
     COURT DISPOSITION     DISMISSED BY DA
CHARGE                     03
     CHARGE LITERAL        RESISTING ARREST  RESISTING ARREST
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          06/22/2017
     DOCKET                D0412017CR000165
     COURT DISPOSITION     DISMISSED BY DA
CHARGE                     04
     CHARGE LITERAL        OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          06/22/2017
     DOCKET                D0412017CR000165
     COURT DISPOSITION     DISMISSED BY DA
CHARGE                     05
     CHARGE LITERAL        BAIL-SECURE BOND  VIOLATIONBAIL BOND CONDITIONS-MISDEMEAN
     TYPE/LEVEL            MISDEMEANOR
     OFFENSE DATE          06/22/2017
     DOCKET                D0412017CR000165
     COURT DISPOSITION     DISMISSED BY DA
CHARGE                     06
     CHARGE LITERAL        PUBLIC ORDER CRIMES  HABITUAL CRIMINAL
     TYPE/LEVEL            SENTENCE ENHANCER
     OFFENSE DATE          06/22/2017
     DOCKET                D0412017CR000165
     COURT DISPOSITION     DISMISSED BY DA
CHARGE                     07
     CHARGE LITERAL        PUBLIC ORDER CRIMES  HABITUAL CRIMINAL
     TYPE/LEVEL            SENTENCE ENHANCER
     OFFENSE DATE          06/22/2017
     DOCKET                D0412017CR000165
     COURT DISPOSITION     DISMISSED BY DA
================================ Cycle 47 of 61 ==============================
------ ARREST ------
DATE ARRESTED              02/15/2018
AGENCY                     CRAIG POLICE DEPARTMENT
ARREST NUMBER              B0023894
AGENCY CASE NUMBER         18P000244
```

**CONFIDENTIAL**          **Moffat Defendants 000100**

**CONFIDENTIAL**

```
NAME USED                     SHOLES,TANNER EUGENE
CHARGE                        01
   CHARGE LITERAL             BURGLARY  1ST DEG BURGLARY
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               02/15/2018
CHARGE                        02
   CHARGE LITERAL             THEFT  THEFT-$50-$300
   TYPE/LEVEL                 MISDEMEANOR
   OFFENSE DATE               02/15/2018
CHARGE                        03
   CHARGE LITERAL             TRESPASSING  TRESPASS 1ST DEG
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               02/15/2018
CHARGE                        04
   CHARGE LITERAL             DAMAGE PROPERTY  CRIMINAL MISCHIEF-UNDER $300
   TYPE/LEVEL                 MISDEMEANOR
   OFFENSE DATE               02/15/2018
CHARGE                        05
   CHARGE LITERAL             FAILING TO MOVE ON  FAILURE TO LEAVE PREMISES
   TYPE/LEVEL                 MISDEMEANOR
   OFFENSE DATE               02/15/2018
CHARGE                        06
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-
                             FELONY (17CR165)
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               02/15/2018
CHARGE                        07
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-
                             FELONY (16CR270)
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               02/15/2018
CHARGE                        08
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-
                             FELONY (17CR43)
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               02/15/2018
CHARGE                        09
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-
                             FELONY (17CR58)
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               02/15/2018
------ PROSECUTION ------
CHARGE                        01
   CHARGE LITERAL             FAILING TO MOVE ON  FAILURE TO LEAVE PREMISES
   TYPE/LEVEL                 MISDEMEANOR
   OFFENSE DATE               02/15/2018
   PROSECUTION DISPO DATE 06/05/2018
   PROSECUTION DISPO          NO FILING BY PROSECUTION
   DOCKET                     D0412018NF053001
------ COURT ------
CHARGE                        01
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               02/15/2018
   DOCKET                     D0412018CR000048
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        02
   CHARGE LITERAL             DAMAGE PROPERTY  CRIMINAL MISCHIEF-UNDER $300
   TYPE/LEVEL                 MISDEMEANOR
   OFFENSE DATE               02/15/2018
   DOCKET                     D0412018CR000048
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        03
   CHARGE LITERAL             BURGLARY  BURGLARY 2-OF DWELLING
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               02/15/2018
```

**CONFIDENTIAL**

```
   DOCKET                     D0412018CR000048
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        04
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               02/15/2018
   DOCKET                     D0412018CR000048
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        05
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               02/15/2018
   DOCKET                     D0412018CR000048
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        06
   CHARGE LITERAL             TRESPASSING  TRESPASS 1-DWELLING
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               02/15/2018
   DOCKET                     D0412018CR000048
   COURT DISPOSITION          DISMISSED BY DA
CHARGE                        07
   CHARGE LITERAL             BAIL-SECURE BOND  VIOLATION OF BAIL BOND CONDITIONS-FELONY
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               02/15/2018
   DOCKET                     D0412018CR000048
   COURT DISPOSITION          DISMISSED BY DA
============================= Cycle 48 of 61 =============================
------ ARREST ------
DATE ARRESTED                 04/29/2018
AGENCY                        CRAIG POLICE DEPARTMENT
ARREST NUMBER                 B0024137
AGENCY CASE NUMBER            18P00668
NAME USED                     SHOLES,TANNER EUGENE
CHARGE                        01
   CHARGE LITERAL             POSSESSION OF WEAPON  POSSESSION OF WEAPONS BY PREVIOUS
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               04/29/2018
   DOCKET                     D0412018CR000100
CHARGE                        02
   CHARGE LITERAL             CONTEMPT OF COURT  CRIME OF VIOLATION OF A RESTRAININ -
                              - 6 COUNTS
   TYPE/LEVEL                 MISDEMEANOR
   DOCKET                     D0412018CR000100
============================= Cycle 49 of 61 =============================
------ ARREST ------
DATE ARRESTED                 04/30/2018
AGENCY                        MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                 B0024149
AGENCY CASE NUMBER            18S00217
NAME USED                     SHOLES,TANNER EUGENE
CHARGE                        01
   CHARGE LITERAL             HARASSING COMMUNICATION  HARASSING
   TYPE/LEVEL                 MISDEMEANOR
   OFFENSE DATE               04/30/2018
CHARGE                        02
   CHARGE LITERAL             POSSESSION OF WEAPON  DANGEROUS WEAPON-POSSESSION
   TYPE/LEVEL                 FELONY
   OFFENSE DATE               04/30/2018
CHARGE                        03
   CHARGE LITERAL             CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
                              9 COUNTS
   TYPE/LEVEL                 MISDEMEANOR
   OFFENSE DATE               04/30/2018
CHARGE                        04
   CHARGE LITERAL             PROPERTY CRIMES  TAMPERING 2ND DEG-INTENT INJURY/
                              INCONVEN/ANNOY
```

```
  TYPE/LEVEL           MISDEMEANOR
  OFFENSE DATE         04/30/2018
CHARGE                 05
  CHARGE LITERAL       FAMILY OFFENSE  DOMESTIC VIOLENCE
  TYPE/LEVEL           FELONY
  OFFENSE DATE         04/30/2018
------ COURT ------
CHARGE                 01
  CHARGE LITERAL       WEAPON OFFENSE  WEAPON-POSSESSPREVIOUS OFFEND-DANGEROUS
  TYPE/LEVEL           FELONY
  OFFENSE DATE         04/30/2018
  DOCKET               D0412018CR000101
  COURT DISPOSITION    DISMISSED BY DA
CHARGE                 02
  CHARGE LITERAL       CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL           MISDEMEANOR
  OFFENSE DATE         04/30/2018
  DOCKET               D0412018CR000101
  COURT DISPOSITION    DISMISSED BY DA
CHARGE                 03
  CHARGE LITERAL       CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL           MISDEMEANOR
  OFFENSE DATE         04/30/2018
  DOCKET               D0412018CR000101
  COURT DISPOSITION    DISMISSED BY DA
CHARGE                 04
  CHARGE LITERAL       CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL           MISDEMEANOR
  OFFENSE DATE         04/30/2018
  DOCKET               D0412018CR000101
  COURT DISPOSITION    DISMISSED BY DA
CHARGE                 05
  CHARGE LITERAL       CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL           MISDEMEANOR
  OFFENSE DATE         04/30/2018
  DOCKET               D0412018CR000101
  COURT DISPOSITION    DISMISSED BY DA
CHARGE                 06
  CHARGE LITERAL       CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL           MISDEMEANOR
  OFFENSE DATE         04/30/2018
  DOCKET               D0412018CR000101
  COURT DISPOSITION    DISMISSED BY DA
CHARGE                 07
  CHARGE LITERAL       CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL           MISDEMEANOR
  OFFENSE DATE         04/30/2018
  DOCKET               D0412018CR000101
  COURT DISPOSITION    DISMISSED BY DA
CHARGE                 08
  CHARGE LITERAL       CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL           MISDEMEANOR
  OFFENSE DATE         04/30/2018
  DOCKET               D0412018CR000101
  COURT DISPOSITION    DISMISSED BY DA
CHARGE                 09
  CHARGE LITERAL       CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL           MISDEMEANOR
  OFFENSE DATE         04/30/2018
  DOCKET               D0412018CR000101
  COURT DISPOSITION    DISMISSED BY DA
CHARGE                 10
  CHARGE LITERAL       PROPERTY CRIMES  TAMPERING 2-INTENT INJURYINCONVENANNOY
  TYPE/LEVEL           MISDEMEANOR
  OFFENSE DATE         04/30/2018
  DOCKET               D0412018CR000101
```

**CONFIDENTIAL**

```
   COURT DISPOSITION      DISMISSED BY DA
============================== Cycle 50 of 61 ==============================
------ CUSTODY ------
DATE RECEIVED            05/30/2018
AGENCY                   DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
ARREST NUMBER            I115547
NAME USED                SHOLES,TANNER E
CHARGE                   01
  CHARGE LITERAL         TRAFFIC OFFENSE  VEHICULAR ELUDING
  TYPE/LEVEL             FELONY
  DOCKET                 D0412016CR000270
------ CUSTODY EVENT ------
  DATE                   05/30/2018
  AGENCY                   DOC - DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC)
  STATUS                 RECEIVED
-----
============================== Cycle 51 of 61 ==============================
------ ARREST ------
DATE ARRESTED            04/15/2022
AGENCY                   CRAIG POLICE DEPARTMENT
ARREST NUMBER            B220294
AGENCY CASE NUMBER       P2200532
NAME USED                SHOLES,TANNER EUGENE
CHARGE                   01
  CHARGE LITERAL         ASSAULT  3RD DEG ASSAULT
  FACTUAL BASIS          DOMESTIC VIOLENCE
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           04/15/2022
CHARGE                   02
  CHARGE LITERAL         CHILD ABUSE  CHILD ABUSE
  FACTUAL BASIS          DOMESTIC VIOLENCE
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           04/15/2022
CHARGE                   03
  CHARGE LITERAL         FAMILY OFFENSE  DOMESTIC VIOL-HABITUAL OFFENDER
  TYPE/LEVEL             FELONY
  OFFENSE DATE           04/15/2022
------ COURT ------
CHARGE                   01
  CHARGE LITERAL         CHILD ABUSE  CHILD ABUSE-KNOWINGLYRECKLESS-NO INJURY
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           04/15/2022
  DOCKET                 D0412022CR005002
  COURT DISPOSITION      DISMISSED BY DA
CHARGE                   02
  CHARGE LITERAL         PUBLIC ORDER CRIMES  DOMESTIC VIOLENCE-HABITUAL OFFENDER
  TYPE/LEVEL             FELONY
  OFFENSE DATE           04/15/2022
  DOCKET                 D0412022CR005002
  COURT DISPOSITION      GUILTY
  SENTENCE               48 00 H COMMUNITY SERVICE 2 00 Y PROBATION REVOKED 1
                         00 D CREDIT FOR TIME SERVED 2 00 Y PROB RVK'D/
                         REINST'D - NEW TERM
CHARGE                   03
  CHARGE LITERAL         ASSAULT  ASSAULT 3-KNOWRECKLESS CAUSE INJURY
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           04/15/2022
  DOCKET                 D0412022CR005002
  COURT DISPOSITION      GUILTY
============================== Cycle 52 of 61 ==============================
------ ARREST ------
DATE ARRESTED            07/03/2022
AGENCY                   CRAIG POLICE DEPARTMENT
ARREST NUMBER            B220508
AGENCY CASE NUMBER       P2200951
NAME USED                SHOLES,TANNER EUGENE
```

**CONFIDENTIAL**          **Moffat Defendants 000104**

**CONFIDENTIAL**

```
CHARGE                   01
  CHARGE LITERAL         CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
                         -- 3 COUNTS
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           07/03/2022
CHARGE                   02
  CHARGE LITERAL         TRAFFIC OFFENSE  NO PROOF OF INSURANCE-FAILURE TO DISPLAY
  TYPE/LEVEL             TRAFFIC
  OFFENSE DATE           07/03/2022
CHARGE                   03
  CHARGE LITERAL         TRAFFIC OFFENSE  LICENSE PLATES-NOT CLEARLY VISIBLE
  TYPE/LEVEL             TRAFFIC
  OFFENSE DATE           07/03/2022
------ COURT ------
CHARGE                   01
  CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           07/03/2022
  DOCKET                 C0412022M 000173
  COURT DISPOSITION      DISMISSED BY DA
CHARGE                   02
  CHARGE LITERAL         TRAFFIC OFFENSE  FAILURE TO DISPLAY PROOF OF INSURANCE
  TYPE/LEVEL             TRAFFIC
  OFFENSE DATE           07/03/2022
  DOCKET                 C0412022M 000173
  COURT DISPOSITION      DISMISSED BY DA
CHARGE                   03
  CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           07/03/2022
  DOCKET                 C0412022M 000173
  COURT DISPOSITION      DISMISSED BY DA
CHARGE                   04
  CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           07/03/2022
  DOCKET                 C0412022M 000173
  COURT DISPOSITION      DISMISSED BY DA
CHARGE                   05
  CHARGE LITERAL         -
  OFFENSE DATE           07/03/2022
  DOCKET                 C0412022M 000173
  COURT DISPOSITION      DISMISSED BY DA
============================== Cycle 53 of 61 ==============================
------ ARREST ------
DATE ARRESTED            07/27/2022
AGENCY                   CRAIG POLICE DEPARTMENT
ARREST NUMBER            B220599
AGENCY CASE NUMBER       P2201132
NAME USED                SHOLES,TANNER EUGENE
CHARGE                   01
  CHARGE LITERAL         CRIMES AGAINST PERSON  HARASSMENT-STRIKE/SHOVE/KICK
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           07/27/2022
CHARGE                   02
  CHARGE LITERAL         CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CRIMINAL
  TYPE/LEVEL             MISDEMEANOR
  OFFENSE DATE           07/27/2022
CHARGE                   03
  CHARGE LITERAL         FAMILY OFFENSE  DOMESTIC VIOL-HABITUAL OFFENDER
  FACTUAL BASIS          DOMESTIC VIOLENCE
  TYPE/LEVEL             FELONY
  OFFENSE DATE           07/27/2022
------ COURT ------
CHARGE                   01
  CHARGE LITERAL         CRIMES AGAINST PERSON  HARASSMENT-STRIKESHOVEKICK
```

**CONFIDENTIAL**          **Moffat Defendants 000105**

**CONFIDENTIAL**

```
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            07/27/2022
     DOCKET                  D0412022CR000091
     COURT DISPOSITION       DISMISSED BY DA
   CHARGE                    02
     CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            07/27/2022
     DOCKET                  D0412022CR000091
     COURT DISPOSITION       DISMISSED BY DA
   CHARGE                    03
     CHARGE LITERAL          PUBLIC ORDER CRIMES  DOMESTIC VIOLENCE-HABITUAL OFFENDER
     TYPE/LEVEL              FELONY
     OFFENSE DATE            07/27/2022
     DOCKET                  D0412022CR000091
     COURT DISPOSITION       DISMISSED BY DA
============================= Cycle 54 of 61 =============================
------ ARREST ------
DATE ARRESTED             05/05/2023
AGENCY                    MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER             B230317
AGENCY CASE NUMBER        P2300665
NAME USED                 SHOLES,TANNER EUGENE
   CHARGE                    01
     CHARGE LITERAL          WEAPON OFFENSE  WEAPON-POSS/PREVIOUS OFFEND-ANY PRIOR FEL
     TYPE/LEVEL              FELONY
     OFFENSE DATE            05/01/2023
     DOCKET                  D0412023CR000035
   CHARGE                    02
     CHARGE LITERAL          ASSAULT  MENACING-REAL/SIMULATED WEAPON
     TYPE/LEVEL              FELONY
     OFFENSE DATE            05/01/2023
     DOCKET                  D0412023CR000035
   CHARGE                    03
     CHARGE LITERAL          CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CIVIL
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            05/01/2023
     DOCKET                  D0412023CR000035
   CHARGE                    04
     CHARGE LITERAL          OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            05/01/2023
     DOCKET                  D0412023CR000035
   CHARGE                    05
     CHARGE LITERAL          RESISTING ARREST  RESISTING ARREST
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            05/01/2023
     DOCKET                  D0412023CR000035
   CHARGE                    06
     CHARGE LITERAL          TRAFFIC OFFENSE  FAILING TO REPORT ACCIDENT-CALL POLICE
     TYPE/LEVEL              TRAFFIC
     OFFENSE DATE            04/02/2023
     DOCKET                  C0412023T000081
   CHARGE                    07
     CHARGE LITERAL          TRAFFIC OFFENSE  CARELESS DRIVING
     TYPE/LEVEL              TRAFFIC
     OFFENSE DATE            04/02/2023
     DOCKET                  C0412023T000081
   CHARGE                    08
     CHARGE LITERAL          HIT AND RUN  LEAVING SCENE/ACCIDENT-DAMAGE ONLY
     TYPE/LEVEL              TRAFFIC
     OFFENSE DATE            04/02/2023
     DOCKET                  C0412023T000081
------ COURT ------
   CHARGE                    01
     CHARGE LITERAL          ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
```

**CONFIDENTIAL**          **Moffat Defendants 000106**

**CONFIDENTIAL**

```
    TYPE/LEVEL              FELONY
    OFFENSE DATE            05/01/2023
    DOCKET                  D0412023CR000035
    COURT DISPOSITION       DISMISSED BY PLEA
CHARGE                      02
    CHARGE LITERAL          ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
    TYPE/LEVEL              FELONY
    OFFENSE DATE            05/01/2023
    DOCKET                  D0412023CR000035
    COURT DISPOSITION       DISMISSED BY PLEA
CHARGE                      03
    CHARGE LITERAL          ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
    TYPE/LEVEL              FELONY
    OFFENSE DATE            05/01/2023
    DOCKET                  D0412023CR000035
    COURT DISPOSITION       DISMISSED BY PLEA
CHARGE                      04
    CHARGE LITERAL          WEAPON OFFENSE  WEAPON-POSSPREVIOUS OFFENDER
    TYPE/LEVEL              FELONY
    OFFENSE DATE            05/01/2023
    DOCKET                  D0412023CR000035
    COURT DISPOSITION       GUILTY
CHARGE                      05
    CHARGE LITERAL          RESISTING ARREST  RESISTING ARREST
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE            05/01/2023
    DOCKET                  D0412023CR000035
    COURT DISPOSITION       DISMISSED BY PLEA
CHARGE                      06
    CHARGE LITERAL          RESISTING ARREST  RESISTING ARREST
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE            05/01/2023
    DOCKET                  D0412023CR000035
    COURT DISPOSITION       DISMISSED BY PLEA
CHARGE                      07
    CHARGE LITERAL          RESISTING ARREST  RESISTING ARREST
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE            05/01/2023
    DOCKET                  D0412023CR000035
    COURT DISPOSITION       DISMISSED BY PLEA
CHARGE                      08
    CHARGE LITERAL          RESISTING ARREST  RESISTING ARREST
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE            05/01/2023
    DOCKET                  D0412023CR000035
    COURT DISPOSITION       DISMISSED BY PLEA
CHARGE                      09
    CHARGE LITERAL          OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE            05/01/2023
    DOCKET                  D0412023CR000035
    COURT DISPOSITION       DISMISSED BY PLEA
CHARGE                      10
    CHARGE LITERAL          OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE            05/01/2023
    DOCKET                  D0412023CR000035
    COURT DISPOSITION       DISMISSED BY PLEA
CHARGE                      11
    CHARGE LITERAL          OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE            05/01/2023
    DOCKET                  D0412023CR000035
    COURT DISPOSITION       DISMISSED BY PLEA
CHARGE                      12
    CHARGE LITERAL          CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
```

**CONFIDENTIAL**

```
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            05/01/2023
     DOCKET                  D0412023CR000035
     COURT DISPOSITION       DISMISSED BY PLEA
  CHARGE                     13
     CHARGE LITERAL          OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
     TYPE/LEVEL              MISDEMEANOR
     OFFENSE DATE            05/01/2023
     DOCKET                  D0412023CR000035
     COURT DISPOSITION       DISMISSED BY PLEA
  CHARGE                     14
     CHARGE LITERAL          ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
     TYPE/LEVEL              FELONY
     OFFENSE DATE            05/01/2023
     DOCKET                  D0412023CR000035
     COURT DISPOSITION       DISMISSED BY PLEA
  CHARGE                     15
     CHARGE LITERAL          ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
     TYPE/LEVEL              FELONY
     OFFENSE DATE            05/01/2023
     DOCKET                  D0412023CR000035
     COURT DISPOSITION       DISMISSED BY PLEA
  CHARGE                     16
     CHARGE LITERAL          ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
     TYPE/LEVEL              FELONY
     OFFENSE DATE            05/01/2023
     DOCKET                  D0412023CR000035
     COURT DISPOSITION       DISMISSED BY PLEA
  CHARGE                     17
     CHARGE LITERAL          ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
     TYPE/LEVEL              FELONY
     OFFENSE DATE            05/01/2023
     DOCKET                  D0412023CR000035
     COURT DISPOSITION       GUILTY
     SENTENCE                2 00 Y PROBATION 2 00 Y PROBATION
  CHARGE                     18
     CHARGE LITERAL          ASSAULT  FELONY MENACING-REALSIMULATED WEAPON
     TYPE/LEVEL              FELONY
     OFFENSE DATE            05/01/2023
     DOCKET                  D0412023CR000035
     COURT DISPOSITION       DISMISSED BY PLEA
  CHARGE                     19
     CHARGE LITERAL          TRAFFIC OFFENSE  CARELESS DRIVING
     TYPE/LEVEL              TRAFFIC
     OFFENSE DATE            04/02/2023
     DOCKET                  C0412023T 000081
     COURT DISPOSITION       DISMISSED BY PLEA
  CHARGE                     20
     CHARGE LITERAL          TRAFFIC OFFENSE  FAILING TO REPORT ACCIDENT-CALL POLICE
     TYPE/LEVEL              TRAFFIC
     OFFENSE DATE            04/02/2023
     DOCKET                  C0412023T 000081
     COURT DISPOSITION       DISMISSED BY PLEA
  CHARGE                     21
     CHARGE LITERAL          HIT AND RUN  LEAVING SCENEACCIDENT-DAMAGE ONLY
     TYPE/LEVEL              TRAFFIC
     OFFENSE DATE            04/02/2023
     DOCKET                  C0412023T 000081
     COURT DISPOSITION       GUILTY
     SENTENCE                2 00 Y PROBATION UPDATED SENTENCE
=============================== Cycle 55 of 61 ===============================
------ ARREST ------
  DATE ARRESTED             05/22/2023
  AGENCY                    CRAIG POLICE DEPARTMENT
  ARREST NUMBER             B230365
  NAME USED                 SHOLES,TANNER EUGENE
```

**CONFIDENTIAL**          **Moffat Defendants 000108**

**CONFIDENTIAL**

```
CHARGE                          01
   CHARGE LITERAL               FAMILY OFFENSE  DOMESTIC VIOL-HABITUAL OFFENDER
   TYPE/LEVEL                   FELONY
   OFFENSE DATE                 05/15/2023
   DOCKET                       D0412023CR000042
CHARGE                          02
   CHARGE LITERAL               CONSERVATION ANIMALS  CRUELTY TO ANIMALS-NON-AGG TORT/
                                MUTIL/KILL
   TYPE/LEVEL                   MISDEMEANOR
   OFFENSE DATE                 05/15/2023
   DOCKET                       D0412023CR000042
CHARGE                          03
   CHARGE LITERAL               CONTEMPT OF COURT  PROTECTION ORDER VIOLATION-CIVIL
   TYPE/LEVEL                   MISDEMEANOR
   OFFENSE DATE                 05/15/2023
   DOCKET                       D0412023CR000042
------ COURT ------
CHARGE                          01
   CHARGE LITERAL               CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
   TYPE/LEVEL                   MISDEMEANOR
   OFFENSE DATE                 04/28/2023
   DOCKET                       D0412023CR000042
   COURT DISPOSITION            DISMISSED BY PLEA
CHARGE                          02
   CHARGE LITERAL               PUBLIC ORDER CRIMES  DOMESTIC VIOLENCE-HABITUAL OFFENDER
   TYPE/LEVEL                   FELONY
   OFFENSE DATE                 04/28/2023
   DOCKET                       D0412023CR000042
   COURT DISPOSITION            DISMISSED BY PLEA
CHARGE                          03
   CHARGE LITERAL               CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
   TYPE/LEVEL                   MISDEMEANOR
   OFFENSE DATE                 04/28/2023
   DOCKET                       D0412023CR000042
   COURT DISPOSITION            DISMISSED BY PLEA
CHARGE                          04
   CHARGE LITERAL               PUBLIC ORDER CRIMES  DOMESTIC VIOLENCE-HABITUAL OFFENDER
   TYPE/LEVEL                   FELONY
   OFFENSE DATE                 04/28/2023
   DOCKET                       D0412023CR000042
   COURT DISPOSITION            DISMISSED BY PLEA
CHARGE                          05
   CHARGE LITERAL               PUBLIC ORDER CRIMES  DOMESTIC VIOLENCE-HABITUAL OFFENDER
   TYPE/LEVEL                   FELONY
   OFFENSE DATE                 04/28/2023
   DOCKET                       D0412023CR000042
   COURT DISPOSITION            DISMISSED BY PLEA
CHARGE                          06
   CHARGE LITERAL               CONSERVATION ANIMALS  CRUELTYANIMALS-NEGLECTMISTREAT-ATT
   TYPE/LEVEL                   MISDEMEANOR
   OFFENSE DATE                 04/28/2023
   DOCKET                       D0412023CR000042
   COURT DISPOSITION            DISMISSED BY PLEA
============================= Cycle 56 of 61 =============================
------ ARREST ------
DATE ARRESTED                   06/05/2023
AGENCY                          MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER                   B230401
NAME USED                       SHOLES,TANNER EUGENE
CHARGE                          01
   CHARGE LITERAL               DAMAGE PROPERTY  CRIMINAL MISCHIEF-$300-$750
   TYPE/LEVEL                   MISDEMEANOR
   OFFENSE DATE                 06/05/2023
------ COURT ------
CHARGE                          01
   CHARGE LITERAL               DAMAGE PROPERTY  CRIMINAL MISCHIEF-$300-$1000
```

**CONFIDENTIAL**

```
    TYPE/LEVEL              MISDEMEANOR
    OFFENSE DATE           06/05/2023
    DOCKET                 C0412023M 000128
    SENTENCE               2 00 Y PROBATION 2 00 Y PROBATION
    COURT DISPOSITION      GUILTY
    SENTENCE               2 00 Y PROBATION UPDATED SENTENCE
=============================== Cycle 57 of 61 ==============================
------ ARREST ------
DATE ARRESTED            07/05/2023
AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER            B230491A
AGENCY CASE NUMBER       S2300402
NAME USED                SHOLES,TANNER EUGENE
CHARGE                   01
    CHARGE LITERAL         CONTEMPT OF COURT  CONTEMPT OF COURT VIOLATION TRO
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           06/30/2023
    DOCKET                 CO412023M000162
------ COURT ------
CHARGE                   01
    CHARGE LITERAL         CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
    TYPE/LEVEL             MISDEMEANOR
    OFFENSE DATE           06/30/2023
    DOCKET                 C0412023M 000162
    COURT DISPOSITION      DISMISSED BY PLEA
=============================== Cycle 58 of 61 ==============================
------ ARREST ------
DATE ARRESTED            07/05/2023
AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER            B230491
NAME USED                SHOLES,TANNER EUGENE
CHARGE                   01
    CHARGE LITERAL         TRAFFIC OFFENSE  FAILING TO REPORT ACCIDENT-CALL POLICE
    TYPE/LEVEL             TRAFFIC
    OFFENSE DATE           06/30/2023
    DOCKET                 CO412023T000133
CHARGE                   02
    CHARGE LITERAL         TRAFFIC OFFENSE  CARELESS DRIVING
    TYPE/LEVEL             TRAFFIC
    OFFENSE DATE           06/30/2023
    DOCKET                 CO412023T000133
CHARGE                   03
    CHARGE LITERAL         HIT AND RUN  LEAVING SCENE/ACCIDENT-DAMAGE ONLY
    TYPE/LEVEL             TRAFFIC
    OFFENSE DATE           06/30/2023
    DOCKET                 CO412023T000133
------ COURT ------
CHARGE                   01
    CHARGE LITERAL         TRAFFIC OFFENSE  CARELESS DRIVING
    TYPE/LEVEL             TRAFFIC
    OFFENSE DATE           06/30/2023
    DOCKET                 C0412023T 000133
    COURT DISPOSITION      DISMISSED BY PLEA
CHARGE                   02
    CHARGE LITERAL         TRAFFIC OFFENSE  FAILING TO REPORT ACCIDENT-CALL POLICE
    TYPE/LEVEL             TRAFFIC
    OFFENSE DATE           06/30/2023
    DOCKET                 C0412023T 000133
    COURT DISPOSITION      DISMISSED BY PLEA
CHARGE                   03
    CHARGE LITERAL         HIT AND RUN  LEAVING SCENEACCIDENT-DAMAGE ONLY
    TYPE/LEVEL             TRAFFIC
    OFFENSE DATE           06/30/2023
    DOCKET                 C0412023T 000133
    COURT DISPOSITION      GUILTY
    SENTENCE               2 00 Y PROBATION UPDATED SENTENCE
```

**CONFIDENTIAL**

```
============================ Cycle 59 of 61 ============================
------ ARREST ------
DATE ARRESTED               09/13/2023
AGENCY                      MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER               B230690
AGENCY CASE NUMBER          S2300631
NAME USED                   SHOLES,TANNER
CHARGE                      01
  CHARGE LITERAL            CONTEMPT OF COURT  VIOLATION  P/O-CRIMINAL -- 2 COUNTS
  TYPE/LEVEL                MISDEMEANOR
  OFFENSE DATE              09/13/2023
------ COURT ------
CHARGE                      01
  CHARGE LITERAL            CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL                MISDEMEANOR
  OFFENSE DATE              09/13/2023
  DOCKET                    C0412023M 000247
  COURT DISPOSITION         DISMISSED BY PLEA
CHARGE                      02
  CHARGE LITERAL            CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL                MISDEMEANOR
  OFFENSE DATE              09/13/2023
  DOCKET                    C0412023M 000247
  COURT DISPOSITION         DISMISSED BY PLEA
============================ Cycle 60 of 61 ============================
------ ARREST ------
DATE ARRESTED               09/22/2023
AGENCY                      MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER               B230722
AGENCY CASE NUMBER          2300676
NAME USED                   SHOLES,TANNER EUGENE
CHARGE                      01
  CHARGE LITERAL            CONTEMPT OF COURT  VIOLATION  P/O-CRIMINAL
  TYPE/LEVEL                MISDEMEANOR
  OFFENSE DATE              09/22/2023
CHARGE                      02
  CHARGE LITERAL            PUBLIC PEACE  OBSTRUCTING HIGHWAY/PASSAGEWAY
  TYPE/LEVEL                MISDEMEANOR
  OFFENSE DATE              09/22/2023
CHARGE                      03
  CHARGE LITERAL            OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
  TYPE/LEVEL                MISDEMEANOR
  OFFENSE DATE              09/22/2023
------ COURT ------
CHARGE                      01
  CHARGE LITERAL            CONTEMPT OF COURT  VIOLATION PO-CRIMINAL
  TYPE/LEVEL                MISDEMEANOR
  CHARGE CLASS              CLASS 1 MISDEMEANOR
  OFFENSE DATE              09/22/2023
  DOCKET                    C0412023M 005026
  COURT DISPOSITION         DISMISSED BY PLEA
CHARGE                      02
  CHARGE LITERAL            PUBLIC PEACE  OBSTRUCTING HIGHWAYPASSAGEWAY
  TYPE/LEVEL                PETTY
  CHARGE CLASS              PETTY OFFENSE
  OFFENSE DATE              09/22/2023
  DOCKET                    C0412023M 005026
  COURT DISPOSITION         DISMISSED BY PLEA
CHARGE                      03
  CHARGE LITERAL            OBSTRUCT POLICE  OBSTRUCTING A PEACE OFFICER
  TYPE/LEVEL                MISDEMEANOR
  CHARGE CLASS              CLASS 2 MISDEMEANOR
  OFFENSE DATE              09/22/2023
  DOCKET                    C0412023M 005026
  COURT DISPOSITION         DISMISSED BY PLEA
============================ Cycle 61 of 61 ============================
```

**CONFIDENTIAL**

```
------ ARREST ------
DATE ARRESTED            09/25/2023
AGENCY                   MOFFAT COUNTY SHERIFF'S OFFICE
ARREST NUMBER            B230722A
NAME USED                SHOLES,TANNER EUGENE
CHARGE                   01
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   TYPE/LEVEL            FELONY
   OFFENSE DATE          05/01/2023
   DOCKET                DO412023CR000035
CHARGE                   02
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   FACTUAL BASIS         DOMESTIC VIOLENCE
   TYPE/LEVEL            FELONY
   OFFENSE DATE          04/28/2023
   DOCKET                DO412023CR000042
CHARGE                   03
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          09/13/2023
   DOCKET                CO412023T000247
CHARGE                   04
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          06/30/2023
   DOCKET                CO412023T000133
CHARGE                   05
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          04/02/2023
   DOCKET                CO412023T000081
CHARGE                   06
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          06/05/2023
   DOCKET                CO412023M000128
CHARGE                   07
   CHARGE LITERAL        CONTEMPT OF COURT  CONTEMPT OF COURT
   TYPE/LEVEL            MISDEMEANOR
   OFFENSE DATE          06/30/2023
   DOCKET                CO412023M000162


    ** CRIMINAL JUSTICE AGENCIES MAY NOT HAVE PROVIDED ALL ARRESTS, **
    ** CHARGES OR DISPOSITIONS TO THE CBI.  THIS RECORD SHOWS ALL   **
    ** ARRESTS, CHARGES & DISPOSITIONS THAT WERE PROVIDED, UNLESS   **
    ** ACCESS TO THEM HAS BEEN LIMITED BY COURT ORDER.              **
   *FALSIFYING OR ALTERING THIS RECORD WITH THE INTENT TO MISREPRESENT*
   *THE CONTENTS OF THE RECORD IS PROHIBITED BY LAW, AND MAY BE       *
   *PUNISHABLE AS A FELONY WHEN DONE WITH THE INTENT TO INJURE OR     *
   *DEFRAUD ANY PERSON.                                               *
       ---- END OF RECORD MEETING DISSEMINATION CRITERIA ----
          ------- 09/05/2024 20:10MT -------
```

**CONFIDENTIAL**          **Moffat Defendants 000112**

**CONFIDENTIAL**

# COLORADO CRIMINAL HISTORY INFORMATION SHEET

## 1. WHO IS CRIMINAL JUSTICE/LAW ENFORCEMENT?

"Criminal justice agency" means any court with criminal jurisdiction and any agency of the state or of any county, city and county, town, boards of institutions of higher education, school district, special district, judicial district, or law enforcement authority which performs any activity directly relating to the detection or investigation of crime; the apprehension, pretrial release, posttrial release, prosecution, correctional supervision, rehabilitation, evaluation, or treatment of accused persons or criminal offenders; or criminal identification activities or the collection, storage, or dissemination of arrest and criminal records information.

## 2. DEFINE LAWFUL USE OF THE RECORDS.

Records shall not be used by any person for the purpose of soliciting business for pecuniary gain. The official custodian shall deny any person access to records of official actions and criminal justice records unless such person signs a statement which affirms that such records shall not be used for the direct solicitation of business for pecuniary gain.

## 3. WHO ARE FINGERPRINT CARD CONTRIBUTORS?

Fingerprint card contributors are "Criminal Justice Agencies," as defined above (#1).

## 4. WHAT IS A DISPOSITION?

"Disposition" means a decision not to file criminal charges after arrest; the conclusion of criminal proceedings, including conviction, acquittal, or acquittal by reason of insanity; the dismissal, abandonment, or indefinite postponement of criminal proceedings; formal diversion from prosecution; sentencing, correctional supervision, and release from correctional supervision, including terms and conditions thereof; outcome of appellate review of criminal proceedings; or executive clemency.

## 5. WHERE CAN I GET A DISPOSITION IF IT IS NOT POSTED TO MY CBI RECORD?

You can get copies of your dispositions from www.cocourts.com for a nominal fee.  These records are also available from the courts in which you appeared. If your case never went to court, you may be able to get the records from the arresting agency itself (the police department or sheriff's office) or the district attorney's office in the jurisdiction where you were arrested.

## 6. WHAT JUVENILE RECORDS ARE RELEASED TO THE PUBLIC?

The records of law enforcement officers concerning juveniles, including identifying information, shall be identified as juvenile records and shall not be inspected by or disclosed to the public. The only Juvenile records released to the public are those juveniles that have been charged as adults.  DUI and minor traffic violations are also releasable if the juvenile is over 16 years old when the offenses occur.  Juvenile registered sex offender records will also be released.

## 7. WHAT IS A SEALED RECORD AND HOW CAN I GET MY RECORD SEALED?

A sealed record is available only to law enforcement, not to the general public. Any person in interest (party to the case) may petition the District Court to seal records by filing a civil action in the county in which any arrest and/or criminal records are filed. A separate civil case must be filed for each court case record you want sealed, unless both a county court case (F Case) and a district court case (CR case) were established as a result of the same offense. You can obtain information on sealing your record from the State Judicial website, www.courts.state.co.us, or from the courts in which you appeared.

**CONFIDENTIAL**

**8.WHO DO I CONTACT IF I HAVE A DISPUTE WITH MY RECORD?**

Any person in interest who is provided access to any criminal justice records shall have the right to challenge the accuracy and completeness of records to which he has been given access, insofar as they pertain to him, and to request that said records be corrected. You can do a record challenge at CBI (for information on this procedure go to the website, www.cbi.state.co.us/id or call (303) 239-4208.  You can also take your dispute directly to the arresting agency.

**9.WHAT ARE COURT FILING ON DOCKET ENTRIES?**

These entries on the CBI record are displayed electronically on the Colorado criminal history by the State Judicial Department.  They are currently posted from district court cases and they are based on the court case number, the arrest number, the last name of the individual, and the arresting agency.

**10. WHAT IS DOC INCARCERATION SENTENCE?**

DOC Incarceration Sentence is not a new arrest entry on the criminal history. When a person is convicted of a crime and they are sentenced to the Department of Corrections, an entry is made into the criminal history showing the charge the person was convicted of and how long the jail sentence was.

**11. WHAT SEX OFFENDER INFORMATION WILL BE RELEASED WITH THE RECORD?**

For additional sex offender information please access the Colorado Sex Offender website, www.sor.state.co.us.  The results of the CBI record check will show if the person being checked on is currently a registered sex offender.  Sex offender charges do not necessarily require a person to register as a sex offender.

**12. DOES CBI RELEASE WARRANT INFORMATION?  WHAT IS A FUGITIVE OF OTHER JURISDICTION ENTRY?**

CBI does not release warrant information to the public.  If you know what agency the warrant is out of, you will need to contact that agency for the information.  That agency may or may not be able to release the warrant information; depending on their policy regarding the release of such information.  The website, www.cocourts.com, may also provide some warrant information. A Fugitive of Other Jurisdiction charge means that the person in question had a warrant out of one law enforcement agency and was arrested by another agency for that warrant.  The person does not necessarily have an active warrant out for their arrest.