## Charges/Disposition

| ☐ | **Filed by People** | **Case Number:** 2016CR000270 | **Division:** C |
|---|---|---|---|
| ☐ | **Filed by Defendant** | **Case Type:** Trespass | **Judicial Officer:** Sandra H Gardner |
| ☐ | **Filed by Court** | **Case Caption:** The People of the State of Colorado v. Sholes, Tanner Eugene | **Court Location:** Moffat County |
| ☐ | **Filed by Probation** | | |

| Count | Charge | Class | Date(s) of Offense | Plea | Date of Plea | Disposition | Date of Disposition | Date of Sentence |
|---|---|---|---|---|---|---|---|---|
| 1 | 18-9-116.5 VEHICULAR ELUDING | F5 | 11/30/2016 - 11/30/2016 | Plea of Guilty | 05/23/2018 | Guilty | 05/23/2018 | 05/23/2018 |
| 2 | 18-12-108(1),(2)(b) WEAPON-POSSESS/PREVIOUS OFFEND-DANGEROUS | F5 | 11/30/2016 - 11/30/2016 | Plea of Guilty | 05/23/2018 | Guilty | 05/23/2018 | 05/23/2018 |
| 3 | 18-9-111(1)(a) HARASSMENT-STRIKE/SHOVE/KICK | M3 | 11/30/2016 - 11/30/2016 | Plea Not Guilty | 04/11/2017 | Dism by DA | 05/23/2018 | |
| 4 | 18-1.3-801 HABITUAL CRIMINAL | SE | 11/30/2016 - 11/30/2016 | | | Dism by DA | 05/23/2018 | |
| 5 | 18-1.3-801 HABITUAL CRIMINAL | SE | 11/30/2016 - 11/30/2016 | | | Dism by DA | 05/23/2018 | |

# EXHIBIT B