# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01664-STV

TANNER SHOLES,

    Plaintiff,

v.

THE CITY OF CRAIG COLORADO, a municipality;
KC HUME, in his official capacity as MOFFAT COUNTY SHERIFF;
CHIP MCINTYRE, an individual;
KURTIS LUSTER, an individual;
NATE BUSINGER, an individual;
BRANDON MONTOYA, an individual;
MATT HAMMER, an individual;
DALTON CAUDELL, an individual;
TRACEY MENDOZA, an individual;

    Defendants.

## MOFFAT COUNTY DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL

**NOTICE** is hereby given pursuant to Fed. R. App. P. Rule 4(a)(1)(A) that Defendants Chip McIntyre, Kurtis Luster, Nate Businger, Brandon Montoya, and Matt Hammer (collectively the "Moffat County Defendants") by and through their undersigned counsel of record, hereby take an interlocutory appeal to the United States Court of Appeals for the Tenth Circuit from the Honorable Magistrate Judge Scott T. Varholak's Order on Moffat County Defendants' Motion to Dismiss, entered the 7th day of April, 2025. [ECF 41].

This appeal is taken for review of the Order's denial of qualified immunity to Moffat County Defendants on Plaintiffs' 42 U.S.C. § 1983 excessive force and all decisions within the

Order inextricably intertwined with or necessary to ensure meaningful review of that denial. *See*, *Mitchell v. Forsyth*, 472 U.S. 511 (1985).

Respectfully submitted this 30th day of April, 2025.

*s/David M. Goddard*
David M. Goddard
Bruno, Colin, Goddard & Lowe, P.C.
1120 Lincoln Street, Suite 1606
Denver, CO 80203
Telephone: (303) 831-1099
dgoddard@brunolawyers.com
*Counsel for Moffat County Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 30th day of April, 2025 a true and correct copy of the foregoing **MOFFAT COUNTY DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL** was electronically served to the following:

Conor O'Donnell
Igor Raykin
2851 S. Parker Road, Suite 150
Aurora, Colorado 800014
igor@coloradolawteam.com
conor@coloradolawteam.com
*Counsel for Plaintiff*


Jonathan Eddy
Eric Ziporin
SGR, LLC
3900 East Mexico Ave., Suite 700
Denver, CO 80210
jeddy@sgrllc.com
eziporin@sgrllc.com
Defendants: City of Craig, Colorado, Dalton Caudell, Tracy Mendoza


            *s/ Julie Bozeman*
            Julie Bozeman, Paralegal
            Bruno, Colin, Goddard & Lowe, P.C.