IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01664-STV

TANNER SHOLES,

    Plaintiff,

v.

THE CITY OF CRAIG COLORADO, a municipality;
KC HUME, in his official capacity as MOFFAT COUNTY SHERIFF;
CHIP MCINTYRE, an individual;
KURTIS LUSTER, an individual;
NATE BUSINGER, an individual;
BRANDON MONTOYA, an individual;
MATT HAMMER, an individual;
DALTON CAUDELL, an individual;
TRACEY MENDOZA, an individual;

    Defendants.

## NOTICE OF INTERLOCUTORY APPEAL

    Defendants, **DALTON CAUDELL** and **TRACEY MENDOZA**, by and through their undersigned counsel, **SGR, LLC**, and pursuant to Fed.R.App.P. 3 and 4, hereby appeal to the United States Court of Appeals for the Tenth Circuit regarding the Honorable Magistrate Judge Scott T. Varholak's Order (ECF No. 41, entered April 7, 2025), denying, in part, their Motion to Dismiss.

    This appeal is taken for review of the Order's denial of Defendants' qualified immunity from Plaintiff's 42 U.S.C. § 1983 excessive force / failure-to-intervene claims, and all issues inextricably intertwined therewith.

Respectfully submitted this 30th day of April, 2025

  *s/* Eric M. Ziporin
**Eric M. Ziporin**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail: eziporin@sgrllc.com

  *s/* Jonathan N. Eddy
**Jonathan N. Eddy**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail:  jeddy@sgrllc.com
*Counsel for Defendants Caudell and Mendoza*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of April, 2025, I electronically served and correct copy of the above and foregoing **NOTICE OF INTERLOCUTORY APPEAL** via the following email addresses:

Igor Raykin
Conor M. O'Donnell
igor@coloradolawteam.com
conor@coloradolawteam.com
*Counsel for Plaintiff*

David M. Goddard
dgoddard@brunolawyers.com
*Counsel for Moffat County Defendants*

               */s/ Mariel Juniper*
               Legal Secretary