# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1664-STV

Tanner Sholes,

    Plaintiff,

v.

The City of Craig, Colorado, *et al.*,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Tanner Sholes.

    DATED this 5th day of May, 2025.

                                             s/ Elizabeth Wang
                                             Elizabeth Wang

                                             LOEVY & LOEVY
                                             2060 Broadway, Ste. 460
                                             Boulder, CO 80302
                                             O: 720.328.5642
                                             elizabethw@loevy.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                             s/ Elizabeth Wang
                                             Counsel for Plaintiff