IN THE UNITED STATES COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01664-STV

TANNER SHOLES,

    Plaintiff,

v.

THE CITY OF CRAIG COLORADO, et al.,

    Defendants

## PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL

Each and every member or employee of Kishinevsky & Raykin, LLC, including Igor Raykin and Conor O'Donnell, respectfully moves to for permission to withdraw as counsel for Mr. Tanner Sholes ("Plaintiff") in this matter, and certifies that the client Plaintiff has been apprised of the notification requirements set forth in D.C.COLO.LAttyR 5(b).

### FACTUAL BACKGROUND AND STATEMENT OF GOOD CAUSE

1. On May 5, 2025, Plaintiff informed counsel, Kishinevsky & Raykin, LLC, of his decision to terminate representation.

2. On May 5, 2025, Counsel, Elizabeth Wang entered her appearance in this matter on behalf of Plaintiff.

    Elizabeth Wang
    Loevy & Loevy
    2060 Broadway Street
    Suite 460
    Boulder, CO 80302
    720-328-5642
    Fax: 312-243-5902
    Email: elizabethw@loevy.com

3. On May 7, 2025, Kishinevsky & Raykin, LLC, provided Ms. Wang with the Plaintiff's file.

### **NOTICE TO PLAINTIFF**

4. Plaintiff is hereby advised that the Plaintiff is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. Further:

    a. the client has the burden of keeping the court and the other parties informed where notices, pleadings or other papers may be served;

    b. if the client fails or refuses to comply with all court rules and orders, the client may suffer possible dismissal, default or other sanctions;

    c. the dates of any proceedings, including trial, which dates may be delayed nor proceedings affected by the withdrawal of counsel;

    d. the client's and the other parties' right to object to the motion to withdraw within 14 days after service of the motion;

    e. if the client is not a natural person, that it must be represented by counsel in any court proceedings; and

    f. the client's last known address and telephone number:

        Tanner Sholes
        487 CR 18 S
        Craig, CO 81625
        (970) 841-7617

5. If the notice to withdraw is granted, the withdrawing attorney shall promptly notify the client and the other parties of the effective date of the withdrawal.

6. The following is a list of all proceedings and deadlines currently known in this matter:

    a. Discovery is stayed pursuant to the Court's September 13, 2024 Order (EF 36).

    b. All proceedings in this matter are stayed pursuant to the Court's May 1, 2025, Order in light of the Defendants' Notices of Interlocutory Appeal.

7. The following is a list of all proceedings and deadlines currently known in Tenth Circuit Appellate case number 25-1175:

    a. Entry of Appearance of counsel for all parties is due by May 15, 2025.

    b. On May 7, 2025, undersigned counsel received notice of Acknowledgement of Transcript Order filed by Defendants Nate Businger, Matt Hammer, Kurtis Luster, Chip McIntyre, and Bandon Montoya.

    c. On May 7, 2025, undersigned counsel received notice of Docketing Statement filed by Defendants Nate Businger, Matt Hammer, Kurtis Luster, Chip McIntyre, and Bandon Montoya.

    d. On May 7, 2025, undersigned counsel received notice of Minute Order filed by Jeffery P. Colwell, Clerk of Court.

    e. On May 7, 2025, undersigned counsel received notice of Entry of Appearance by David M. Goddard for Defendants Chip McIntyre, Kurtis Luster, Nate Businger, Brandon Montoya and Matt Hammer.

    f. On May 7, 2025, undersigned counsel received notice of Docket Entry #2, consolidating appeals nos. 25-1175 and 25-1176.

    g. On May 7, 2025, undersigned counsel notice of record complete.

After Order permitting withdrawal all pleadings, notices or other papers may be served on the plaintiff through counsel, Elizabeth Wang, Loevy & Loevy.

**WHEREFORE,** Kishinevsky & Raykin, LLC, respectfully asks the Court to grant this Motion to Withdraw.

Respectfully submitted this May 8, 2025.

        Kishinevsky and Raykin, LLC
        By: *s/Conor O'Donnell*
        Igor Raykin
        Conor O'Donnell
        2581 S. Parker Rd., Ste. 150
        (720) 863-4256
        igor@coloradolawteam.com
        conor@coloradolawteam.com

## CERTIFICATE OF SERVICE

      I certify that on May 8, 2025, a true and correct copy of the foregoing Motion to Withdraw as Counsel was filed via the Court's CM/ECF system and served upon all parties of record.

                                                  *s/Krystle Jennings*
                                                  Krystle Jennings,
                                                  Paralegal
                                                  Kishinevsky & Raykin, LLC