IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-01664-STV | Date:   August 12, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| TANNER SHOLES, | Elizabeth C. Wang |
| Plaintiff, | |
| v. | |
| CITY COUNCIL OF THE CITY OF CRAIG COLORADO, et al., | Eric Michael Ziporin<br>David M. Goddard<br>Mark Barone |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**
**Court in session:**   10:30 a.m.
Court calls case.  Appearances of counsel.

This matter is before the Court regarding Plaintiff's Motion for Leave to File Fourth Amended Complaint [ECF Doc. No 63, filed on 7/14/2025].

For the reasons stated on the record, it is:

**ORDERED:**   Plaintiff's Motion for Leave to File Fourth Amended Complaint [ECF Doc. No 63] is **DENIED without prejudice**.

HEARING CONCLUDED.

**Court in recess:**   10:49 a.m.
Total time in court:   00:19

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.